IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TODD CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-381C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. Denies the allegations contained in paragraph 1 for lack of knowledge of information sufficient to form a belief as to the truth of the matters asserted.

2. Admits the allegations contained in paragraph 2 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 2.

3. Admits the allegations contained in paragraph 3 to the extent supported by the Task Order cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 3.

4. Admits the allegations contained in paragraph 4 to the extent supported by the notice to proceed cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 4.

5. The allegations contained in the first sentence of paragraph 5 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the second sentence of paragraph 5.

6. Admits the allegations contained in the first sentence of paragraph 6 to the extent supported by the contracting officer's decision. Denies the allegations contained in the second

sentence of paragraph 6 for lack of knowledge of information sufficient to form a belief as to the truth of the matters asserted.

7. The allegation contained in paragraph 7 is plaintiff's characterization of its complaint to which no response is required.

8. The allegations contained in paragraph 8 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

10. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 8, or to any relief whatsoever.

11. Denies each and every allegation not previously admitted or otherwise qualified.

AFFIRMATIVE DEFENSES

12. On February 28, 2006, Todd Construction, in conjunction with its request for final payment, executed a release stating: "The undersigned contractor, under above numbered contract, between the United States of America and said contractor, in accordance with paragraph (f) of the "Payments under Fixed-Price Construction Contracts" clause of said contract and upon acceptance of the final payment hereunder, hereby releases the United States, Officers, Agents, and employees from any and all claims arising under or by virtue of said contract of any modifications or change thereof except with respect to those claims, if any, listed below: (itemize claims and amounts) . . . NONE." Accordingly, plaintiff's claims have been released and are, therefore, barred.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:
Henry R. Richmond
Trial Attorney
U.S. Army Corps of Engineers
Savannah District
100 West Oglethorpe
PO Box 889
Savannah, Georgia 31402

August 24, 2006

CERTIFICATE OF FILING

I hereby certify that on this 24th day of August, 2006, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara