# In the United States Court of Federal Claims

No. 06-381C

(Filed: November 14, 2006)

*************************************** *
*
TODD CONSTRUCTION CO. INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

## SCHEDULING ORDER

On November 14, 2006, the Court held a preliminary scheduling teleconference with counsel for the parties. With the agreement of counsel, the Court established the following schedule for future proceedings in this matter:

1. Pursuant to the Joint Preliminary Status Report filed October 30, 2006, the parties shall exchange Initial Disclosures on or before November 30, 2006;

2. All other discovery shall be STAYED until the Court resolves Defendant's forthcoming Motion for Summary Judgment;

3. Defendant shall file its Motion for Summary Judgment on or before January 15, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge