IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TODD CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-381C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 21 days, to and including February 5, 2007, within which to file our motion for summary judgment. Our motion for summary judgment is now due to be filed on January 15, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant has communicated with plaintiff's counsel, who does not oppose this motion.

Defendant's counsel has begun preparing our motion for summary judgment but requires more time to complete a draft. In addition to scheduled annual leave, defendant's counsel has been engaged in preparation for oral argument in Waller v. Army, 06-1327 (Fed. Cir.), which occurred on January 11, 2007. Defendant's counsel's time and resources have also been occupied in replying to an application for attorneys fees pursuant to the Equal Access to Justice Act in United States v. Universal Fruits, 04-431 (C.I.T.), which is due on January 25, 2007. Once defendant's counsel has completed a draft motion for summary judgment, defendant will require time to receive comments on the draft from the agency, and to obtain necessary supervisory review.

For these reasons, defendant respectfully requests that the Court grant its motion for a 21-day enlargement of time within which to file its motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

January 12, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 12th day of January, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara