# APPENDIX

# Index to Appendix


Contract Award Document, DACA21-03-D-0021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-4

Task Order #0001, Award Document and Scope of Work . . . . . . . . . . . . . . . . . . . . . . . . . . 5-10

Notice to Proceed, Task Order # 0001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Todd Claim, dated 17 March 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-24

COE letter, dated 13 April 2005 (Intent to Deny) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-26

Notes of Meeting with Todd, dated 5 May 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27-28

Contracting Officer's Final Decision, dated 16 May 2005 . . . . . . . . . . . . . . . . . . . . . . . . . 29-32

Todd letter, dated 27 January 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

Email from Stephen Blanchard, COE, dated 1 April 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . 34

Draft specification section 12760, Bleachers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35-36

COE letter, SN 03-21-87, dated 9 February 2005, including
specification section 12760, Telescoping Stands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37-41

COE letter, SN 03-21-87, dated 24 February 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

Todd letter, dated 1 March 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43-46

Email from Stephen Blanchard, COE, dated 21 June 2005,
in response to questions from COE Attorney . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

Todd pricing proposal for Task Order #0001,
dated 16 September 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49-81

Final Pay Estimate packet, Task Order #0001,
dated 23 March 2006, together with Todd's
Release of Claims, dated 28 February 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82-93

Table of Contents to Specifications, Task Order #0001,
Construction Addition to Personnel Deployment Facility . . . . . . . . . . . . . . . . . . . . . . . . . 94-97

Schedule of Material Submittals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 366-75

Contract Drawing A-1, Floor Plan, sheet 5 of 18 . . . . . . . . . . . . . . . . . . . . . . . . . . . 376A-376B

Contract Drawing P-1, Plumbing Floor Plan – Water Distribution,
sheet 9 of 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 377A-00377B

Contract Drawing P-2, Plumbing Floor Plan – Waste and Vent,
sheet 10 of 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 378A-00378B

Contract Drawing A-3, Sections and Details, sheet 7 of 18 . . . . . . . . . . . . . . . . . . 379A-00379B

Contract Clause 52.232-5, Payments Under Fixed-Price
Construction Contracts (September 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 519-22

Contract Clause 52.236-21, Specifications and Drawings
for Construction (February 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 540-41

Contract Clauses 52.243-1 and 52.243-4, Changes Clauses . . . . . . . . . . . . . . . . . . . . . . . . 544-46

**SOLICITATION, OFFER, AND AWARD**
onstruction, Alteration, or Repair)

1. SOLICITATION NO.: DACA21-03-R-0064-0001

2. TYPE OF SOLICITATION: ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP)

3. DATE ISSUED: 11-Aug-2003

PAGE OF PAGES: 1 OF 193

'ORTANT - The "offer" section on the reverse must be fully completed by offeror.

CONTRACT NO.: DACA21-03-D-0021

5. REQUISITION/PURCHASE REQUEST NO.:

6. PROJECT NO.:

7. ISSUED BY CODE DACA21
A-E & CONSTRUCTION BRANCH
100 W. OGLETHORPE AVE
SAVANNAH GA 31401-3640
TEL:(912)652-5075 FAX: (912)652-5828

8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE
See Item 7
TEL: FAX:

9. FOR INFORMATION CALL:
A. NAME: SANDRA B MEYERS
B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)*: 912/652-5324

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

INDEFINITE DELIVERY ORDER CONTRACT
FOR CONSTRUCTION AND DESIGN - BUILD CONSTRUCTION
GEORGIA AND SOUTH ATLANTIC DIVISION

POTENTIAL MAXIMUM AWARD IS $13,500,000.00 (BASE PLUS TWO OPTION PERIODS OF $4,500,000.00 EACH)

PERFORMANCE PERIOD WILL BE DETERMINED WITH EACH TASK ORDER.

LOCATION PERIOD OF PERFORMANCE AND LIQUIDATED DAMAGES WILL BE DETERMINED WITH EACH TASK ORDER.

ntracting Officer: Ms. Colleen O'Keefe, (912) 652-5075
email: colleen.j.okeefe@sas02.usace.army.mil

Contract Specialist: Sandy Meyers, (912) 652-5324
email: sandra.b.meyers@sas02.usace.army.mil

**Document Reviewed & Approved for**
**Legal Sufficiency**
**Technical Specs. & Drawings**
**~~Not~~ Reviewed.**
[signature] 9/28/03
**Atty.** **(Date)**
**Office of Counsel**

11. The Contractor shall begin performance within 5 calendar days and complete it within ________ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☐ mandatory, ☐ negotiable. *(See* 52.211-10 *.)*

12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)*
☒ YES ☐ NO

12B. CALENDAR DAYS: 5

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 5 copies to perform the work required are due at the place specified in Item 8 by 03:00 PM *(hour)* local time 15 Sep 2003 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

## SOLICITATION, OFFER, AND AWARD (Continued)

*(Construction, Alteration, or Repair)*

### OFFER *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 15. TELEPHONE NO. *(Include area code)* |
|---|---|
| TODD CONSTRUCTION CO., INC<br>9636 N. MAY AVE SUITE 275<br>OKLAHOMA CITY, OK 73120<br>CAGE 05XG0<br>DUNS 62 044 7052 | (405) 755-2299<br>16. REMITTANCE ADDRESS *(Include only if different than Item 14)*<br>See Item 14 |
| CODE / FACILITY CODE | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

| AMOUNTS | SEE SCHEDULE OF PRICES |
|---|---|

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | 0001 | 0002 | 0003 | 0004 | 0005 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 19AUG03 | 25AUG03 | 9SEP03 | 11SEP03 | 12SEP03 | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| GEORGE W. TODD, PRES | [signature] | 15 SEP 03 |

### AWARD *(To be completed by Government)*

21. ITEMS ACCEPTED:

*FIRST TASK ORDER WILL BE AWARDED CONCURRENTLY WITH THE BASIC CONTRACT

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| $0.00 * | 21 NA 2003 2050.0000 K6 2003 08 8021 70000000000 09133 3230 3G607D |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | ITEM | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO |
|---|---|---|
| | | ☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c) |

| 26. ADMINISTERED BY CODE | 27. PAYMENT WILL BE MADE BY: CODE |
|---|---|
| U.S. Army Corps of Engineers<br>P.O. Box 889<br>Savannah, GA 31402-0889 | U.S. Army Corps of Engineers Finance Center<br>ATTN: CEFC-AO-P<br>5720 Integrity Drive<br>Millington, TN 38054-5005 |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

| ☐ 28. NEGOTIATED AGREEMENT | XX 29. AWARD |
|---|---|
| *(Contractor is required to sign this document and return ______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract. | *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*<br>GEORGE W. TODD PRES | 31A. NAME OF CONTRACTING OFFICER *(Type or print)*<br>Colleen O'Keefe EMAIL: colleen.j.okeefe@sas.usace.army.mil<br>TEL: (912) 652-5075 |

| 30B. SIGNATURE | 30C. DATE | 31B. UNITED STATES OF AMERICA BY | 31C. AWARD DATE |
|---|---|---|---|
| [signature] | 15SEP03 | [signature: Colleen O'Keefe] | 9-28-2003 |

NSN 7540-01-155-3212 STANDARD FORM 1442 BACK (REV. 4-85)

Section 00010 - Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1 | Lump Sum | UNDEFINED | UNDEFINED |

BASE PERIODFFP
Unpriced (See Sample Task Order) - Period of Performance is 365 day from date of award unless Option Period 1 is exercised early.

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1 | Lump Sum | UNDEFINED | UNDEFINED |

OPTION PERIOD 1FFP
Unpriced - Option Period 1 Period of Performance is 365 days from exercise of Option Period 2 unless exercised early.

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 1 | Lump Sum | UNDEFINED | UNDEFINED |

OPTION PERIOD 2FFP
Option Period 2 - Period of Performance is 365 from exercise of Option Period 1.

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 3

| | | | | |
|---|---|---|---|---|
| 1. CONTRACT/PURCH. ORDER/AGREEMENT NO. A21-03-D-0021 | 2. DELIVERY ORDER/CALL NO. 0001 | 3. DATE OF ORDER/CALL 2003 Sep 28 | 4. REQ./PURCH. REQUEST NO. W33SJG-3270-1846 | 5. PRIORITY |

6. ISSUED BY CODE DACA21
A-E & CONSTRUCTION BRANCH
100 W. OGLETHORPE AVE
SAVANNAH GA 31401-3640

7. ADMINISTERED BY CODE DACA21
SEYMOUR JOHNSON RESIDENT OFFICE
POB 10508
GOLDSBORO NC 27532-0508

8. DELIVERY FOB
[X] DEST
[ ] OTHER
(See Schedule if other)

9. CONTRACTOR CODE 0SKG0 FACILITY
TODD CONSTRUCTION CO INC
GEORGE TODD
9636 N MAY AVENUE SUITE 275
OKLAHOMA CITY OK 73120

10. DELIVER TO FOB POINT BY (Date)
SEE SCHEDULE

11. MARK IF BUSINESS IS
[X] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

12. DISCOUNT TERMS
Net 14 days

13. MAIL INVOICES TO THE ADDRESS IN BLOCK
See Item 7

14. SHIP TO CODE
SEE SCHEDULE

15. PAYMENT WILL BE MADE BY CODE DFAS
US ARMY CORPS OF ENGRS FINANCE CENTER
CEFC-AO-P
5720 INTEGRITY DRIVE
MILLINGTON TN 38054-5005

**MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.**

16. TYPE OF ORDER
- DELIVERY/CALL [X] This delivery order/call is issued on another Govt. agency or in accordance with and subject to terms and conditions of above numbered contract.
- PURCHASE [ ] Reference your quote dated
  Furnish the following on terms specified herein. REF:

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |
|---|---|---|---|
| | | | |

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE
See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

** If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.*

24. UNITED STATES OF AMERICA
TEL: 912/652-5292
EMAIL: colleen.j.okeefe@sas02.usace.army.mil
BY: COLLEEN J OKEEFE (signature: Colleen O'Keefe)
CONTRACTING / ORDERING OFFICER

25. TOTAL $634,026.05
29. DIFFERENCES
30. INITIALS

26. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE SIGNATURE OF AUTHORIZED GOVT. REP.

27. SHIP NO. [ ] PARTIAL [ ] FINAL
28. DO VOUCHER NO.
31. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL
32. PAID BY
33. AMOUNT VERIFIED CORRECT FOR
34. CHECK NUMBER
35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.

DATE SIGNATURE AND TITLE OF CERTIFYING OFFICER

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

DD Form 1155, JAN 1998 (EG) PREVIOUS EDITION MAY BE USED.

**ADDITION PDF BUILDING 4743 (VKAG 99-1137), SEYMOUR JOHNSON AIR FORCE BASE, NORTH CAROLINA**

# THIS IS YOUR NOTICE TO PROCEED

In accordance with FAR 52.216-18, ORDERING, the schedule is hereby revised to include the following statement:

Task Orders will only be issued by a duly warranted Contracting Officer, including facsimile and oral orders, when determined appropriate by the Contracting Officer.

1. Scope of Work: Task Order will be performed in accordance the Scope of Work issued with Solicitation Number DACA21-03-R-0064, Indefinite Delivery Contract for Construction and Design/Build, GA and SAD and your price proposal received by the Government on September 17, 2003.

2. Accounting and Appropriation Data:
21 NA 2003 2050.0000 K6 2002 08 8021 70000000000 09133 3230 3G607D

3. Contract Duration: The period of performance for this task order will be performed in accordance the Scope of Work issued with Solicitation Number DACA21-03-R-0064, Indefinite Delivery Contract for Construction and Design/Build, GA and SAD.

4. Liquidated Damages: The liquidated damages for this task order are in accordance with the Scope of Work issued with Solicitation Number DACA21-03-R-0064, Indefinite Delivery Contract for Construction and Design/Build, GA and SAD.

5. Pay Estimates should be submitted to the following address:

U.S. Army Corps of Engineers, Savannah District
ATTN: Seymour Johns AFB Resident Office (CD-PSJ)
Post Office Box 10508
Goldsboro, North Carolina 27532-0508

Contracting Officer:
Ms. Colleen O'Keefe
Phone no. (912) 652-5075
Email: colleen.j.okeefe@sas02.usace.army.mil

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1 | Lump Sum | $634,026.05 | $634,026.05 |
| | Construct Addition to Bldg. 4743Facility VKAG 99-1137 | | | | |

# SCOPE OF WORK

11 August 2003

TASK ORDER FOR CONSTRUCTION OF VARIOUS MAINTENANCE AND REPAIR PROJECTS,
SEYMOUR JOHNSON AIR FORCE BASE, GEORGIA
SOLICITATION NUMBER DACA21-03-R-0064

**1. DESCRIPTION OF WORK:** Work under this task order will consist of the following:

**SUBJECT TO AVAILABILITY OF FUNDS (SAF)**- PROJECT NO. VKAG 00-1107 – REPAIR COMMUNITY CENTER, BLDG. 3728 The work covered by this project includes, but is not limited to the following: Major Architectural and building systems renovation; Install new Sprinkler system and associated controls; Install low voltage automatic integrated transceiver fire alarm system; Provide asbestos abatement plan and abate asbestos; and Provide Architectural and Civil support to complete installation of sprinkler and fire alarm systems.

PROJECT NO. VKAG 00-1165, REPAIR ROOF, BLDG 2121 The work covered by this project includes, but is not limited to the following: Remove metal roofing system and replace with new and Install standing seam metal roof system over existing facility.

**SUBJECT TO AVAILABILITY OF FUNDS (SAF)**- PROJECT NO. VKAG 02-1048 – REPLACE BAK-12 DECK SHEAVES The work covered by this project includes, but is not limited to the following: Deck sheave, and concrete foundation, and steel tube removal; Fairlead beam installation, concrete foundation replacement and steel tube replacement; and BAK-12 absorber removal/installation

**SUBJECT TO AVAILABILITY OF FUNDS (SAF)**- PROJECT NO. VKAG 03-1501 – DEMO CONTRACTING FACILITIES The work covered by this project includes, but is not limited to the following: Demolition of existing facilities 3634 and 3632 and associated utilities and. Site restoration to include grading and sodding.

**SUBJECT TO AVAILABILITY OF FUNDS (SAF)**- PROJECT NO. VKAG 95-1131 – REPAIR 3rd FLOOR BUILDING 3607 The work covered by this project includes, but is not limited to the following: Repair and construct an addition to include but not limited to the demolition and removal of the 3rd floor existing wall, floor and ceiling finishes and systems; The demolition and removal of the existing stair tower serving the 1st, 2nd and 3rd floors; The up-fit of the 3rd floor area shall include: new wall, floor and ceilings finishes; a new 4-pipe fan coil HVAC and associated piping; new electrical power distribution system for the 3rd floor and new toilet groups for the 3rd floor. A new fire sprinkler system shall be installed for all three floors; the system shall include new service main to the building, backflow preventor, riser, piping system and heads. The existing fire alarm system shall be retrofit to match the 3rd floor renovations and renovated on the 1st and 2nd floors. A new entrance vestibule, stair tower, elevator and riser room addition shall be constructed in place of the demolished stair tower. The addition shall be 3 stories and provide elevator and stair access to all three floors.

PROJECT NO. VKAG 97-1139 – REPLACE POWER CHECK PAD The work covered by this project includes, but is not limited to the following: Furnishing of all plant, labor, equipment and materials for the installation of a new blast deflector foundation, blast deflector, and associated landscaping; and Demolition of existing mechanical blast deflector foundation, mechanical blast deflector, and earth covered blast deflector.

**SUBJECT TO AVAILABILITY OF FUNDS (SAF)**- PROJECT NO. VKAG 99-1130 – REPAIR ALS ROOF BUILDING 3611 The work covered by this project includes, but is not limited to the following: Install standing seam metal roof and support system over existing facility.

**CONTINUED**

PROJECT NO. VKAG 99-1137 – CONSTRUCT ADDITION TO PERSONNEL DEPLOYMENT FACILITY BUILDING 4743 The work covered by this project includes, but is not limited to the following: Site demolition, grading, excavation, and building construction including mechanical and electrical systems to Construct Addition to Personnel Deployment Facility.

**2. PERFORMANCE PERIOD:**

PROJECT NO. VKAG 00-1107 – REPAIR COMMUNITY CENTER, BLDG. 3728 215 Calendar Days
PROJECT NO. VKAG 00-1165 – REPAIR ROOF, BLDG 2121 180 Calendar Days
PROJECT NO. VKAG 02-1048 – REPLACE BAK-12 DECK SHEAVES 153 Calendar Days
PROJECT NO. VKAG 03-1501 – DEMO CONTRACTING FACILITIES 120 Calendar Days
PROJECT NO. VKAG 95-1131 – REPAIR 3rd FLOOR BUILDING 3607 125 Calendar Days
PROJECT NO. VKAG 97-1139 – REPLACE POWER CHECK PAD 150 Calendar Days
PROJECT NO: VKAG 99-1130 – REPAIR ALS ROOF BUILDING 3611 180 Calendar Days
PROJECT NO. VKAG 99-1137 – CONSTRUCT ADDITION TO PERSONNEL DEPLOYMENT FACILITY BUILDING 4743 205Calendar Days

**3. CONTRACT REQUIREMENTS:**

A. Project Involves Handling of Asbestos:
[ ] Yes for VKAG 95-1131, VKAG 00-1107
[X] No for all others

B. Occupancy During Construction:
[X] Yes
[ ] No

C. Phasing of Work:
[X] Yes (See Section 1.13 for VKAG99-1130, VKAG00-1165, See Section 1.14 for VKAG 00-1107, VKAG95-1131, VKAG 97-1139, See Section 1.15 for VKAG 03-150, VKAG 02-1048, VKAG 99-1137)
[ ] No

D. Construction Schedule
[ X ] Bar Chart/Gant Chart
[ ] NAS

E. CQC System Requirements
CQC System Manager - Construction person with 15 years' experience. CQC may have other duties.

CQC Personnel

**4. PRE-BID CONFERENCE:**

[ ] Yes Date ________ Time________ Location_______ POC/Telephone________
[X] No

**CONTINUED**

**5. CONTRACTOR REQUIREMENTS:**

A. After task order award:
[X] FRP0001 – Site Safety and Health Plan
[X] FRP0002 – Quality Control Program
[X] FRP0007 – Work Plan
[X] FRP0009 - Pre-Remediation Action Conference
[X] FRP0010 – Work Schedule
[X] FRP0011 - Weekly Progress Report
[X] FRP0016 - Equipment and Construction Warranties

B. After construction completion, prior to final payment:
[X] FRP0021 - As-Built/Final Drawings

**6. GOVERNMENT-FURNISHED ITEMS/WORK:**

**7. INTERFACE WITH GOVERNMENT PERSONNEL:** Access to and from the site shall be coordinated through the Seymour Johnson Resident Engineer Office, POC Matt Makdad at telephone number 919.722.5572.

**8. WAGE DETERMINATION:** The applicable wage determination for *insert applicable wage rate determination.*

**9. LIQUIDATED DAMAGES:** The Contractor shall be assessed the amount of $376.14 liquidated damages per calendar day, for failure to complete the prescribed work within the performance period stated in paragraph 2, above.

**10. PAYMENT OFFICE:** North Carolina Air Force and Special Ops Area Office
Attention: Bob Cagle
Building D-2507
Ardennes Street
Fort Bragg, NC 29307-0247

**11. ENCLOSURES:**

A. SPECIFICATIONS AND DRAWINGS:
PROJECT NO. VKAG 00-1107 – REPAIR COMMUNITY CENTER, BLDG. 3728
PROJECT NO. VKAG 00-1165, REPAIR ROOF, BLDG 2121
PROJECT NO. VKAG 02-1048 – REPLACE BAK-12 DECK SHEAVES
PROJECT NO. VKAG 03-1501 – DEMO CONTRACTING FACILITIES
PROJECT NO. VKAG 95-1131 – REPAIR 3rd FLOOR BUILDING 3607
PROJECT NO. VKAG 97-1139 – REPLACE POWER CHECK PAD
PROJECT NO. VKAG 99-1130 – REPAIR ALS ROOF BUILDING 3611
PROJECT NO. VKAG 99-1137 – CONSTRUCT ADDITION TO PERSONNEL DEPLOYMENT FACILITY BUILDING 4743

DEPARTMENT OF THE ARMY
SAVANNAH DISTRICT, CORPS OF ENGINEERS
P.O. BOX 889
SAVANNAH, GEORGIA 31402-0889

16 June 2004

REPLY TO
ATTENTION OF:

Contracting Division
A-E and Construction Branch

SUBJECT: **NOTICE TO PROCEED (NTP)** - Contract No. DACA21-03-D-0021, Task Order 0001, Addition PDF Building 4743 (VKAG 99-1137), Seymour Johnson Air Force Base, North Carolina

Todd Construction Company, Inc.
9636 North May Avenue
Suite 275
Oklahoma City, OK 73120

Gentlemen:

In accordance with the terms of the above contract, you are hereby notified to proceed with work on Task Order 0001. The contract duration is 205 calendar days after receipt of notice to proceed.

Since time is of the essence, this NTP is being issued via facsimile. Please sign in the space provided and return, via facsimile at (912) 652-5828, to this office, ATTN: CESAS-CT-C/Sandy Meyers. The original will be placed in the mail and sent Certified Mail. Please ensure that the date on the original agrees with the date of the facsimile, which you indicate below. The date of the facsimile will be the official NTP date.

Please sign in the space provided and return the original to this office, ATTN: CESAS-CT-C/Sandy Meyers within 10 (ten) calendar days.

Sincerely,

Kathleen A. Achord

Kathleen A. Achord
Contracting Officer

---

This Notice To Proceed was received 16-June-04 (date).

By Jon La Galle

Title Attorney In Fact

TODD
CONSTRUCTION, LP
Phone: (910) 436-8600
Fax: (910) 436-8628

# Fax

**To:** Stephen Blanchard **Company:** COE
**Fax #:** 919-722-5870 **Phone #:** 919-722-5869
**From:** Mike Regenhardt **Fax:** (910) 436-8628
**Date:** 3-17-05
**Pages:** 6
**Re:** PDF 4742 - Unsolicited Proposal.

Mr. Blanchard,

Attach is the Unsolicited Proposal for the telescoping stands.

Thankyou,
Mike Regenhardt

CC - Tim Lamb
Ned Kirtley

Hard copies will be mailed today.

# TODD

Construction, LP

March 17, 2005

Mr. Stephen T. Blanchard, P.E.
Contracting Officer's Representative
Savannah District, Corps of Engineers
Seymour Johnson Resident Office
P.O. Box 10508
Goldsboro, N.C. 27532-0508

RE: IDIQ Construction/Design Build Contract
DACA21-03-D-0021 **UNSOLICITED PROPOSAL**
Project: Addition to PDF Bldg. 4742, Seymour Johnson, AFB NC
Project No: Todd Job # 3001

Mr. Blanchard,

In response to your Serial Letter Number 03-21-087, we are pleased to submit the attached Unsolicited Proposal.

Please note the following:

- The lead time for the telescoping stands is 8 to 10 weeks after approval of shop drawings and color selections. Installation will be scheduled after stands are manufactured, and will take 5 to 6 days.
- A breakdown of the Lump Sum price is provided.
- Proposal is based on specification section 12760 – telescoping stands.

The scope of work described above is estimated to impact the existing schedule by (105) one hundred five calendar days from the current completion date or from the time of the executed modification, whichever has the longer duration.

Once again, Todd Construction, LP's position is that the Government should issue a modification to the contract due to the original specifications omitting this section and for not having enough information on the drawings to be able to estimate this cost.

If you have any questions, please contact Mike Regenhardt at (910) 436-8600.

Sincerely,
**TODD CONSTRUCTION, LP**

J. Dube Putz
Senior Project Manager

SJAFB Addition to PDF Bldg. 4742
Todd Job #3001

| Work Item | Labor | Equipment | Material | Total |
|---|---|---|---|---|
| | | | | |
| **Summary Sheet 1** | | | | |
| | | | | |
| Learning Environments, Inc. | $ - | $ - | $ - | $ 24,300.00 |
| General Conditions | | | | $ 450.00 |
| TOTAL DIRECT COSTS | $0.00 | $0.00 | $0.00 | $ 24,750.00 |
| Field Overhead | | | 8.00% | $1,980.00 |
| Home Office Overhead | | | 3.00% | $801.90 |
| TOTAL COSTS | | | | $ 27,531.90 |
| Profit | | | 10.00% | $2,753.19 |
| SUBTOTAL | | | | $ 30,285.09 |
| Bond Premium | | | 1.00% | $302.91 |
| **TOTAL PROPOSED FEE** | | | | $ 30,588.00 |

NOTES:

1. Attach Subcontractor quotes and reference applicable work item

Project #: DACA21-03-D-0021
Description:Addition to PDF, Bldg. 4742
Date: 3/17/2005
Todd Job #3001

Todd Construction, LP
Ft. Bragg, NC

| | | |
|---|---|---|
| Field Investigation | $ | 100.00 |
| Compilation of Field Data | $ | - |
| Silica Plan & Monitoring | $ | - |
| Electrical Consultant | $ | - |
| Engineering/Layout | $ | - |
| Dumpster | $ | 250.00 |
| Flagman/Traffic Control | $ | - |
| Permit Fees | $ | - |
| Plans Printing | $ | - |
| Crane Truck | $ | - |
| Portalets | $ | 100.00 |
| Total | $ | 450.00 |

Phone: (336) 622 - 4296 Fax: (336) 622 - 4298
LEARNING ENVIRONMENTS, INC
P.O. Box 1127 Liberty, North Carolina 27298

Monday, March 07, 2005

RE: Seymour Johnson AFB – Outbrief Room 103
Goldsboro, NC.

Specification Section(s): 12760

Dear Mr. Regenhardt,

We propose to **furnish and install** the equipment referenced above and described below for the cost indicated.

## GENERAL CONDITIONS

1. North Carolina tax is included.
2. Prices are contingent upon delivery of material prior to September 2005.
3. This quote will expire on 5/5/2005. If a contract is received after that date then the bleachers will need to be requoted to see if the pricing can be held. NO EXCEPTIONS.
4. We have received addenda none.
5. Final Payment, including retainage, is due within sixty (60) days after completion of work, submission of close out documents, and owner's/architect's acceptance of, or use of, the products provided under this contract. **FINAL PAYMENT IS NOT TO BE CONTINGENT UPON PAYMENTS TO THE GENERAL CONTRACTOR BY A THIRD ENTITY NOT A PARTY TO THIS CONTRACT.**

## SCOPE OF WORK

Section 12760 (Telescoping Stands by: Hussey Seating Company)
1 – bank of manually operated bleachers with operating handles 10 rows high x 41'-8" +/- long with 11 5/8" rise and 24" row spacing.
Accessories Include:
Wood seats and Fascia Boards
Aisles with steps & Handrails
Self-storing railed end on open side
End Panel on open side

**Total Cost for Section 12760: ------ $24,300.00**

Quote Includes: Freight, Tax, Unloading & Complete Installation by factory certified installers

Sincerely,

Bruce A. Cobb

Bruce A. Cobb
Contract Administrator

From: Bruce Cobb <bcobb@learningenvironmentsinc.com>
To: mike.regenhardt@earthlink.net
Subject: Delivery lead time
Date: Mar 8, 2005 11:02 AM
Attachments: tech.gif

Mike:

Once everything is sent to Hussey (color selections, approved dwgs & field verified dimensions) the lead time is 8 to 10 weeks.

Regards:
Bruce Cobb

**Learning Environments Inc.**
Phone: (336) 622 - 4296 x13
Fax: (336) 622 - 4298

**\NSMITTAL OF SHOP DRAWINGS, EQUIPMENT DATA, MATERI... IPLES, OR MANUFACTURER'S CERTIFICATES OF COMPLIANC**

(Read instructions on the reverse side prior to initiating this form)

DATE: 3/16/2005

TRANSMITTAL N...: DACA21-03-D-... .001-1

**SECTION I - REQUEST FOR APPROVAL OF THE FOLLOWING ITEMS** (This section will be initiated by the contractor)

TO: Mr. Stephen T. Blanchard, P.E.
P.O. Box 10508
Goldsboro, NC 27532-0508

FROM: Todd Construction, LP
Blackjack Road
Fort Bragg, NC 28307

CONTRACT NO.: DACA21-03-D-0021-0001

CHECK ONE:
[X] THIS IS A NEW TRANSMITTAL
[ ] THIS IS A RESUBMITTAL OF TRANSMITTAL

SPECIFICATION SEC. NO. (Cover only one section with each transmittal): 12760

PROJECT TITLE AND LOCATION: Addition to PDF Bldg. 4742

CHECK ONE: This Transmittal is for [ ] FIO [X] Gov't Approval

| ITEM NO. | DESCRIPTION OF ITEM SUBMITTED (Type size, model number, ect.) | MFG OR CONTR. CAT., CURVE DRAWING OR BROCHURE NO. (See Inst. No. 8 | NO. OF COPIES | CONTRACT REFERENCE DOCUMENT SPEC. PARA. NO. | CONTRACT REFERENCE DOCUMENT DRAWING SHEET NO. | FOR CONTRACTOR USE CODE | VARIATION (See Instruction No. 6 | FOR CE USE CODE |
|---|---|---|---|---|---|---|---|---|
| a. | b. | c. | d. | e. | f. | g. | h. | i. |
| 1 | Telescoping Stands | N/A | 6 | N/A | N/A | G CD | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

REMARKS

I certify that the above submitted items have been reviewed in detail and are correct and in strict conformance with the contract drawings and specifications except as other wise stated.

Mike Regenhardt [signature]
NAME AND SIGNATURE OF CONTRACTOR

**SECTION II - APPROVAL ACTION**

ENCLOSURES RETURNED (List by Item No.)

NAME, TITLE AND SIGNATURE OF APPROVING AUTHORITY

DATE

ENG FORM 4025-R, MAR 95 IER 415-1-10 EDITION OF SEP 93 IS OBSOLETE SHEET ____ OF ____

Phone: (336) 622 - 4296 Fax: (336) 622 - 4298
LEARNING ENVIRONMENTS, INC
P.O. Box 1127 Liberty, North Carolina 27298

Monday, March 07, 2005

RE: Seymour Johnson AFB – Outbrief Room 103
Goldsboro, NC.

Specification Section(s): 12760

## SCOPE OF WORK

Section 12760 (Telescoping Stands by: Hussey Seating Company)
1 – bank of manually operated bleachers with operating handles 10 rows high x 41'-8" +/- long with 11 5/8" rise and 24" row spacing.
Accessories Include:
Wood seats and Fascia Boards
Aisles with steps & Handrails
Self-storing railed end on open side
End Panel on open side

Quote Includes: Freight, Tax, Unloading & Complete Installation by factory certified installers

Sincerely,

Bruce A. Cobb

Bruce A. Cobb
Contract Administrator


14 SEATS
13 SEATS
12 SEATS
11 SEATS
12 SEATS
11 SEATS
10 SEATS
12 ST
2 ST
9 SEATS
3'-0"
3'-0"
1'-0"
1 1/2"
31'-0"
18'-8"
41'-7 1/2"
MAIN BANK
PLAN OF SEATING
ACCESSORIES
LEGEND
HUSSEY SEATING COMPANY
IMPORTANT
GENERAL NOTES
BANK SUMMARY
REVISIONS
STAMP HERE ONLY
FIELD SUMMARY
PLAN OF SEATING
SEYMOUR JOHNSON AFB
GOLDSBORO, NC
B. CORB
50812
PP01

00023


20'-3 7/16" OPEN DIMENSION
8 ROWS @ 24" = 16'-0"
7'-2"
1'-0 9/16"
1'-0 7/8"
8 RISERS @ 9 5/8" = 7'-2 5/8"
8'-0 1/2"
8'-7 1/2"
2'-8 1/16" CLOSED DIMENSION
MAIN BANK
CROSS SECTION
HUSSEY SEATING COMPANY
IMPORTANT
GENERAL NOTES
BANK SUMMARY
REVISIONS
STAMP HERE ONLY
FIELD SUMMARY
CROSS SECTION
SEYMOUR JOHNSON AFB
GOLDSBORO, NC
B. COBB
3/4/2005
80012
SC01

00024

O C (BARAN)

**DEPARTMENT OF THE ARMY**
SAVANNAH DISTRICT, CORPS OF ENGINEERS
P.O. BOX 889
SAVANNAH, GEORGIA 31402-0889

April 13, 2005

REPLY TO
ATTENTION OF:

Construction Division

Todd Construction Company, Inc.
Post Office Box 795
Spring Lake, NC 28390

Attention: J. Dube Putz, Senior Project Manager

SUBJECT: Contract No. DACA21-03-D-0021, Task Order #0001, IDIQ Contract to Construct an Addition to Building 4743, Seymour Johnson AFB, NC, **Telescoping Bleachers Claim**

Gentlemen:

Reference your letter dated March 17, 2005, which requested the issuance of a modification under the subject contract task order. I have reviewed the information in the claim, as well as the contract documents, and my initial determination is that your claim for the cost of the bleachers has no merit.

Todd Construction Company, Inc. ("Todd") claims that it is entitled to an equitable adjustment because the cost for the bleachers (also called "telescoping stands") was not included in Todd's proposal. It states that this cost was not included because the original specifications did not include specifications section 12760 and there was not enough information on the drawings to estimate the cost for the bleachers.

The bleachers clearly are a contract requirement because they are shown on the drawings and there is no indication that the bleachers will be provided by others or that they are shown for reference only. The drawings provide the overall dimensions of the bleachers, which is sufficient information to estimate a cost for industry standard bleachers.

Todd has not proven in its claim that there is a difference in cost between what it now intends to provide and what is required by the drawings.

Accordingly, I intend to deny your claim. However, I will consider any additional information you may have to submit. Should you desire, I will meet with you to receive the additional information.

To schedule a meeting to present additional facts or documentation in support of your claim in person, please contact Mr. Felipe Vigo in the Construction Division Claims Section, (912) 652-5101 by April 29, 2005. If I do not hear from you by that date, I will issue my final decision denying your claim.

Sincerely,

Julie A. Anderson

Julie A. Anderson
Contracting Officer

CESAS-CD-TC 5 May 2005

MEMORANDUM FOR RECORD

SUBJECT: Contract No. DACA21-03-D-0021, Task Order #0001, IDIQ Contract to Construct an Addition to Building 4743, Seymour Johnson AFB, NC, **Telescoping Bleachers Claim**

1. A Contracting Officer-Contractor (KO-KTR) teleconference was held on 5 May 05 at Savannah District to allow the Contractor an opportunity to present additional information to support its Telescoping Bleachers claim.

2. Mr. Tom LaGalle represented Todd Construction Company, Inc. ("Todd").

3. The following individuals were in attendance for the Government:

Ms. Julie Anderson - Contracting Officer
Ms. Connie Baran - Assistant District Counsel
Mr. Robert Kunka - Chief, Claims Section
Mr. Dennis Lindemeier – Project Manager
Mr. Stephen Blanchard - Resident Engineer*
Mr. Felipe Vigo - Claims Manager *by phone

4. Mr. LaGalle started its presentation by stating that there was nothing included for the bleachers in the bid schedule.

- The Drawings show the bleachers as dashes. That means that they are shown for reference only.
- Todd did not include the cost for bleachers in its bid.
- Mr. LaGalle asked whether the cost for the bleachers was included in the Government Estimate. Steve Blanchard stated that it was.
- Mr. LaGalle asked whether the project designer the same person that left out the specifications. The answer the that question was unknown.
- Mr. LaGalle continued by stating that the task order was awarded on September 28, 2003 and NTP was issued on June 16, 2004.
- Construction began on September 13, 2004, following submittals.
- On January 26, 2005 the Government sent a preliminary specification section for the telescoping bleachers.
- On February 9, 2005 the Government sent the corrected version of specification section for the telescoping bleachers.
- Mr. LaGalle stated that without the specification they were unable to estimate the cost for the bleachers.
- Mr. LaGalle stated that Todd requested a modification to the contract after the February 9, 2005 letter.
- Mr. LaGalle stated that Todd has not make an exorbitant profit for a job the has gone for two years.

CESAS-CD-TC
SUBJECT: Contract No. DACA21-03-D-0021, Task Order #0001, IDIQ Contract to Construct an Addition to Building 4743, Seymour Johnson AFB, NC, **Telescoping Bleachers Claim**

- Bob Kunka asked why Todd could not include the bleacher on its bid. Mr. LaGalle answered that being in dashed lines and no specification section it was impossible to estimate the cost of the bleachers. Todd did not think that the bleachers were part of the contract.
- Bob Kunka followed up with asking Mr. LaGalle if Todd would have thought that the bleachers were part of the contract, could Todd would have been able to put together a cost for the bleachers? The answer was yes.
- Dennis Lindemeier asked why Todd did not inquire the Government about the bleachers. Mr. LaGalle stated that during the site visit the Government would not even let them inside the building. Maybe if they were allowed to go into the building before bidding, they would have seen that the building that they were going to build an addition to contained telescoping bleachers and that would have triggered the question whether the bleachers were required in the addition

5. At the post-meeting the KO stated that her position is still the same as it was at the Staff Review meeting, i.e., basic bleachers are required by the contract drawings, not telescoping ones. However, she feels that the Government is part to be blamed because the specifications were omitted and not allowing Todd inside the building during the site visit.

Felipe L. Vigo, P.E.
Claims Manager

**DEPARTMENT OF THE ARMY**
SAVANNAH DISTRICT, CORPS OF ENGINEERS
P.O. BOX 889
SAVANNAH, GEORGIA 31402-0889

REPLY TO
ATTENTION OF:
Office of Counsel

Todd Construction Company, Inc.
Post Office Box 795
Spring Lake, NC 28390

Attention: Tom LaGalle, Senior Project Manager

SUBJECT: Contract No. DACA21-03-D-0021, Task Order #0001, IDIQ Contract to Construct an Addition to Building 4743, Seymour Johnson AFB, NC, **Telescoping Bleachers Claim**

Dear Mr. LaGalle:

This decision arises out of Contract No. DACA21-03-D-0021, Task Order #0001, IDIQ Contract to Construct an Addition to Building 4743, Seymour Johnson AFB, NC. The contract was awarded to Todd Construction Co., Inc. ("Todd") on September 28, 2003 and the first Task Order was awarded concurrently with the contract. The scope of work for Task Order #0001 consists of construction of an addition to building 4743 which is a personnel deployment facility. The work includes, but is not limited to site demolition, grading, excavation and building construction including mechanical and electrical systems. The Task Order was awarded on September 28, 2003 in the amount of $634,026.05 (Tab 3).[1] Notice to proceed was issued and acknowledged on June 16, 2004 (Tab 5).

By letter dated March 17, 2005 Todd submitted a claim for a sum certain amount of $30,588.00 to provide Telescoping Stands (Tab 6). Todd alleges that the Government should issue a modification to the contract because: 1) the original specifications omitted section

12760,"Telescoping Stands"; 2) for not having enough information on the drawings to be able to estimate the cost; and 3) for 105 calendar days from the current completion date or from the time of the executed modification, whichever has the longer duration.

Mr. Tom LaGalle met with me and other Government representatives at the Savannah District on May 5, 2005. The purpose of the meeting was to allow Todd to present additional information for consideration in connection with the claim.

I have fully reviewed Todd's claim submission and correspondence, information from the meeting referenced above and the contract drawings and specifications. As explained more fully herein, I have concluded that the claim for the cost of telescoping stands is without merit and must be denied.

**FINDINGS OF FACT**

1. The contract was awarded to Todd Construction Co., Inc. ("Todd") on September 28, 2003 and the first Task Order was awarded concurrently with the contract (Tabs 3 and 4). The scope of work for Task Order #0001 consists of construction of an addition to building 4743 which is a personnel deployment facility.

2. Notice to proceed was issued and acknowledged on June 15, 2004 (Tab 5).

3. Contract clause 52.236-21 reads, in part, "Anything mentioned in the specifications and not shown on the drawings, or shown on the drawings and not mentioned in the specifications, shall be of like effect as if shown or mentioned in both." (Tab 3.)

4. Contract Drawing A1, Sheet 5 of 18 entitled "Floor Plan" shows the location of Bleachers including the capacity, the number of seats and rows and the location of mounted handrails (Tab 7).

---

[1] Tabs are referenced for a potential appeal file, with the first two Tabs reserved for the Notice of Appeal and the Contracting Officer's Decision. Copies of the Tabs are not attached to this decision.

5. Contract Drawing A3, Sheet 7 of 18 entitled "Sections & Details" includes a detail for bleachers (Tab 7).

6. The table of contents for the Specification Sections includes Division 12, Furnishings. This division includes section 12760 entitled "Telescoping Stands." (Tab 4.)

7. The Schedule of Material Submittals included in Task Order #0001 includes requirements for submittals for Telescoping Stands (Tab 4).

**ANALYSIS AND CONCLUSIONS**

The bleachers unequivocally are a contract requirement because they are shown on the contract drawings and there is no indication that the bleachers will be provided by others or that they are shown for reference only. The contract drawings provide the overall dimensions of the bleachers; the bleachers capacity; the number of seats; and the number of rows, which is sufficient information to estimate a cost for industry standard bleachers.

Notwithstanding the omission of the bleachers section in the original specifications, the specification section was listed in the Table of Contents and was also included in the submittal register provided to the contractor. Contract clause 52.236-21 (a) reads, in part, "Anything mentioned in the specifications and not shown on the drawings, or shown on the drawings and not mentioned in the specifications, shall be of like effect as if shown or mentioned in both."

Leaving the cost of that work out of the bid for this work may have made Todd's subcontract price more competitive, but it was a risk that Todd chose to take rather than notify the Government of the specification section omission.

Because the specification section containing the requirement for telescoping bleachers was not part of the contract, I find you are required to provide the bleachers as described in the drawings but are not required to provide telescoping bleachers. Accordingly, you are directed to

provide fixed bleachers as described in the drawings and consistent with prevalent industry standard bleachers. Your prompt action is anticipated and appreciated.

**CONCLUSIONS**

This is the final decision of the Contracting Officer in this matter. This decision may be appealed to the Armed Services Board of Contract Appeals, Skyline Six, 5109 Leesburg Pike, 7th Floor, Falls Church, VA 22041-3208. If you decide to appeal, you must mail or otherwise furnish written notice to the Armed Services Board of Contract Appeals within 90 days from the date you receive this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended and identify the contract by number. The notice shall also include a copy of this decision. With regard to appeals to the Armed Services Board of Contract Appeals, you may, solely at your election, proceed under the Board's small claims procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the Armed Services Board of Contract Appeals, you may bring an action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision.

Sincerely,

Julie A. Anderson

Julie A. Anderson
Contracting Officer

# TODD

Construction, LP

January 27, 2005

Mr. Stephen T. Blanchard, P.E.
Contracting Officer's Representative
Savannah District, Corps of Engineers
Seymour Johnson Resident Office
P.O. Box 10508
Goldsboro, N.C. 27532-0508

RE: IDIQ Construction/Design Build Contract
DACA21-03-D-0021
Project: Addition to PDF Bldg. 4742, Seymour Johnson, AFB NC
Project No: Todd Job # 3001

Mr. Blanchard,

I received Specification Section 12760 – "Bleachers" from Nathan Kirtley on 1-26-05. Due to the original specifications not having this section in it and not having enough information on the drawings to price, Todd Construction, LP did not price this item in our proposal.

If you would like for me to start inquiring about prices for a Request for Proposal, please let me know.

If you have any questions or comments, please contact Mike Regenhardt at (910) 436-8600.

Sincerely,
**TODD CONSTRUCTION, LP**

Tom LaGalle
Senior Project Manager

**Vigo, Felipe L SAS**

**ɪm:** Blanchard, Stephen T SAS
**.nt:** Friday, April 01, 2005 10:54 AM
**To:** Vigo, Felipe L SAS
**Cc:** Lamb, Timothy W SAS; Kirtley, Nathan R SAS
**Subject:** RE: Contract No. DACA21-03-D-0021, Task Order #0001, IDIQ Contract to Construct an Addition to Building 4743, Seymour Johnson AFB, NC, Telescoping Bleachers Claim

Felipe

1. If they did not state "For Reference Only" in their letter, then it was verbal during our conversations with them. They contend the bleachers are only shown on the drawings for coordination of floor plan layout, similar to a kitchen layout the designer will show the ovens, mixers, coffoe urns etc. as dashed lines so the contractor will know what goes there even they are not responsible for providing them. Normally when items are shown "for reference only" it is state "Not in Contract" or identified in the legend.

2. In one of our weekly meetings with the contractor, we asked when the bleachers were scheduled, not sure of the exact date. Not exactly sure which date is correct, we initially gave them a copy by hand and followed it up by letter dated 9 Feb.

3. Contractor is not really delayed, we are proceeding with completing the facility and plan on the contractor installing the bleachers when they arrive.

-----Original Message-----
**From:** Vigo, Felipe L SAS
**Sent:** Friday, April 01, 2005 7:34 AM
**To:** Blanchard, Stephen T SAS
**Subject:** Contract No. DACA21-03-D-0021, Task Order #0001, IDIQ Contract to Construct an Addition to Building 4743, Seymour Johnson AFB, NC, Telescoping Bleachers Claim

Steve,

I need your help to get the answers to the following questions, concerning the subject contract task order claim, so I can finalize the Staff Review Document and schedule a Staff Review meeting soon:

1. Paragraph 3 of your memo to Bob Kunka dated 21 March 2005 states, in part, "The contractor has stated that the bleachers that are indicated on the drawings are for reference only. Where is that stated in their correspondence? What do they mean exactly by "for reference only"?

2. How did this issue first come up? Why was the spec section provided at this time? In paragraph 2 of your memo states, in part, "A preliminary copy of the specification section was provided to the contractor on or about February 1, 2005. However, the contractor's letter dated March 1, 2005 state that they got one on January 26, 2005. Which is the correct date?

3. Was the contractor delayed pending receipt of the correct specifications?

Your assistance in getting the above answers is greatly appreciated.

Felipe

**Felipe Vigo, P.E.**
**Claims Section (CD-TC)**
**Technical/Administrative Branch**
**U.S. Army Corps of Engineers**
**(912) 652-5101**

SECTION 12760

BLEACHERS

PART 1 GENERAL

1.1 SECTION INCLUDES

A. Floor-attached, permanent bleachers.

1.2 RELATED SECTIONS

A. Section 04330 - Unit Wall Masonry Systems.

1.3 REFERENCES

A. Engineer, fabricate, and install bleachers to withstand the design loads specified in NFPA 102, "Standard for Assembly Seating, Tents, and Membrane Structures.

1.4 FIELD MEASUREMENTS

A. Verify field measurements prior to fabrication.

1.5 SUBMITTALS

A. Product Data for each bleacher shown on drawings, including details of construction relative to materials, dimensions of individual components, profiles, and finishes.

B. Shop Drawings showing fabrication and installation of bleachers including plans, elevations, sections, details of components, and attachments to other units of Work.

1.6 QUALITY ASSURANCE

A. Installer Qualifications: Engage an experienced Installer to perform work of this Section who has specialized in installing types of bleachers similar to those required for this Project and who is acceptable to, or certified by, manufacturer of bleachers

B. Welding Standards: Comply with applicable provisions of AWS D1.1 "Structural Welding Code--Steel" and AWS D1.3 "Structural Welding Code--Sheet Steel."

requirements indicated. Smoothly round corners, edges, and exposed fasteners to eliminate snagging and pinching hazards. Form exposed sheet metal with flat, flush surfaces, true to line and level, and without cracking and grain separation. Perform welding by operators and processes complying with AWS requirements.

B. Bench Seats and Foot Boards: Provide seats with uniform heights of 18 inches above the tread, clear anodized aluminum seat and foot boards to be 2" x 12" on Briefing Room bleachers and 2" x 16" on Holding Room bleachers.

C. Stair Risers: Fabricate risers from anodized aluminum, as standard with manufacturer.

D. Understructure: Fabricate understructure from structural steel members of size, spacing, and form required to support design loads.

E. Aisles: Fabricate stands with the following aisle configuration, at locations and of widths indicated:

1. Footrest-Level Configuration: Interrupt seats to provide aisle walking surfaces at footrest level.

F. Handrails: Provide 1 5/8" O.D. clear anodized aluminum handrails as shown on the drawings. These include the wall-mounted units and units mounted directly on bleacher system as indicated on drawings.

G. Row Spacing: Fabricate units with row spacing of 24 inches for Briefing Room bleachers.
Fabricate units with row spacing of 32 inches for Holding Room bleachers.

H. Row Rise: Fabricate units with row rise of between 9-5/8 and 10-1/2 inches (244.5 and 266.7 mm), as standard with manufacturer.

I. Accessories: Provide the following accessories of manufacturer's standard design and construction at locations indicated on the drawings.

## PART 3 EXECUTION

### 3.1 EXAMINATION

A. Examine areas where bleachers are to be installed, with Installer present, for compliance with requirements for installation tolerances and other conditions affecting performance of bleachers. Do not proceed with installation until

**DEPARTMENT OF THE ARMY**
SAVANNAH DISTRICT, CORPS OF ENGINEERS
SEYMOUR JOHNSON RESIDENT OFFICE
P.O. BOX 10508, GOLDSBORO, NC 27532-0508

February 9, 2005

REPLY TO
ATTENTION OF:

Seymour Johnson Resident Office

SUBJECT: Contract Number DACA21-03-D-0021, Task Order No. 001, IDIQ Contract to Construct an Addition to Building 4743, Seymour Johnson AFB, NC; **Building 4743 Telescoping Stands Specifications**

Serial Letter Number 03-21-085

Mr. Tom Lagalle
Todd Construction Company, Incorporated
Blackjack North @ Building N-4921
Post Office Box 795
Spring Lake, North Carolina 28390

Dear Mr. Lagalle:

It has been brought to our attention that the specification section for Telescoping Stands listed in the specification Table of Contents and Submittal Register was inadvertently left out. Enclosed for your reference is a copy of the specification section for Telescoping Stands that covers the bleachers shown on Drawing Sheet A1 and Detail 1/A3 on Drawing Sheet A3. Please note that this office has not received or approved the required submittals for this specification section. Due to the time constraints of this project's required completion data and anticipated procurement time for the required bleachers, please submit to this office as soon as possible the submittals required in the attached specification section for Telescoping Stands.

If you have any questions please contact Nathan Kirtley at (919) 722-5866.

Sincerely,

Stephen T. Blanchard, P.E.
Authorized Representative
of the Contracting Officer

Enclosure

# SECTION 12760

# TELESCOPING STANDS

## PART 1 - GENERAL

### 1.1 SUMMARY

A. This Section includes wall-attached telescoping stands.

### 1.2 PERFORMANCE REQUIREMENTS

A. Structural Performance: Engineer, fabricate, and install telescoping stands to withstand the design loads specified in applicable sections of NFPA 102, "Standard for Assembly Seating, Tents, and Membrane Structures," without exceeding the allowable design working stresses of the materials involved, including anchors and connections. Apply each load to produce the maximum stress in each respective component of each telescoping stand unit.

### 1.3 SUBMITTALS

A. Product Data: For each type of telescoping stand indicated.

B. Shop Drawings: Include plans, elevations, sections, details of installation and attachments to other Work.

1. Include structural analysis data signed and sealed by the qualified professional engineer responsible for their preparation.
2. Verify dimensions of installation areas by field measurements before fabrication and indicate measurements on Shop Drawings.

C. Samples: For each exposed finish.

D. Maintenance data.

### 1.4 QUALITY ASSURANCE

A. Installer Qualifications: A qualified installer, approved by manufacturer to install manufacturer's products.

B. NFPA Standard: Comply with applicable requirements in NFPA 102, "Standard for Assembly Seating, Tents, and Membrane Structures," except where more stringent requirements are indicated or imposed by authorities having jurisdiction.

C. Welding Standards: Qualify procedures and personnel according to AWS D1.1, "Structural Welding Code--Steel," and AWS D1.3, "Structural Welding Code--Sheet Steel."

D. Engineering Responsibility: Engineer telescoping stands by qualified professional engineer legally authorized to practice in jurisdiction where Project is located.

## PART 2 - PRODUCTS

### 2.1 MANUFACTURERS

A. Available Manufacturers: Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to, the following:

1. Hussey Seating Co.
2. Interkal Inc.
3. Irwin Seating Company; Folding Bleacher Company Subsidiary.

### 2.2 MATERIALS

A. Lumber: Kiln-dried, surfaced four sides, southern pine complying with SPIB's "Standard Grading Rules for Southern Pine Lumber" for C and Better finish grade requirements.

1. Lumber Form: Manufacturer's standard.
2. Nominal Thickness: Manufacturer's standard not less than 1 inch (25.4 mm).

B. Plywood: DOC PS 1 softwood, 5/8-inch (15.9-mm) nominal thickness, 5-ply construction, APA A-D or better Exterior, with solid crossbands, Group 1 veneer species for plies, and exterior glue, APA grade trademarked.

1. Finish: Transparent or painted finish as standard with manufacturer.

C. Steel:

1. Structural-Steel Shapes, Plates, and Bars: ASTM A 36/A 36M, except where higher strength steel is indicated or standard with manufacturer.
2. Commercial-Quality Uncoated Steel Sheet: ASTM A 366/A 366M cold-rolled steel sheet, or ASTM A 569/A 569M hot-rolled steel sheet, stretcher leveled.
3. Structural-Quality Uncoated Steel Sheet: ASTM A 570/A 570M hot-rolled steel sheet, or ASTM A 611 cold-rolled steel sheet, stretcher leveled.
4. High-Strength Uncoated Steel Sheet: ASTM A 607 hot- or cold-rolled steel sheet, stretcher leveled.
5. Galvanized Steel Sheet: ASTM A 653/A 653M, G60 (Z180) coating designation, phosphatized, stretcher leveled.
6. Steel Tubing: ASTM A 500, cold formed; or ASTM A 501, hot formed.

7. Rust-Inhibitive Finish: Manufacturer's standard rust-inhibitive finish on exposed and concealed steel surfaces including understructure, except where other types of finishes are indicated.

D. Extruded Aluminum: ASTM B 221 (ASTM B 221M), alloy as standard for manufacturer.

E. Fasteners: Vibration proof, of size and material standard with manufacturer.

2.3 COMPONENTS

A. General: Round corners, edges, and exposed fasteners to eliminate snagging and pinching hazards. Form exposed sheet metal with flat, flush surfaces, true to line and level, and without cracking and grain separation.

B. Bench Seats and Skirts: Uniform height seats of not less than 16 inches (406.4 mm) or more than 18 inches (457.2 mm), as standard with manufacturer.

1. Material: Lumber with transparent finish.
2. Depth: 10 inches (254 mm).

C. Wheelchair-Accessible Seating: Locate cutouts at first tier locations indicated. Provide front rails attached to front of second tier at rear of wheelchair-accessible seating area. Provide full-width front closure panel at cutout that matches decking construction and finish and extends from underside of second tier to 1-1/2 inches (38.1 mm) from finished floor.

D. Risers: Fabricate from steel sheet with painted or galvanized finish, as standard with manufacturer.

E. Footrests: Fully closed and fabricated from plywood.

F. Understructure: Fabricate understructure from structural-steel members of size, spacing, and form required to support design loads.

1. Bench-Seat Supports: Cantilever to produce toe space uninterrupted by vertical bracing.

G. Support Column Wheels: Nonmarring, soft, rubber-face wheel assembly under each support column. Include wheels of size, number, and design required to support stands and operate smoothly without damaging flooring surface, but not less than 4 per column or less than 3-1/2 inches (88.9 mm) in diameter and 1 inch (25.4 mm) wide.

H. Aisles:

1. Footrest-Level Configuration: Interrupt seats to provide aisle walking surfaces at footrest level.

I. Row Spacing: 24 inches (609.6 mm).

J. Row Rise: 11-1/2 to 11-5/8 inches (292.1 and 295.3 mm).

K. Elevated Front Row: Continuous elevated front row.

L. Operation: Assembly allows opening and closing of adjacent rows, allows individual and collective rows to be locked open for use, and close with vertical faces of upper skirts in the same vertical plane.

1. Manual Operation: By portable operator handles that attach to center of stand units and allow one or two operators to work from upright position.

M. Type of Telescoping Stands:

1. Wall-attached, rear of understructure anchored to wall.

N. Accessories:

1. Slip-resistant abrasive tread nosings at vertical aisles.
2. Intermediate aisle steps, fully enclosed, at each vertical aisle.
3. End railings, telescoping, self-storing type.
4. Rear fillers including supports for closing openings between top row and rear wall of adjoining construction.
5. Gap fillers for closing openings between stand units or between stand units and adjoining construction.
6. End panels covering exposed ends of stands in stored position.

## PART 3 - EXECUTION

### 3.1 INSTALLATION

A. Install telescoping stands to comply with NFPA 102 and requirements of authorities having jurisdiction. Provide accessories and anchors, fasteners, inserts, and other items required for installing and attaching units to adjoining construction.

B. On completion of installation, including work of other trades, lubricate, test, and adjust each telescoping stand unit to operate easily and to comply with manufacturer's written specifications.

C. Clean installed telescoping stands on exposed and semiexposed surfaces. Touch up shop-applied finishes to restore damaged or soiled areas.

### 3.2 DEMONSTRATION

A. Engage a factory-authorized service representative to train Owner's maintenance personnel to adjust, operate, and maintain telescoping stands.

END OF SECTION 12760

f.

**DEPARTMENT OF THE ARMY**
SAVANNAH DISTRICT, CORPS OF ENGINEERS
SEYMOUR JOHNSON RESIDENT OFFICE
P.O. BOX 10508, GOLDSBORO, NC 27532-0508

REPLY TO
ATTENTION OF:

February 24, 2005

Seymour Johnson Resident Office

SUBJECT: Contract Number DACA21-03-D-0021, Task Order No. 001, IDIQ Contract to Construct an Addition to Building 4743, Seymour Johnson AFB, NC; **Building 4743 Telescoping Stands**

Serial Letter Number 03-21-087

Mr. Tom Lagalle
Todd Construction Company, Incorporated
Blackjack North @ Building N-4921
Post Office Box 795
Spring Lake, North Carolina 28390

Dear Mr. Lagalle:

Reference our serial letter 03-21-085 dated February 9, 2005.

By referenced letter, we provided specifications for the telescoping stands and asked for expedited submittals for these stands. To date, the submittals have not been received and the completion date for this project is fast approaching.

Please submit to our office not later than March 4, 2005, the submittals required for the Telescoping Stands.

If you have any questions please contact Nathan Kirtley at (919) 722-5866.

Sincerely,

Timothy W. Lamb

Timothy W. Lamb
Acting Resident Engineer

6

FILE
Bldg 4743

TODD
CONSTRUCTION, LP
PHONE: (910) 436-8600
FAX: (910) 436-8628

# Fax

To: Stephen Blanchard Company: COE
Fax #: 919-722-5870 Phone #: 919-722-5869
From: Mike Regenhardt Fax: (910) 436-8628
Date: 3-1-05
Pages: 4 (Including Cover)
Re: Serial Letter Number 03-21-087

Mr. Blanchard,

Attached is a letter referencing Serial Letter Number 03-21-087.

If you have any questions or comments, please call.

Thank you,
Mike Regenhardt

CC: Tim Lamb
Nathan Kirtley
Jeff Daniels 919-778-6850
Jack Burns