# TODD

Construction, LP

March 1, 2005

Mr. Stephen T. Blanchard, P.E.
Contracting Officer's Representative
Savannah District, Corps of Engineers
Seymour Johnson Resident Office
P.O. Box 10508
Goldsboro, N.C. 27532-0508

RE: IDIQ Construction/Design Build Contract
DACA21-03-D-0021
Project: Addition to PDF Bldg. 4742, Seymour Johnson, AFB NC
Project No: Todd Job # 3001
**Reference your Serial Letter Number 03-21-087**

Mr. Blanchard,

Todd Construction, LP received the first copy provided of Specification Section 12760 – "Bleachers" from Nathan Kirtley on January 26, 2005. Todd Construction, LP wrote a letter (attached) on January 27, 2005 referencing that the original specifications did not have this section in it and the plans did not have enough information to price the bleachers. Todd Construction, LP also asked in the letter if you would like us to start inquiring about prices and for a Request for Proposal as bleachers are not included in our price.

In the meeting on February 8, 2005, it was discussed that Todd Construction, LP had not inquired about pricing the bleachers as we had not received any notice from the Government as requested.

Todd Construction, LP received a letter dated February 9, 2001 on February 11, 2005 that had another "Specification Section 12760 – Telescoping Stands" that are completely different from what Nathan Kirtley provided on January 26, 2005 requesting submittals.

Todd Construction, LP received a letter on February 28, 2005 referencing your letter dated February 9, 2005 requesting submittals on "Telescoping Stands."

It is still Todd Construction, LP position that due to the original specifications not having this section in it and not having enough information on the drawings to price, Todd Construction, LP did not price this item in our proposal.

Todd Construction, LP will proceed with the pricing and obtaining submittals based on the most recent received specifications. If we do not receive an RFP from your office, we will submit as soon as available as an unsolicited change order.

# TODD

If you have any questions or comments, please contact Mike Regenhardt at (910) 436-8600.

Sincerely,
**TODD CONSTRUCTION, LP**

Tom LaGalle
Senior Project Manager

CC: Timothy Lamb
Nathan Kirtley
Jack Burns
Daniels and Daniels
File

# TODD

Construction, LP

January 27, 2005

Mr. Stephen T. Blanchard, P.E.
Contracting Officer's Representative
Savannah District, Corps of Engineers
Seymour Johnson Resident Office
P.O. Box 10508
Goldsboro, N.C. 27532-0508

RE: IDIQ Construction/Design Build Contract
DACA21-03-D-0021
Project: Addition to PDF Bldg. 4742, Seymour Johnson, AFB NC
Project No: Todd Job # 3001

Mr. Blanchard,

I received Specification Section 12760 – "Bleachers" from Nathan Kirtley on 1-26-05. Due to the original specifications not having this section in it and not having enough information on the drawings to price, Todd Construction, LP did not price this item in our proposal.

If you would like for me to start inquiring about prices for a Request for Proposal, please let me know.

If you have any questions or comments, please contact Mike Regenhardt at (910) 436-8600.

Sincerely,
**TODD CONSTRUCTION, LP**

Tom LaGalle
Senior Project Manager

**Vigo, Felipe L SAS**

**rom:** Blanchard, Stephen T SAS
**Sent:** Wednesday, June 21, 2006 8:48 AM
**To:** Vigo, Felipe L SAS; Lamb, Timothy W SAS
**Subject:** RE: Contract No. DACA21-03-D-0021, Task Order #0001, IDIQ Contract to Construct an Addition to Building 4743, Seymour Johnson AFB, NC, Telescoping Bleachers Claim

Todd installed wood telescoping bleachers, these basically matched the existing bleachers already in the building. The bleachers were installed in August 2005, the building was accepted by the government on April 6, 2005. I'm not sure of the value, but would estimate between $30K and $35K.

Stephen T. Blanchard, P.E.
Resident Engineer
Seymour Johnson Resident Office

---

**From:** Vigo, Felipe L SAS
**Sent:** Tuesday, June 20, 2006 3:17 PM
**To:** Lamb, Timothy W SAS; Blanchard, Stephen T SAS
**Subject:** Contract No. DACA21-03-D-0021, Task Order #0001, IDIQ Contract to Construct an Addition to Building 4743, Seymour Johnson AFB, NC, Telescoping Bleachers Claim

Tim/Steve:

.s Richmond has asked several questions, regarding the subject contract claim appeal, which I was able to answer ..cept for two. Could either of you provide the answers to the following questions:

1. What was actually put in? I take it we didn't get telescoping bleachers. What did we get and when? When were the bleachers put in, in relation to CCD?
2. What was the value of what was put in?

I would appreciate very much if you can get to me as soon as possible. Thanks.

Felipe

**Felipe Vigo, P.E.**
**Claims Section (CD-TC)**
**Technical/Administrative Branch**
**U.S. Army Corps of Engineers**
**(912) 652-5101**

OFFEROR FEE PROPOSAL
Sample Project Task Order
Various Projects Seymour Johnson Air Force Base
DACA21-03-R-0064

| Work Item | Labor | Equipment | Material | Total |
|---|---|---|---|---|
| **Repair Community Center, Bldg 3728 VKAG 00-1107** | | | | |
| General Conditions | $ 300.00 | $ 2,400.00 | $ 300.00 | $ 3,000.00 |
| Site Work, Complete | $ 12,271.18 | $ 1,467.72 | $ 5,602.10 | $ 19,341.00 |
| Concrete, Complete | $ 1,100.00 | $ 200.00 | $ 700.00 | $ 2,000.00 |
| Masonry, Complete | $ 3,000.00 | $ 600.00 | $ 2,400.00 | $ 6,000.00 |
| Metals, Complete | $ 207.10 | $ 14.50 | $ 296.40 | $ 518.00 |
| Woods and Plastics, Complete | $ 1,940.40 | $ - | $ 2,299.60 | $ 4,240.00 |
| Doors and Windows, Complete | $ 12,025.00 | $ 327.00 | $ 66,609.00 | $ 78,961.00 |
| Finishes, Complete | $ 84,170.00 | $ - | $ 94,712.00 | $ 178,882.00 |
| Specialties, Complete | $ 1,197.00 | $ - | $ 2,401.00 | $ 3,598.00 |
| Asbestos Abatement | $ 30,184.00 | $ - | $ - | $ 30,184.00 |
| Special Construction, Complete | $ 53,325.00 | $ 14,220.00 | $ 50,955.00 | $ 118,500.00 |
| Electrical, Complete | $ 45,000.00 | $ 3,000.00 | $ 123,000.00 | $ 171,000.00 |
| Mechanical, Complete | $ 140,065.00 | $ 18,271.00 | $ 146,155.00 | $ 304,491.00 |
| Option 1 Pad Mounted Transformer, Complete | $ 4,000.00 | $ 1,000.00 | $ 13,000.00 | $ 18,000.00 |
| **Subtotal for BLDG. 3728 VKAG 00-1107** | | | | **$ 938,715.00** |
| | | | | |
| **Repair Roof, Building 2121, VKAG 00-1165** | | | | |
| General Conditions | $ 500.00 | $ 500.00 | $ 500.00 | $ 1,500.00 |
| Demolition, Complete | Included | Included | Included | $ - |
| Standing Seam Roof, Complete | $ 198,500.00 | $ 19,850.00 | $ 178,650.00 | $ 397,000.00 |
| Gutters and Downspouts, Complete | Included | Included | Included | $ - |
| Ridge Vents and Fascia, Complete | Included | Included | Included | $ - |
| **Subtotal for Bldg. 2121, VKAG 00-1165** | | | | **$ 398,500.00** |
| | | | | |
| **Replace BAK-12 Deck Sheaves, VKAG 02-1048** | | | | |
| General Conditions | $ 120,000.00 | $ 41,750.00 | $ 12,250.00 | $ 174,000.00 |
| Demolition, Complete | $ 90,000.00 | $ 50,000.00 | $ 4,000.00 | $ 144,000.00 |
| Trenching, Backfill, Compaction, Complete | $ 20,000.00 | $ 10,000.00 | $ 5,000.00 | $ 35,000.00 |
| Topsoil and Finished Grading, Complete | $ 10,000.00 | $ 5,000.00 | $ 5,000.00 | $ 20,000.00 |
| Airfield Pavement Markings, Complete | $ 18,809.66 | $ 11,525.74 | $ 12,511.20 | $ 42,846.60 |
| Remove Pavement Markings, Complete | $ 10,142.04 | $ 6,761.36 | $ - | $ 16,903.40 |
| Rubber Removal, Complete | $ 24,000.00 | $ 16,000.00 | $ - | $ 40,000.00 |
| Asphalt Paving, Complete | $ 1,350.00 | $ 732.00 | $ 8,300.00 | $ 10,382.00 |
| Seeding, Complete | $ 3,000.00 | $ 3,000.00 | $ 1,000.00 | $ 7,000.00 |
| Concrete, Complete | $ 64,000.00 | $ 24,000.00 | $ 43,500.00 | $ 131,500.00 |
| Structural Steel, Complete | $ 24,000.00 | $ 6,800.00 | $ 28,000.00 | $ 58,800.00 |
| Miscellaneous Metal, Complete | $ 12,300.00 | $ 5,200.00 | $ 32,000.00 | $ 49,500.00 |
| Fluid Aplied Roofing, Complete | $ 4,400.00 | $ 400.00 | $ 4,000.00 | $ 8,800.00 |
| Airfield Lighting, Complete | $ 13,860.00 | $ 3,000.00 | $ 12,540.00 | $ 29,400.00 |
| **Subtotal for Deck Sheaves, VKAG 02-1048** | | | | **$ 768,132.00** |
| | | | | |
| **Demo Contracting Facilities, Bldg 3634/3632 VKAG 03-1501** | | | | |
| General Conditions | $ 160.00 | $ 1,280.00 | $ 160.00 | $ 1,600.00 |
| Asbestos Abatement, Complete | $ 12,025.00 | $ 4,250.00 | $ 8,250.00 | $ 24,525.00 |
| Trenching and Backfill, Complete | $ 1,660.00 | $ 1,000.00 | $ 500.00 | $ 3,160.00 |
| Demolition, Complete | $ 20,000.00 | $ 25,000.00 | $ 18,480.00 | $ 63,480.00 |
| Curbing and Sidewalk Installation, Complete | $ 1,600.00 | $ 400.00 | $ 1,650.00 | $ 3,650.00 |
| Reconnect Electrical, Complete | $ 1,600.00 | $ 400.00 | $ - | $ 2,000.00 |
| Finish Grade, Topsoil, and Sod, Complete | $ 7,000.00 | $ 1,460.00 | $ 4,300.00 | $ 12,760.00 |
| **Subtotal for Bldg. 3634/3632, VKAG 03-1501** | | | | **$ 111,175.00** |



(Added by Amendment No. 0001)

| | | | | |
|---|---|---|---|---|
| **Repair 3rd Floor Building 3602, VKAG 95-1131** | | | | |
| General Conditions | $ 300.00 | $ 2,400.00 | $ 300.00 | $ 3,000.00 |
| Site Work, Complete | $ 37,455.00 | $ 6,129.00 | $ 9,546.00 | $ 53,130.00 |
| Concrete, Complete | $ 23,180.00 | $ 1,438.00 | $ 20,724.00 | $ 45,342.00 |
| Masonry, Complete | $ 44,500.00 | $ 179.00 | $ 29,998.00 | $ 74,677.00 |
| Metals, Complete | $ 4,693.00 | $ 285.00 | $ 7,553.00 | $ 12,531.00 |
| Wood and Plastics, Complete | $ 1,257.00 | $ - | $ 7,966.00 | $ 9,223.00 |
| Thermal and Moisture Protection, Complete | $ 8,500.00 | $ 500.00 | $ 7,500.00 | $ 16,500.00 |
| Doors and Windows, Complete | $ 5,480.00 | $ 229.00 | $ 22,601.00 | $ 28,310.00 |
| Finishes, Complete | $ 54,467.00 | $ - | $ 56,360.00 | $ 110,827.00 |
| Specialties, Complete | $ 1,489.00 | $ - | $ 3,099.00 | $ 4,588.00 |
| Furnishings, Complete | N/A | N/A | N/A | $ - |
| Special Construction, Complete | $ 76,000.00 | $ 10,150.00 | $ 74,000.00 | $ 160,150.00 |
| Conveying Systems, Complete | $ 12,500.00 | $ - | $ 35,000.00 | $ 47,500.00 |
| Mechanical, Complete | $ 146,000.00 | $ 31,000.00 | $ 140,606.00 | $ 317,606.00 |
| Electrical, Complete | $ 41,000.00 | $ 1,000.00 | $ 84,000.00 | $ 126,000.00 |
| **Subtotal for Bldg. 3602, VKAG 95-1131** | | | | **$ 1,009,384.00** |
| | | | | |
| **Repair Power Check Pad, VKAG 97-1139** | | | | |
| General Conditions | $ 200.00 | $ 1,400.00 | $ 200.00 | $ 1,800.00 |
| Demo Concrete Pads, Complete | $ 12,000.00 | $ 2,820.00 | $ - | $ 14,820.00 |
| Blast Deflector, Complete | $ 12,500.00 | $ 1,500.00 | $ 65,000.00 | $ 79,000.00 |
| Concrete Foundation, Complete | $ 15,554.00 | $ 4,912.00 | $ 20,466.00 | $ 40,932.00 |
| Select Fill, Complete | $ 200.00 | $ 200.00 | $ 800.00 | $ 1,200.00 |
| Grading, Complete | $ 2,000.00 | $ 880.00 | $ - | $ 2,880.00 |
| Seeding, Complete | $ 600.00 | $ 200.00 | $ 160.00 | $ 960.00 |
| Option 1 Demo Existing Building | $ 10,000.00 | $ 2,000.00 | $ - | $ 12,000.00 |
| Option 1 Excavate Berm | $ 7,840.00 | $ 2,000.00 | $ - | $ 9,840.00 |
| Option 1 Haul Excavated Soil | $ 1,200.00 | $ 3,000.00 | $ - | $ 4,200.00 |
| **Subtotal for Power Check Pad, VKAG 97-1139** | | | | **$ 167,632.00** |
| | | | | |
| **Repair ALS Roof, Bldg 3611 VKAG 99-1130** | | | | |
| General Conditions | $ 200.00 | $ 1,600.00 | $ 200.00 | $ 2,000.00 |
| Site Work, Complete | **Included** | **Included** | **Included** | $ - |
| Concrete, Complete | **Included** | **Included** | **Included** | $ - |
| Metals, Complete | **Included** | **Included** | **Included** | $ - |
| Woods and Plastics, Complete | **Included** | **Included** | **Included** | $ - |
| Thermal and Moisture Protection, Complete | $ 150,000.00 | $ 30,000.00 | $ 128,400.00 | $ 308,400.00 |
| Mechanical, Complete | $ 1,200.00 | $ 400.00 | $ 2,000.00 | $ 3,600.00 |
| ELECTRICAL, COMPLETE | $ 4,000.00 | $ 500.00 | $ 500.00 | $ 5,000.00 |
| **Subtotal for Bldg. 3611, VKAG 99-1130** | | | | **$ 319,000.00** |



(Added by Amendment No. 0001)

| | | | | |
|---|---|---|---|---|
| **Facility VKAG 99-1137** | | | | |
| General Conditions | $ 250.00 | $ 2,000.00 | $ 250.00 | $ 2,500.00 |
| Site Work, Complete | $ 71,980.00 | $ 12,000.00 | $ 36,000.00 | $ 119,980.00 |
| Masonry, Complete | $ 48,680.00 | $ 54,832.00 | $ 524.00 | $ 104,036.00 |
| Metals, Complete | Included | Included | Included | $ - |
| Woods and Plastics, Complete | Included | Included | Included | $ - |
| Thermal and Moisture Protection, Complete | Included | Included | Included | $ - |
| Doors and Windows, Complete | $ 5,496.00 | $ 103.00 | $ 20,076.00 | $ 25,675.00 |
| Finishes, Complete | $ 13,184.00 | $ - | $ 21,306.00 | $ 34,490.00 |
| Equipment, Complete | Included | Included | Included | $ - |
| Metal Buildings, Complete | $ 12,202.00 | $ 5,560.00 | $ 71,070.00 | $ 88,832.00 |
| Mechanical, Complete | $ 33,750.00 | $ 8,250.00 | $ 32,478.00 | $ 74,478.00 |
| Electrical, Complete | $ 13,000.00 | $ 1,000.00 | $ 53,000.00 | $ 67,000.00 |
| Option 1 Install Acoustical Ceiling Panels, Complete | $ 1,392.00 | | $ 1,200.00 | $ 2,592.00 |
| **Subtotal for Construct Addition, VKAG 99-1137** | | | | **$ 519,583.00** |
| | | | | |
| **TOTAL DIRECT COSTS** | | | | $ 4,232,121.00 |
| **Field Overhead** | | | 8% | $ 338,569.68 |
| **Field Overhead on Subcontract Work** | | | 8% | |
| **Home Office Overhead** | | | 3% | $ 137,120.72 |
| **TOTAL COSTS** | | | | $ 4,707,811.40 |
| **Profit** | | | 8.61% | $ 405,342.56 |
| **Bond Premium** | | | 1% | $ 51,131.54 |
| **TOTAL PROPOSED FEE** | | | | $ 5,164,285.50 |

NOTES:
1. Attach Subcontractor quotes and reference applicable work item.
2. Options may be awarded at any time during the life of the task order.

(Added by Amendment No. 0001)

Proje CA21-03-R-0064
Sample ect #: 99-1137
Title: Construct Addition to Personnel Depl. Facility
Date: 9/16/2003

**TODD CONSTRU N COMPANY, Inc.**
Fort Bragg, NC

Subcontracto ecap

| Contractors | Allen Grading | Best Sand & Gravel | APAC-Carolina (Grading/Paving Only) | Don Jessup Construction | Gerrard-Hasty Htg & Air (HVAC Only) | Ivey Mechanical | Diversified Restoration Enterprises | Allco Electric, Inc. | Todd Construction Estimate | K. Bryson Construction | Kornegay Service Co. | DIRECT COST RECAP | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Bid Items*** | | | | | | | | | | | | | |
| Site Work, Compelte | $150,402.00 | $119,980.00 | $154,995.00 | $170,500.00 | | | | | | **NO BID** | | | |
| Masonry, Complete | | | | $102,000.00 | | | | | $104,036.00 | **NO BID** | | | |
| Metals, Complete | | | | $39,000.00 | | | | | Included | **NO BID** | | | |
| Woods & Plastics, Complete | | | | $30,000.00 | | | | | Included | **NO BID** | | | |
| Thrml & Moisture, Complete | | | | $39,000.00 | | | | | Included | **NO BID** | | | |
| Doors & Windows, Complete | | | | $29,000.00 | | | | | $25,675.00 | **NO BID** | | | |
| Finishes, Complete | | | | $70,500.00 | | | | | $34,490.00 | **NO BID** | | | |
| Equipment, Complete | | | | $500.00 | | | | | Included | **NO BID** | | | |
| Metal Bdg.& Specialties, Complete | | | | $30,000.00 | | | | | $88,832.00 | **NO BID** | | | |
| Mechanical, Complete | | | | | $34,500.00 | $75,654.00 | $74,477.73 | | | | **NO BID** | | |
| Electrical, Complete | | | | | | | $87,239.33 | $67,000.00 | | | **NO BID** | | |
| Option 1 Install ACT Panels,Complete | | | | Included | | | | | $2,592.00 | | | | |
| **SUBTOTAL OF BIDS** | $150,402.00 | $119,980.00 | $154,995.00 | $510,500.00 | $34,500.00 | $75,654.00 | $161,717.06 | $67,000.00 | $255,625.00 | $0.00 | $0.00 | | |
| ***Best Value Package Totals*** | | **$119,980.00** | | | | | **$74,478.00** | **$67,000.00** | **$255,625.00** | | | **$517,083.00** | |

00052

* Bold Numbers indicate Best Value Package by Subcontractors
* Indicates added or changed as noted Line Items

# ALLEN GRADING COMPANY, INC.

September 15, 2003

Re: Addition To Personnel Deployment Facility 99-1137
SJAFB, NC

Dear Sirs:

Listed below is our scope of work and associated cost for the above referenced project.

**Scope of Work**

- **Mobilization**
- **Demolition**
  260 lf Remove curb and gutter
  250 sy Remove concrete
  One (1) remove outlet structures
- **Erosion Control**
  Four (4) inlet protections
  One (1) riprap apron
  Seeding
- **Storm Drainage**
  112 lf 15" RCP-class III
  224 lf 18" RCP-class III
  1-12" FES
  1-18" FES
  4 Catch basins (2'-4' Deep)
  1 Drop inlet
- **Grading**
  Strip site
  General grading
  2,400 cy Install building pad
  Backfill behind curbs
- **Curb and Gutter**
  1,240 lf 30" curb and gutter
- **Paving**
  2,200 sy 1 ½" I-2 Asphalt
  2,200 sy 2" binder
  1,000 tons 8" ABC stone
  570 lf Painted parking lines
  4-24" Stop bars

**Lump Sum Price For Above** **$150,402.00**

P.O. DRAWER 1838
GOLDSBORO, NC 27533

PHONE (919)736-2335
FAX (919)731-2465

Page 2

Exclusions:

- No engineering, testing, layout, permits, bonds or fees.
- No removal of unsuitable soil.
- No stone under building.
- No flat concrete or sidewalks.
- No building demolition.
- No asbestos removal.
- No utilities.
- No fencing.
- No bollards.
- No permanent seeding.
- No landscaping

Thank you for allowing Allen Grading Company the opportunity to quote this project. If you have any further questions, or if I may be of any further service, please advise.

With kindest regards, I am...

Barry N. Couling
Allen Grading Company

BNC/ek

[filename\\Server1\Winword\2003\Bids & Quotes\23146 SJAFB Deployment Center 9-12-03.doc]

**Best**

SAND & GRAVEL, INC.

117 Best Sand & Gravel Road * Goldsboro, NC 27534 * Phone [919] 778-3252 * Fax [919] 778-1886

# Facsimile Transmittal

**Date: 09 / 15 / 03**

**TO:** TODD Construction Co., Inc.

**ATTN:** Chris Gutierez / Michael Cavnar

**FROM:** David Chandler

**FAX NO.** 910-436-8628

Qoutes on the following Projects at Seymour Johnson AFB, Goldsboro, NC
Construct Addition to Personnel Deployment Facility
Replace BAK - 12 Deck Sheaves
Repair Power Check Pad

Total Pages Transmitted: 4 (including this transmittal)

IF YOU DO NOT RECEIVE ALL OF THE PAGES AS INDICATED ABOVE, PLEASE CALL OUR OFFICE AS SOON AS POSSIBLE.

#0064

99-1137

Best
SAND & GRAVEL, INC.
117 BEST SAND & GRAVEL ROAD • GOLDSBORO, N.C. 27534 • PHONE: (919) 778-3252 • FAX: (919) 778-1886

**To:** **Estimator in Charge**

**Project:** **Construct Addition to Personnel Deployment Facility - SJAFB** 99-1137

**Date:** **09/12/03**

Best Sand & Gravel Inc., offers to furnish all materials, labor, and equipment required for the following described work in connection with the above mentioned project.

**Scope of Work**

Excavating & Grading to +/- .10th
Paint Striping
Seed Disturbed Areas
Storm Drainage
Site Demolition
Asphalt Paving & ABC Stone Base
New Curb & Gutter

**Lump Sum** **$119,980.00**

**Exclusions**
Fees/Permits/Bond/Testing
HAZMAT
Engineering & Layout
Undercut/Backfill
Sub-Slab Stone
Utility Relocation or Adjustment
Fencing
Canopy Removal
Signage
Concrete Flat Work
Water & Sewer
New Light Pole
Cast Iron Cleanout
Any item not specifically mentioned in the above scope of work

Best Sand & Gravel Inc.

[signature]

David Chandler
Estimator

Build with the Best
CAROLINAS BRANCH-AGC

Page 1 of 3

apac

APAC-Carolina, Inc.
Coastal Carolina Division
P.O. Box 399
604 East New Bern Road
Kinston, NC 28502
Phone (252)527-8021
Fax (252)527-4739

**PROPOSAL and CONTRACT**

To: Name Scope
Address
City, State, Zip Code
Phone
Fax

Please Address Reply to:
**David R. Russell**
**P. O. Box 10235**
**Goldsboro, NC 27532**
**Phone: (919) 759-2821**
**Fax : (919) 778-4119**
**Date : March 17, 2003**

APAC-Carolina, Inc., Coastal Carolina Division, hereinafter called the Company, offers to furnish all labor, materials and equipment required for the performance of the following described work in connection with the construction or improvements at Deployment Facility VKAX 99-1137 which property is owned by Corp of Engineers and STAFS

**Description of Work and Price:** Sawcut asphalt paving, sawcut concrete curb + gutter and concrete sidewalks, Remove concrete pad, remove concrete sidewalks and remove curb + gutter and dispose; 6" strip topsoil and stockpile perform unclassified excavation, install select borrow, aerate + scarify subgrade, finegrade for Aggregate Base course, place 8" Agg. Aggregate Base course, finegrade and compact,

This quotation is based on plans + spec by 3-9-2001, dated _____. The prices quoted herein are based upon the site being available for completion of the Company, work by _____ and are firm until that date. Customer's agent, _______________, is specifically designated as the on-site representative of _______________ and is authorized to direct additional work to this contract, negotiate its cost and sign for the cost of the work. Unless a lump sum price is paid for the foregoing work and is clearly stated, it is understood and agreed that the quantities referred to above are estimates only and that payment shall be made at the stated unit prices on the actual quantities of work performed by the Company.

If the foregoing meets with acceptance, kindly sign and return the white copy of our proposal. Upon its receipt it is understood the foregoing, including the terms and conditions set forth hereunder, will constitute the full and complete agreement between us.

This proposal expires fifteen (15) days from date hereof, but may be accepted at any later date at the sole option of the Company.

**Please note the Specific Exclusions on page 2 of 2 of this Proposal and Contract**

Very truly yours,
**APAC-Carolina, Inc.**
**Coastal Carolina Division**

By: David R. Russell
**David R. Russell**
**Estimator**

_______________
(Date)

Accepted:

_______________
(Firm Name)

_______________
(Typed Name & Title)

By: _______________

_______________
(Date)

place 2" H-Binder, Bituminous Concrete Base Course, tack and place 2 Avg. I-2 Bituminous Concrete Surface Course, prime Stone base, proof roll subgrade; Replace existing topsoil, soil poison with premated the Stone and asphalt Pave areas, Waste surplus topsoil, install 24" M.C. State type curb & gutter; Paint Stripe and place 4 Stop signs and any asphalt patching where curb & gutter ties onto existing asphalt Parking lot; install 12" RCP, 18" RCP and 18" Flare end Section, install Curb Inlet and drop inlet with inlet protection and rip rap outlet, for the Lump Sum —— $154,995.00

Note: Existing lot Remains As IS. Existing lot has no work.

See attached

Quotation does not include:

1- Testing
2- permits
3- Undercut & backfill unsuitable material
4- Heavy Duty Concrete Paving
5- Adjustment of any utilities
6- Fence Removal
7- Silt Fence
8- Concrete sidewalk and Concrete Building Slab
9- Curb & gutter under Marshalling project
10- Stone under Building Slab
11- Stone under Heavy Duty Concrete area
12- Water & Sewer
13- Silt Fence
14- Landscaping
15- Dewatering
16- Concrete Wheel Stops
17- Sanitary Sewer
18- Excavation and backfill footing for building foundation
19- Grass & Seed
20- Handicap Signs
21- Stakeout And Engineering

FAX # 910-864-9116
OFFICE # 910-864-7690

# COVER SHEET

**DON B. JESSUP CONSTRUCTION CO., INC**
ENGINEERING-CONSTRUCTION-SURVEYING
185 ELLERSLIE DRIVE
FAYETTEVILLE, NORTH CAROLINA 28303
910-864-4726 864 7690 OFFICE

DON B. JESSUP, P.E.

NUMBER OF PAGES INCLUDING THIS COVER SHEET: 2

**TO**

FAX NUMBER ( ) 436 8628
ATTENTION: MIKE CAVNAR
COMPANY NAME TODD CONST CO
ADDRESS FT Bragg, NC
COUNTRY
DATE 15 Sep 03
HOME/OFFICE NUMBER ( )

REVISED QUOTE AS per discussions.
Hope we can work together on this.
#0064
Don

Revised
99-1137



P.1

OFFEROR BID PROPOSAL
Sample Project Task Order
Various Projects Seymour Johnson Air Force Base
DACA21-03-R-0064

TODD CONST CO
~~REVISED 12Sep03~~
REVISED 15Sep03

| | | | | |
|---|---|---|---|---|
| Demo Concrete Pads, Complete | | | | $0.00 |
| Blast Deflector, Complete | | | | $0.00 |
| Concrete Foundation, Complete | | | | $0.00 |
| Select Fill, Complete | | | | $0.00 |
| Grading, Complete | | | | $0.00 |
| Seeding, Complete | | | | $0.00 |
| Option 1 Demo Existing Building | | | | $0.00 |
| Option 1 Excavate Berm | | | | $0.00 |
| Option 1 Haul Excavated Soil | | | | $0.00 |
| Repair ALS Roof, Bldg 3611 VKAG 99-1130 | | | | |
| | | | | $0.00 |
| Site Work, Complete | | | | $0.00 |
| Concrete, Complete | | | | $0.00 |
| * Metals, Complete | | | | $0.00 |
| * Woods and Plastics, Complete | | | | $0.00 |
| * Thermal and Moisture Protection, Complete | | | | $0.00 |
| Mechanical, Complete | | | | $0.00 |
| Construct Addition to Personnel Deployment Facility VKAG 99-1137 | | | | |
| | | | | $0.00 |
| Site Work, Complete | ~~100000~~ 90000 | ~~[illegible]~~ | 80500 | $0.00 |
| Masonry, Complete | 4200 | 10000 | 50000 | $0.00 |
| * Metals, Complete | 16000 | 14000 | 9000 | $0.00 |
| * Woods and Plastics, Complete | 20000 | ~~[illegible]~~ | 10000 | $0.00 |
| * Thermal and Moisture Protection, Complete | 10000 | 9000 | 20000 | $0.00 |
| * Doors and Windows, Complete | 10000 | – | 19000 | $0.00 |
| * Finishes, Complete | 45000 | 5500 | 20000 | $0.00 |
| * Equipment, Complete | 500 | – | – | $0.00 |
| * Metal Buildings, Complete | 10000 | 3000 | 7000 | $0.00 |
| Mechanical, Complete | – | – | – | $0.00 |
| Electrical, Complete | – | – | – | $0.00 |

~~[illegible]~~ 253,500 41,500 215,500

TOTAL
$ ~~[illegible]~~
$ 510,500.00

(Added by Amendment No. 0001)



SEP 15 '03 04:29PM DON JESSUP COMPANY P.1

GERRARD-HASTY
HEATING & AIR CONDITIONING

P.O. BOX 10945
GOLDSBORO, N.C. 27532
919-736-2858
Fax # 919-736-1459
1-800-272-8500

September 12, 2003 0064

Brant Blackburn
Todd Construction Co. Inc.
P.O. Box 795
Spring Lake, NC 28390

RE: Construct Addition to Personnel Deployment Facility 99-1137
# VKAG 991137 SJAFB

Brant,

Listed below is our base bid for the HVAC portion of the above referenced project.

**Total Base Bid $ 34,500.00**

Our price includes ductwork, HVAC equipment, air distribution, air balance, refrigeration piping, state tax & labor.

Our price excludes plumbing & power wiring.

Thank you for the opportunity to offer our proposal.

Sincerely,

Greg Meacham

IV

*Date: September 12, 2003*

*To: Todd Construction Co.*
*P. O. Box 795*
*Spring Lake, N. C. 28390*

*Reference: Misc. Projects*
*SJAFB, N. C.*

*Dear Sir:*

*We will furnish equipment, materials and labor required to provide an operational HVAC and Plumbing System for the above referenced project. We will provide same, as required and outlined by the contract specifications and drawings shown as DACA21-03-R-0064 and DACA21-03-R-0030.*

*Clarifications:*
*Work to 5' line only.*

*Exclusions:*
*No cutting or patching*
*No Paint*
*No Asbestos Removal*
*No Fire Protection*

No concrete
No mechanical QC
No ceiling or roof repair

*No Bond. (Add (1.2%)*

*Our price for this work is $ See Below .*

*DACA21-03-R-0064 Georgia & South Atlantic Division*

- *I. 00-1107 Community Center Bldg. 3728 (215 Days)*
  *Mechanical Complete $ 304,491.00 .*
- *II. 00-1165 Roof Repair Bldg. 2121*
  *No Quote*
- *III. 02-1048 Deck Sleeves*
  *No Quote*
- *IV. 03-1501 Demo Contracting Facility 3634/3632*
  *No Quote*
- *V. 95-1131 3rd Floor Bldg. 3602 (125 Days)*
  *Mechanical Quote $ 317606.00 .*

**IVEY MECHANICAL COMPANY**
P.O. Box B (28302)
118 Drake Street
Fayetteville, NC 28301
910.483.7171
Fax: 910.483.6489

VI. 97-1139 Power Check Pad
No Quote

VII. 99-1130 Repair ALS Roof (180 Days)
Scope: Extend 2 each roof vents
Remove and re-install 4 each exhaust fans
(No Electrical) (NO CONTROLS)
Mechanical Quote $ 6800.00

VIII. 99-1137 Personnel Deployment Facility (205 Days)
Mechanical Quote $ 75654.00
Option 1 - No Quote

TOTAL BID $ 704551.00
DACA21-03-R-0064

DACA21-03-R-0030 NC & S. Atlantic Division

I. 02-1045 Airfield Safety Hazards
No Quote

II. 94-1153P3 Correct Fire Deficiencies
No Quote

III. 96-1000 HVAC Bldg. 3300
Mechanical Unit U-2 $ 7900.00
Mechanical Unit U-4 $ 19150.00
Mechanical Unit U-5 $ 9150.00
Mechanical Unit U-6 $ 9150.00
OA Damper & Hood
At U-7 $ 1900.00
Mechanical Unit U-8 $ 15400.00
Mechanical Unit U-9 $ 9150.00
Mechanical Unit U-13 $ 12900.00
Mechanical Unit U-15 $ 5400.00
Mechanical Unit U-18 $ 12900.00

IV. 97-1108 HVAC 2nd Floor W
Mechanical Quote $ 173364.00

V. 98-1123 Repair AAAF Piping
No Quote

VI. 98-1124 Fire Suppression Bldg. 5015
No Quote

IV

**Diversified Restoration Enterprises**
6002 Keener Road
Clinton, NC 28328
910-564-2132 ph 910-564-2125 fax
dreinc@intrstar.net

99-1137

# Estimate

Number: E-3

Date: September 12, 2003

**Bill To:**

MICHAEL CAVNER
TODD CONSTRUCTION
P.O. BOX 795
SPRING LAKE
NC, 28390

| PO Number | Terms |
|---|---|
| SJAFB/BLDG 1137 DEPL | HVAC |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| TO PROVIDE TWO SPLIT SYSTEM AIR CONDITIONING UNITS. 1-TRANE 15 TON MODEL # twe180b400e AND 1-TRANE 4 TON MODEL # 2TWB0048-TWE048. | | 11,791.40 | 11,791.40 |
| 242 FOOT DUCTWORK | | 6,981.75 | 6,981.75 |
| LABOR | | 10,640.00 | 10,640.00 |
| 1 1/8" TYPE K COPPER | 180.00 | 2.70 | 486.00 |
| 1/2" TYPE K COPPER | 120.00 | 1.15 | 138.00 |
| uUNASTRUT | 250.00 | 2.00 | 500.00 |
| 1-/2" ALL THREAD | 60.00 | 0.45 | 27.00 |
| 1/4" ALL THREAD | 200.00 | 0.25 | 50.00 |
| FENDER WASHERS | 200.00 | 9.31 | 1,862.00 |
| 1/4" NUTS | 100.00 | 7.76 | 776.00 |
| ANCHOR KITS | 4.00 | 31.03 | 124.12 |

**Diversified Restoration Enterprises**
6002 Keener Road
Clinton, NC 28328
910-564-2132 ph 910-564-2125 fax
dreinc@intrstar.net

# Estimate

Number: E-3

Date: September 12, 2003

Bill To:

MICHAEL CAVNER
TODD CONSTRUCTION
P.O. BOX 795
SPRING LAKE
NC, 28390

| PO Number | Terms |
|---|---|
| SJAFB/BLDG 1137 DEPL | HVAC |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 1 1/8" 90 DEGREE ELBOWS LONG RADIS | 24.00 | 2.95 | 70.80 |
| 1/2" 90 dEGREE ELBOWS LONG RADIS | 12.00 | 1.49 | 17.88 |
| 3/4" 90 DEGREE ELBOWS LONG RADIS | 12.00 | 1.92 | 23.04 |
| 3/4 K COPPER | 100.00 | 2.06 | 206.00 |
| 1 1/8" COUPLINGS | 20.00 | 0.85 | 17.00 |
| 1/2" COUPLINGS | 20.00 | 0.22 | 4.40 |
| 3/8" COUPLINGS | 20.00 | 0.28 | 5.60 |
| 3/4" COUPLINGS | 12.00 | 0.42 | 5.04 |
| 1" INSULATION | 380.00 | 3.10 | 1,178.00 |
| 7/8" k COPPER | 180.00 | 1.55 | 279.00 |
| 7/8" 90 DEGREE ELBOWS LONG RADIS | 12.00 | 1.81 | 21.72 |
| 7/8" COUPLINGS | 12.00 | 0.70 | 8.40 |
| 1 1/8" INSULATION | 180.00 | 3.49 | 628.20 |

**Diversified Restoration Enterprises**
6002 Keener Road
Clinton, NC 28328
910-564-2132 ph 910-564-2125 fax
dreinc@intrstar.net

# Estimate

Number: E-3

Date: September 12, 2003

**Bill To:**

MICHAEL CAVNER
TODD CONSTRUCTION
P.O. BOX 795
SPRING LAKE
NC, 28390

| PO Number | Terms |
|---|---|
| SJAFB/BLDG 1137 DEPL | HVAC |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| BAGS OF PANDUIT STRAPS | 5.00 | 23.27 | 116.35 |
| CASES OF DUCT TAPE | 2.00 | 193.94 | 387.88 |
| 30" x 20" RETURN AIR GRILLS | 2.00 | 31.03 | 62.06 |
| 22" x 22" RETURN AIR GRILLS | 2.00 | 38.79 | 77.58 |
| 12" x 12" LAY IN FIXTURE | 2.00 | 62.06 | 124.12 |
| 40" x 24" OUTSIDE AIR INTAKE ROOF MOUNTED | 1.00 | 1,667.86 | 1,667.86 |
| OUTSIDE AIR RISER ROOF MOUNTED | 1.00 | 1,667.86 | 1,667.86 |
| EF-1 BELT DRIVEN ROOF MOUNTED EX-FAN | 1.00 | 2,591.01 | 2,591.01 |
| 72 X 30 RUSKEN MOTOR OPERATED W/ INSECT SCREEN RELIEF AIR DAMPER | 1.00 | 1,753.20 | 1,753.20 |
| CEILING DIFFUSSERS W/ 8" NECK | 7.00 | 85.33 | 597.31 |
| 4x6 DRAIN PANS 22 GALLON | 2.00 | 77.58 | 155.16 |
| PAINT AC UNITS | 2.00 | 300.00 | 600.00 |
| | | **Total** | **$45,641.74** |

**Diversified Restoration Enterprises**
6002 Keener Road
Clinton, NC 28328
910-564-2132 ph 910-564-2125 fax
dreinc@intrstar.net

# Estimate

99-1137

Number: BLDG 1140

Date: September 12, 2003

**Bill To:**

MICHAEL CAVNER
TODD CONSTRUCTION
P.O. BOX 795
SPRING LAKE
NC, 28390

| PO Number | Terms |
|---|---|
| SJAFB/BLDG 1137 DEPL | PLUMBING |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 1 1/2" DWS FT | 60.00 | 0.42 | 25.20 |
| 4' DWS FT | 160.00 | 1.05 | 168.00 |
| 2" DWS FT | 140.00 | 0.51 | 71.40 |
| 4" 1/4 BENDS PVC | 8.00 | 4.17 | 33.36 |
| 4 X 4 X 2 COMBO PVC | 10.00 | 19.42 | 194.20 |
| 4 X 4 X 3 COMBO PVC | 6.00 | 11.98 | 71.88 |
| 4 X 4 X 2 COMBO PVC | 12.00 | 8.19 | 98.28 |
| 4" - 1/8 BENDS PVC | 8.00 | 3.52 | 28.16 |
| 4 X 4 X 4 SANITARY T' PVC | 6.00 | 5.99 | 35.94 |
| 4" P TRAYS W/ 3/4" PRIMER PVC | 3.00 | 25.00 | 75.00 |
| 2" SANITARY T PVC | 6.00 | 1.55 | 9.30 |
| 2 X 1 1/2 BUSHING PVC | 6.00 | 0.57 | 3.42 |
| 1 1/2" P TRAPS W/WATER SAVER PRIMER | 2.00 | 25.00 | 50.00 |

**Diversified Restoration Enterprises**
6002 Keener Road
Clinton, NC 28328
910-564-2132 ph 910-564-2125 fax
dreinc@intrstar.net

# Estimate

Number: BLDG 1140

Date: September 12, 2003

**Bill To:**

MICHAEL CAVNER
TODD CONSTRUCTION
P.O. BOX 795
SPRING LAKE
NC, 28390

| PO Number | Terms |
|---|---|
| SJAFB/BLDG 1137 DEPL | PLUMBING |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 4 PVC TO METAL CLEANOUT & PLUG | 2.00 | 46.52 | 93.04 |
| 2" TYPE K COPPER | 140.00 | 6.19 | 866.60 |
| 1 1/2" TYPE K COPPER | 40.00 | 4.02 | 160.80 |
| 2" GATE VALVE | 2.00 | 202.84 | 405.68 |
| 2" 90 DEGREE ELBOWS | 8.00 | 6.61 | 52.88 |
| 2" X 3/4 T'S | 4.00 | 9.29 | 37.16 |
| 2" T'S | 4.00 | 12.31 | 49.24 |
| 2" X 1 1/2 T'S | 2.00 | 57.48 | 114.96 |
| 1 1/2 X 3/4 T'S | 12.00 | 5.86 | 70.32 |
| 1 1/2" CROSSES | 12.00 | 27.70 | 332.40 |
| 1 1/2" X 1 3/4" BUSHINGS | 24.00 | 2.94 | 70.56 |
| 1 1/2" CAPS | 12.00 | 1.86 | 22.32 |
| 1" MALE ADAPTERS | 12.00 | 2.54 | 30.48 |
| 1" FEMALE ADAPTERS | 12.00 | 4.50 | 54.00 |

**Diversified Restoration Enterprises**
6002 Keener Road
Clinton, NC 28328
910-564-2132 ph 910-564-2125 fax
dreinc@intrstar.net

# Estimate

Number: **BLDG 1140**

Date: **September 12, 2003**

**Bill To:**

MICHAEL CAVNER
TODD CONSTRUCTION
P.O. BOX 795
SPRING LAKE
NC, 28390

| PO Number | Terms |
|---|---|
| SJAFB/BLDG 1137 DEPL | PLUMBING |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 3/4" MALE ADAPTERS | 24.00 | 0.99 | 23.76 |
| 1" X 3/4" BUSHINGS | 24.00 | 1.22 | 29.28 |
| 3/4" X 1/2" BUSHINGS | 24.00 | 0.77 | 18.48 |
| 3/4" FLOP EARRED ELL'S | 24.00 | 3.41 | 81.84 |
| 1/2" CHROME NIPPLES | 26.00 | 7.06 | 183.56 |
| 1/2 " CUSHIONS | 26.00 | 0.45 | 11.70 |
| RIGHT ANGLE STOPS | 26.00 | 3.55 | 92.30 |
| 1/4" RISERS (SUPPLY LINES) | 26.00 | 3.09 | 80.34 |
| 3/4" TYPE K COPPER | 150.00 | 2.06 | 309.00 |
| 1/2" TYPE K COPPER | 100.00 | 1.14 | 114.00 |
| 3/4" T'S | 12.00 | 0.48 | 5.76 |
| 3/4" 90 DEGREE ELBOWS | 12.00 | 0.63 | 7.56 |
| 1/2" 90 DEGREE ELBOWS | 12.00 | 0.28 | 3.36 |
| 3/4" GATE VALVE | 6.00 | 5.42 | 32.52 |

**Diversified Restoration Enterprises**
6002 Keener Road
Clinton, NC 28328
910-564-2132 ph 910-564-2125 fax
dreinc@intrstar.net

# Estimate

Number: BLDG 1140

Date: September 12, 2003

**Bill To:**

MICHAEL CAVNER
TODD CONSTRUCTION
P.O. BOX 795
SPRING LAKE
NC, 28390

| PO Number | Terms |
|---|---|
| SJAFB/BLDG 1137 DEPL | PLUMBING |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 3/4" MALE ADAPTERS | 12.00 | 0.99 | 11.88 |
| 1/2" MALE ADAPTERS | 12.00 | 0.59 | 7.08 |
| 14" FROST FREE HOSE BIBS | 2.00 | 38.75 | 77.50 |
| 3/4" COUPLINGS | 20.00 | 0.42 | 8.40 |
| 1/2" COUPLINGS | 12.00 | 0.22 | 2.64 |
| 1" COUPLINGS | 12.00 | 0.85 | 10.20 |
| 1 1/2" COUPLINGS | 12.00 | 2.10 | 25.20 |
| 2" COUPLINGS | 16.00 | 3.50 | 56.00 |
| 2" HANGERS | 30.00 | 2.32 | 69.60 |
| 1 1/2" HANGERS | 12.00 | 1.70 | 20.40 |
| 3/4" HANGERS | 30.00 | 0.95 | 28.50 |
| QUARTS BLUE GLUE | 6.00 | 9.26 | 55.56 |
| 1/2" GATE VALVE | 6.00 | 3.87 | 23.22 |
| 1/2" T'S | 12.00 | 0.48 | 5.76 |

**Diversified Restoration Enterprises**
6002 Keener Road
Clinton, NC 28328
910-564-2132 ph 910-564-2125 fax
dreinc@intrstar.net

# Estimate

Number: **BLDG 1140**

Date: **September 12, 2003**

**Bill To:**

MICHAEL CAVNER
TODD CONSTRUCTION
P.O. BOX 795
SPRING LAKE
NC, 28390

| PO Number | Terms |
|---|---|
| SJAFB/BLDG 1137 DEPL | PLUMBING |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| LABOR | | 0.00 | 21,340.00 |
| Eljin 111-2145 1 1/2" Top Spud HC Bowl | 3.00 | 136.72 | 410.16 |
| Sloam 110xL flush valve | 3.00 | 69.31 | 207.93 |
| Bemis 1250 tt wh seat | 3.00 | 38.76 | 116.28 |
| Eljin 111-2125 1 1/2" top spud elong bowl | 2.00 | 113.96 | 227.92 |
| Sloam 110 x L flush valve | 2.00 | 69.31 | 138.62 |
| Bemis 1250 tt wh seat | 2.00 | 38.76 | 77.52 |
| Eljin 052-2174-00 CI wall hung lav. | 2.00 | 150.48 | 300.96 |
| Delta 501 lav faucet | 2.00 | 84.02 | 168.04 |
| #760 1 1/4" 17 guage tube grid strainer | 2.00 | 12.12 | 24.24 |
| 1 1/2 CP 17 guage tube P-trap w/ c.o. | 2.00 | 18.20 | 36.40 |
| R19C right angle stop | 4.00 | 3.48 | 13.92 |
| 1/2 NOM C.P. metal escucheon | 4.00 | 0.27 | 1.08 |

**Diversified Restoration Enterprises**
6002 Keener Road
Clinton, NC 28328
910-564-2132 ph 910-564-2125 fax
dreinc@intrstar.net

# Estimate

Number: **BLDG 1140**

Date: **September 12, 2003**

**Bill To:**

MICHAEL CAVNER
TODD CONSTRUCTION
P.O. BOX 795
SPRING LAKE
NC, 28390

| PO Number | Terms |
|---|---|
| SJAFB/BLDG 1137 DEPL | PLUMBING |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 20" s.s. flrx lav. supply | 4.00 | 6.04 | 24.16 |
| Eljin 161-1150 china urinal | 2.00 | 135.28 | 270.56 |
| Sloam 186 x L urinal flush valve | 2.00 | 45.60 | 91.20 |
| 3" Adj CI floor drain w/ brass strainer w/ hap primer | 3.00 | 38.98 | 116.94 |
| 3" Adj CI floor c.o. w/ brass top | 3.00 | 29.98 | 89.94 |
| Elkay EZS8 water cooler | 1.00 | 560.88 | 560.88 |
| | | **Total** | **$28,836.73** |

**Diversified Restoration Enterprises**
6002 Keener Road
Clinton, NC 28328
910-564-2132 ph 910-564-2125 fax
dreinc@intrstar.net

99-1137

# Estimate

Number: BLDG 1142

Date: September 12, 2003

**Bill To:**

BRANT BLACKBURN
TODD CONSTRUCTION
P.O. BOX 795
SPRING LAKE
NORTH CAROLINA 28307

| PO Number | Terms |
|---|---|
| SJAFB/BLDG 1137 DEPL | ELECTRICAL** |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 1 1/4" UNASTRUT STRAPS | 24.00 | 1.52 | 36.48 |
| 1 1/4" EMT CONDUIT 80' | 80.00 | 1.02 | 81.60 |
| 1 1/4" EMT CONNECTOR COMPRESSION | 2.00 | 2.13 | 4.26 |
| 1 1/4" EMT COUPLINGS COMPRESSION | 12.00 | 2.34 | 28.08 |
| 12 X 12 X 6 JUNCTION BOX | 1.00 | 38.00 | 38.00 |
| 3/4" EMT CONDUIT FT. | 600.00 | 0.38 | 228.00 |
| 3/4" EMT CONNECTION COMPRESSION | 900.00 | 0.81 | 729.00 |
| 1/2" EMT UNASTRUT STRAPS | 750.00 | 1.20 | 900.00 |
| UNASTRUT FT | 200.00 | 1.82 | 364.00 |
| 1/2" STRAIGHT CONNECTORS | 100.00 | 1.38 | 138.00 |
| 1/2" GREENFIELD CONDUIT FT | 500.00 | 1.90 | 950.00 |
| 1/2" EMT FT | 3,000.00 | 0.23 | 690.00 |

**Diversified Restoration Enterprises**
6002 Keener Road
Clinton, NC 28328
910-564-2132 ph 910-564-2125 fax
dreinc@intrstar.net

# Estimate

Number: BLDG 1142

Date: September 12, 2003

**Bill To:**

BRANT BLACKBURN
TODD CONSTRUCTION
P.O. BOX 795
SPRING LAKE
NORTH CAROLINA 28307

| PO Number | Terms |
|---|---|
| SJAFB/BLDG 1137 DEPL | ELECTRICAL** |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 1/2" EMT COUPLINGS COMPRESSION | 400.00 | 0.40 | 160.00 |
| 1/2" EMT CONNECTOR COMPRESSION | 200.00 | 0.44 | 88.00 |
| WALL BOX METAL | 100.00 | 1.40 | 140.00 |
| 4 X 4 COMBO BOX | 100.00 | 1.90 | 190.00 |
| 4 X 4 BLANK COVERS | 100.00 | 0.67 | 67.00 |
| 1/2 " RIDGE FT | 150.00 | 0.93 | 139.50 |
| 1/2" COUPLINGS | 20.00 | 0.38 | 7.60 |
| 3/4" SCH 40 PVC FT | 200.00 | 0.15 | 30.00 |
| OUTSIDE LIGHTS | 10.00 | 2,280.00 | 22,800.00 |
| WIRE NUTS | 1,000.00 | 0.09 | 90.00 |
| 3/4" UNASTRUT STRAPS | 150.00 | 1.35 | 202.50 |
| 1 1/4" UNATRUT STRAPS | 20.00 | 1.52 | 30.40 |
| 60 AMP 3PH 460 V RAIN TIGHT DISCONNECT | 1.00 | 290.70 | 290.70 |

**Diversified Restoration Enterprises**
6002 Keener Road
Clinton, NC 28328
910-564-2132 ph 910-564-2125 fax
dreinc@intrstar.net

# Estimate

Number: **BLDG 1142**

Date: **September 12, 2003**

**Bill To:**

BRANT BLACKBURN
TODD CONSTRUCTION
P.O. BOX 795
SPRING LAKE
NORTH CAROLINA 28307

| PO Number | Terms |
|---|---|
| SJAFB/BLDG 1137 DEPL | ELECTRICAL** |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 60 AMP 1 PH 240 V RAIN TIGHT DISCONNECT | 1.00 | 254.86 | 254.86 |
| 100 AMP 3 PH 480 V INDOOR 4 SPACE DISCONNECT | 1.00 | 400.09 | 400.09 |
| 40 AMP 3 PH 480 V BREAKERS | 2.00 | 303.53 | 607.06 |
| 60 AMP 3 PH 480 V BREAKERS | 2.00 | 303.53 | 607.06 |
| 100 AMP 1 PH 240 V DISCONNECT | 1.00 | 138.62 | 138.62 |
| DUPLEX REC | 10.00 | 2.78 | 27.80 |
| SINGLE POLE SWITCH | 10.00 | 15.09 | 150.90 |
| 3 WAY SWITCHES | 10.00 | 18.16 | 181.60 |
| 4 WAY SWITCHES | 10.00 | 21.20 | 212.00 |
| SWITCH COVERS | 30.00 | 1.23 | 36.90 |
| 60 AMP 3 PH 480 V STARTERS | 1.00 | 1,107.09 | 1,107.09 |
| #8 THHN 800 FT | 1.00 | 190.64 | 190.64 |
| #10 THHN 2000 FT | 1.00 | 225.45 | 225.45 |

**Diversified Restoration Enterprises**
6002 Keener Road
Clinton, NC 28328
910-564-2132 ph 910-564-2125 fax
dreinc@intrstar.net

# Estimate

Number: **BLDG 1142**

Date: **September 12, 2003**

**Bill To:**

BRANT BLACKBURN
TODD CONSTRUCTION
P.O. BOX 795
SPRING LAKE
NORTH CAROLINA 28307

| PO Number | Terms |
|---|---|
| SJAFB/BLDG 1137 DEPL | ELECTRICAL** |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| #12 THHN | 1.00 | 391.61 | 391.61 |
| 6"X6" POST & ARM,CEMENT FOOTER W/GR ROD | 8.00 | 2,280.00 | 18,240.00 |
| ALL LIGHTING FIXTURES AND DIMMER EQUIPMENT | 1.00 | 8,044.53 | 8,044.53 |
| LABOR | | 0.00 | 28,000.00 |
| 5 MEN 20 DAYS @ $35.00 HR | | | |
| **NOT INCLUDED: DOOR ALARMS, FIRE ALARM SYSTEM ** | | | |
| | | **Total** | **$87,239.33** |

*1 OFFEROR FEE PROPOSAL
Sample Project Task Order
Various Projects Seymour Johnson Air Force Base
DACA21-03-R-0064

| | | | | |
|---|---|---|---|---|
| Demo Concrete Pads, Complete | | | | |
| Blast Deflector, Complete | | | | |
| Concrete Foundation, Complete | | | | |
| Select Fill, Complete | | | | |
| Grading, Complete | | | | |
| Seeding, Complete | | | | |
| Option 1 Demo Existing Building | | | | |
| Option 1 Excavate Berm | | | | |
| Option 1 Haul Excavated Soil | | | | |
| Repair ALS Roof, Bldg 3611 VKAG 99-1130 | | | | |
| General Conditions | | | | |
| Site Work, Complete | | | | |
| Concrete, Complete | | | | |
| Metals, Complete | | | | |
| Woods and Plastics, Complete | | | | |
| Thermal and Moisture Protection, Complete | | | | |
| Mechanical, Complete | | | | |
| Construct Addition to Personnel Deployment Facility VKAG 99-1137 | | | | |
| General Conditions | | | | |
| Site Work, Complete | | | | |
| Masonry, Complete | | | | |
| Metals, Complete | | | | |
| Woods and Plastics, Complete | | | | |
| Thermal and Moisture Protection, Complete | | | | |
| Doors and Windows, Complete | | | | |
| Finishes, Complete | | | | |
| Equipment, Complete | | | | |
| Metal Buildings, Complete | | | | |
| Mechanical, Complete | | | | |
| Electrical, Complete | 13,000.00 | 1,000.00 | 53,000.00 | 67,000.00 |

(Added by Amendment No. 0001)

***CostWorks 2003 - TO 99-1137, Personnel Deployment Facility Addition***

| Qty | CSI Number | Description | Unit | Bare Mat. | Bare Labor | Bare Equip. | Total | Total Incl. O&P |
|---|---|---|---|---|---|---|---|---|
| 200.000 | 020601500800 | Borrow, buy&ld at pit, haul 2 mi RT&sprd w/200 HP dozer, topsoil, weed free | C.Y. | 2,260.00 | 256.00 | 594.00 | 3,110.00 | 3,520.00 |
| 4,360.000 | 022201000700 | Building demo, small bldgs, or single bldgs, incl disposal, wood | C.F. | 0.00 | 392.40 | 479.60 | 872.00 | 1,090.00 |
| 295.000 | 022205500420 | Foot/found demo, floors, conc slab on GR, 6" thk, reinf, w/mesh | S.F. | 0.00 | 2,610.75 | 433.65 | 3,044.40 | 4,557.75 |
| 1.000 | 022208750030 | Site demo, no hauling, catch bsn or manhole frames and covers, stored | Ea. | 0.00 | 49.50 | 16.85 | 66.35 | 95.00 |
| 112.000 | 022208750700 | Site dml, chain link, posts & fabric, 8' to 10' high | L.F. | 0.00 | 162.40 | 54.88 | 217.28 | 310.24 |
| 75.000 | 022208754200 | Site demo, sidewalk removal, concrete, mesh reinforced, 4" | S.Y. | 0.00 | 965.25 | 328.50 | 1,293.75 | 1,845.00 |
| 0.000 | 022208755500 | Site demo, for congested sites or small quantities, add up to | C.Y. | | | | 200% | 200% |
| 6.500 | 022208755600 | Site demo, for disposal on site, to 5 mis, add | C.Y. | 0.00 | 17.55 | 38.68 | 56.23 | 68.90 |
| 4.000 | 022302000010 | Clear & grub, cut & chip light trees to 6" dia | Acre | 0.00 | 5,100.00 | 4,100.00 | 9,200.00 | 12,400.00 |
| 5,460.000 | 023155000201 | Fill,for hauling over 1 mile,add to above per C.Y., div 02320-200 | Mile | 0.00 | 0.00 | 0.00 | 3,603.60 | 4,804.80 |
| 3,000.000 | 023155050500 | Fill, gravel fill, compacted, under floor slabs, 4" deep | S.F. | 480.00 | 390.00 | 30.00 | 900.00 | 1,110.00 |
| 240.000 | 023705501100 | Erosion control, silt fence, polypropylene, 3' high, adverse conditions | L.F. | 69.60 | 100.80 | 0.00 | 170.40 | 232.80 |
| 3.000 | 026302001110 | CB or manholes, conc, precast, 4' ID, 4' deep | Ea. | 1,290.00 | 636.00 | 178.50 | 2,104.50 | 2,610.00 |
| 600.000 | 022258402000 | Walls & partitions demo, movable walls, metal, 5' high | S.F. | 0.00 | 396.00 | 0.00 | 396.00 | 618.00 |
| 200.000 | 025307302020 | Piping, conc, reinf culvert, class 3, no gaskets, 15" diameter | L.F. | 2,510.00 | 1,430.00 | 250.00 | 4,190.00 | 5,300.00 |
| 35,000.000 | 023155050600 | Fill, gravel fill, compacted, 6" deep | S.F. | 8,400.00 | 5,250.00 | 350.00 | 14,000.00 | 17,500.00 |
| 35,000.000 | 027403150020 | Asphaltic concrete paving 6"stone base 2"base course 1"topping | S.F. | 40,950.00 | 5,250.00 | 6,300.00 | 52,500.00 | 60,200.00 |
| 300.000 | 022258402000 | Walls & partitions demo, movable walls, metal, 5' high | S.F. | 0.00 | 198.00 | 0.00 | 198.00 | 309.00 |
| 3.000 | 026302001300 | CB or manholes, conc, slab tops, precast, 8" thick, 4' dia | Ea. | 480.00 | 241.50 | 82.50 | 804.00 | 990.00 |
| 3.000 | 026302001700 | Catch bsns or manholes, frames and covers, C.I., 26" D shape, 600 lb. | Ea. | 1,095.00 | 276.00 | 94.50 | 1,465.50 | 1,725.00 |
| 1,632.000 | 027665500750 | Painting lines, thermoplastic, white or yellow, 12" wide | L.F. | 2,888.64 | 277.44 | 130.56 | 3,296.64 | 3,753.60 |
| 1,632.000 | 027665500790 | Painting lines, layout of pavement marking | L.F. | 0.00 | 32.64 | 0.00 | 32.64 | 81.60 |
| 23.000 | 027665500800 | Lines on pvmt, parking stall, paint, white, 4" wide | Stall | 66.47 | 62.79 | 19.55 | 148.81 | 192.05 |
| 2,500.000 | 027702250400 | Curb, conc, wood forms, 6" x 18", radius | L.F. | 5,650.00 | 18,250.00 | 0.00 | 23,900.00 | 34,625.00 |
| 2,713.000 | 027752750310 | Sidewalks, conc, 3000 PSI, CIP w/ 6x6 mesh, broom fin, no base, 4" T | S.F. | 3,174.21 | 3,119.95 | 0.00 | 6,294.16 | 8,274.65 |
| 2.000 | 028407001300 | Pipe bollards, steel, concrete filled/painted, 8' L x 4' D hole, 6" diam. | Ea. | 378.00 | 64.00 | 21.90 | 463.90 | 540.00 |
| 6.000 | 028907000400 | Signs, stock, 30" x 30", high intensity | Ea. | 402.00 | 73.50 | 42.90 | 518.40 | 600.00 |
| 3,368.000 | 029205000310 | Seeding,incl.fine grade,seed,fertilizer,lime, with equipment | S.Y. | 538.88 | 4,210.00 | 740.96 | 5,489.84 | 7,948.48 |
| 35.000 | 028205300050 | Fence, 10' o.c., 1-3/8" top rail, 2" corner post, 4' high | L.F. | 106.05 | 53.20 | 0.00 | 159.25 | 199.50 |
| 120.000 | 023153200100 | Compaction, steel wheel tandem roller, 10 tons | Hr. | 0.00 | 5,400.00 | 2,760.00 | 8,160.00 | 11,220.00 |
| 4.000 | 026302000050 | CB or manholes, brick, 4' inside dia, 4' deep, 8" wall | Ea. | 1,136.00 | 1,820.00 | 0.00 | 2,956.00 | 4,000.00 |
| 290.000 | 025307302030 | Piping, drainage & sewage, RCP, class 3, no gaskets, 18" dia | L.F. | 3,828.00 | 2,784.00 | 487.20 | 7,099.20 | 9,135.00 |
| 4.000 | 026302000050 | CB or manholes, brick, 4' inside dia, 4' deep, 8" wall | Ea. | 1,136.00 | 1,820.00 | 0.00 | 2,956.00 | 4,000.00 |
| 1,638.000 | 022208751900 | Site dml, conc to 6" thick, mesh reinforced | S.Y. | 0.00 | 7,174.44 | 5,651.10 | 12,825.54 | 17,280.90 |
| ***SITEWORK, COMPLETE*** | | | | 76,838.85 | 68,864.11 | 23,185.83 | 172,492.39 | 221,137.27 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8.000 | 032106000600 | Reinforcing in place, A615 Gr 60, slab on grade, #3 to #7 | Ton | 4,280.00 | 3,960.00 | 0.00 | 8,240.00 | 11,400.00 |
| 1,540.000 | 033102405020 | Concrete in place, SOG, incl textured fin, no forms/reinf, 8" thk | S.F. | 2,864.40 | 1,047.20 | 15.40 | 3,927.00 | 4,758.60 |
| 2.000 | 032106000100 | Reinforcing in place, A615 Gr 60, beams and girders, #3 to #7 | Ton | 1,120.00 | 1,420.00 | 0.00 | 2,540.00 | 3,650.00 |
| 312.000 | 032106002410 | Reinforcing in place, A615 Gr 60, dowels, 2' long, deformed, #4 | Ea. | 127.92 | 368.16 | 0.00 | 496.08 | 761.28 |
| 3,000.000 | 033503000250 | Finishing floors, monolithic, machine trowel, for finish floor | S.F. | 0.00 | 1,320.00 | 0.00 | 1,320.00 | 1,950.00 |
| 155.000 | 033102404650 | Concrete in place, slab on grade, not including finish, 4" thick | C.Y. | 13,562.50 | 6,975.00 | 83.70 | 20,621.20 | 26,195.00 |
| ***CONCRETE, COMPLETE*** | | | | **21,954.82** | **15,090.36** | **99.10** | **37,144.28** | **48,714.88** |
| 633.000 | 040605002650 | Mortar, pre-mixed, type S or N | C.F. | 2,576.31 | 0.00 | 0.00 | 2,576.31 | 2,835.84 |
| 300.000 | 040607500010 | Sand, for mortar, screened and washed, at the pit | Ton | 3,840.00 | 0.00 | 0.00 | 3,840.00 | 4,215.00 |
| 300.000 | 040607500100 | Sand, for mortar, screened and washed, with 30 mile haul | Ton | 4,530.00 | 0.00 | 0.00 | 4,530.00 | 4,995.00 |
| 964.000 | 040704202000 | Grout, C476, for bond beams, lintels and CMU cores | C.F. | 3,190.84 | 2,487.12 | 424.16 | 6,102.12 | 7,760.20 |
| 3,837.000 | 042101202020 | Brick veneer, TL lot, no scaf, incl waste, std, red, 4"x 2-2/3"x 8" | S.F. | 10,590.12 | 20,336.10 | 0.00 | 30,926.22 | 43,166.25 |
| 3,313.000 | 042202500200 | CMU, ext, no scaf/reinf, tooled jts 2 sides, foam inserts, 8"x16"x 8" thk | S.F. | 8,149.98 | 10,767.25 | 0.00 | 18,917.23 | 25,510.10 |
| ***MASONRY, COMPLETE*** | | | | **32,877.25** | **33,590.47** | **424.16** | **66,891.88** | **88,482.39** |
| 1.000 | 083307200300 | Rolling service door, steel, manual, 20 ga, incl hardware 12' x 12' H | Ea. | 1,225.00 | 475.00 | 0.00 | 1,700.00 | 2,225.00 |
| 650.000 | 077106500300 | Gutters, aluminum, 5" box type, .032" thick, plain | L.F. | 793.00 | 1,605.50 | 0.00 | 2,398.50 | 3,347.50 |
| 12.000 | 083307203600 | Rolling service doors, for safety edge bottom bar, pneumatic, add | L.F. | 132.60 | 0.00 | 0.00 | 132.60 | 146.40 |
| 12.000 | 083307203700 | Rolling service doors, for safety edge bottom bar, electric, add | L.F. | 252.00 | 0.00 | 0.00 | 252.00 | 276.00 |
| 12.000 | 083307204000 | Rolling service doors, for weatherstripping, extruded rbr, jambs, add | L.F. | 85.80 | 0.00 | 0.00 | 85.80 | 94.80 |
| 1.000 | 083307204500 | Rolling service doors, motor operators, to 14' x 14' opening | Ea. | 690.00 | 114.00 | 0.00 | 804.00 | 965.00 |
| 17.000 | 081102000100 | Coml st doors, fl, full pnl, hol met 1-3/8" thk, 20 Ga., 3'-0" x 7'-0" | Ea. | 3,043.00 | 501.50 | 0.00 | 3,544.50 | 4,148.00 |
| 17.000 | 081102000120 | Commercial steel doors, flush, full panel, for vision lite, add | Ea. | 799.00 | 0.00 | 0.00 | 799.00 | 884.00 |
| 17.000 | 081102500100 | Door frs,st chans W/ahr&bar stops,6" chan @ 8.2#/LF,3'x7' dr,wt 150# | Ea. | 1,955.00 | 1,513.00 | 102.85 | 3,570.85 | 5,015.00 |
| 17.000 | 087101502250 | Average, dr hdwe, school, sgl ext, incl lever, not incl panic device | Door | 6,205.00 | 0.00 | 0.00 | 6,205.00 | 6,885.00 |
| 18.000 | 085201202000 | Alum wdws,W/fr&glzng,stk unit,projed,W/scrn,4'-5"x5'-3" opng | Ea. | 4,896.00 | 1,287.00 | 0.00 | 6,183.00 | 7,740.00 |
| ***DOORS & WINDOWS, COMPLETE*** | | | | ***20,076.40*** | ***5,496.00*** | ***102.85*** | ***25,675.25*** | ***31,726.70*** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1,200.000 | 092055301600 | Furring, walls, 1-5/8" channels, 25 ga, galv, 16" OC | S.F. | 288.00 | 1,188.00 | 0.00 | 1,476.00 | 2,076.00 |
| 1,700.000 | 092507002090 | Gyp bd, 5/8" thk, on walls, std, skim coat (level 5) | S.F. | 493.00 | 1,105.00 | 0.00 | 1,598.00 | 2,278.00 |
| 1,700.000 | 092507002100 | Drywall,gyp plasbd,nailed/scrd to std,5/8" thk,on wl,fire res,no fin | S.F. | 391.00 | 425.00 | 0.00 | 816.00 | 1,088.00 |
| 1,700.000 | 092601001000 | Ptn wl,1/2",int,gyp drwl,tape bs,incl,met std,NLB,25Ga,16"oc,3-5/8"w | S.F. | 1,275.00 | 2,448.00 | 0.00 | 3,723.00 | 5,219.00 |
| 1,006.000 | 095107600820 | Suspended clg,NO carr chan,mnrl fiber,9/16"Tbar susp,2'x2'x5/8" | S.F. | 1,690.08 | 1,016.06 | 0.00 | 2,706.14 | 3,450.58 |
| 260.000 | 096581001150 | Resilient, base, cove, rbr or vinyl, .080" thick, std colors, 4" hi | L.F. | 124.80 | 200.20 | 0.00 | 325.00 | 434.20 |
| 450.000 | 096581007000 | Resilient, vinyl composition tile, 12" x 12", 1/16" thick | S.F. | 333.00 | 220.50 | 0.00 | 553.50 | 688.50 |
| 2,000.000 | 098401000710 | Sound absrbng,fbgl pnl,4'x8'x1-1/2"t,dacron covd,inner alum FR,wl mtd | S.F. | 14,700.00 | 1,680.00 | 0.00 | 16,380.00 | 18,800.00 |
| 8.000 | 099103100140 | Doors, flush,bth sides, incl. frame & trim,roll & brush,latx,primer & 2 cts | Ea. | 81.20 | 360.00 | 0.00 | 441.20 | 632.00 |
| 12.000 | 099103100140 | Doors, flush,bth sides, incl. frame & trim,roll & brush,latx,primer & 2 cts | Ea. | 121.80 | 540.00 | 0.00 | 661.80 | 948.00 |
| 6,500.000 | 099109100410 | Paint, walls, CMU, smooth,roll, latex, paint, first coat | S.F. | 260.00 | 975.00 | 0.00 | 1,235.00 | 1,755.00 |
| 6,500.000 | 099109100420 | Paint, walls, CMU, smooth, roll, latex, paint, second coat | S.F. | 195.00 | 845.00 | 0.00 | 1,040.00 | 1,430.00 |
| 6,500.000 | 099909100750 | Surface preparation, interior, wall, masonry, brick & block, smooth | S.F. | 0.00 | 520.00 | 0.00 | 520.00 | 780.00 |
| 1,600.000 | 092055300700 | Furring, ceilings, on steel, 1-5/8" channels, 16" O.C. | S.F. | 384.00 | 1,456.00 | 0.00 | 1,840.00 | 2,592.00 |
| ***INTERIOR FNISHES, COMPLETE*** | | | | **20,336.88** | **12,978.76** | **0.00** | **33,315.64** | **42,171.28** |
| 2.000 | 108201000610 | Bathroom accessories, towel disp and waste receptacle, 18 gallon cap | Ea. | 512.00 | 50.00 | 0.00 | 562.00 | 640.00 |
| 2.000 | 108201001300 | Bathroom accessories, grab bar, straight, 1-1/2" dia, SS, 36" long | Ea. | 101.00 | 25.20 | 0.00 | 126.20 | 151.00 |
| 2.000 | 108201003100 | Bathroom accessories, mir with stainless steel, 3/4" sq FR, 36" x 24" | Ea. | 197.00 | 33.70 | 0.00 | 230.70 | 270.00 |
| 3.000 | 108201004300 | Bathroom accessories, robe hook, single, regular | Ea. | 13.95 | 21.00 | 0.00 | 34.95 | 48.15 |
| 2.000 | 108201004600 | Bathroom accessories, soap disp, chrome, surf mounted, liquid | Ea. | 80.00 | 25.20 | 0.00 | 105.20 | 127.00 |
| 6.000 | 108201006100 | Bathroom accessories, toilet tissue disp, surf mounted,sst,single roll | Ea. | 64.80 | 50.40 | 0.00 | 115.20 | 150.00 |
| ***SPECIALTIES, COMPLETE*** | | | | **968.75** | **205.50** | **0.00** | **1,174.25** | **1,386.15** |
| 3,000.000 | 053103000200 | Metal deck, cellular, galv, 2", 20-20 gauge | S.F. | 9,930.00 | 2,370.00 | 150.00 | 12,450.00 | 15,450.00 |
| 3,000.000 | 131287000900 | Pre-engd.bldg.,rgd.clr.span fr.,26 ga.clrd.rfg.&sdg,50-100'W.16'eave hgt. | SF Flr. | 12,390.00 | 7,950.00 | 4,950.00 | 25,290.00 | 32,850.00 |
| 2.000 | 105352001700 | Canopies, wall hung, aluminum, .032" 12' x 40' | Ea. | 12,250.00 | 2,600.00 | 460.00 | 15,310.00 | 18,550.00 |
| 200.000 | 106301003300 | Partitions, port, economical pnls, fabric face, 5'-0" long, 5'-0" hi | L.F. | 5,500.00 | 674.00 | 0.00 | 6,174.00 | 7,100.00 |
| 230.000 | 1.31285E+11 | Grandstands,perm,municipal,incl fndtn,cmpst,st,wd&plstc,stk dsgn,max | Seat | 32,200.00 | 0.00 | 0.00 | 32,200.00 | 35,420.00 |
| ***SPECIAL CONSTRUCTION, COMPLETE*** | | | | **72,270.00** | **13,594.00** | **5,560.00** | **91,424.00** | **109,370.00** |
| | | **Totals** | | **$245,322.95** | **$149,819.20** | **$29,371.94** | **$428,117.69** | **$542,988.67** |

## ROUTING AND TRANSMITTAL SLIP

Date 3/23/06

| TO: (Name, office symbol, room number, building, Agency/Post) | Initials | Date |
|---|---|---|
| CD-~~TE~~ (~~Cook~~) | JC | 3/24/06 |
| 2. CT-C (~~Anderson, Miles~~) (Donald | | 3/28/06 |
| 3. ~~CD TE (Szabo)~~ | | 3/29/06 |
| 4. CD-C (Smulevitz) | | |
| 5. | | |

| | | | | | |
|---|---|---|---|---|---|
| X | Action 1, 2, 3 | X | File 4 | | Note and Return |
| X | Approval 1, 2 | | For Clearance | | Per Conversation |
| | As Requested | | For Correction | | Prepare Reply |
| | Circulate | | For Your Information | | See Me |
| | Comment | | Investigate | X | Signature 2 |
| | Coordination | | Justify | | |

REMARKS

FINAL PAYMENT ESTIMATE FOR Seymour Johnson A.F.B, N.C.
(Installation)

CONTRACT NUMBER: DACA21-03-D-0021 TASK ORDER NUMBER: 0001

✓ There are no outstanding claims.

NOTE:The final payment invoice has been created in CEFMS for KO approval: CEFMS INV NO. 11

| OBL LINE | AMOUNT |
|---|---|
| 0003 | $ 100.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| | 100.00 |

OG of ENG 93
Print Screen of CEFMS ENG 93
OG/CP of DD1155 (if T/O)
OG of OBL Summary/LIB
OG of Claims Release
OG of Certificate of COmpletion
OG of Certificate of Payment

Date Hand Delivered to CT-C In-Box:

MAR 24 P 5:14

DO NOT use this form as a RECORD of approvals, concurrences, disposals, clearances, and similar actions

| FROM: (Name, org. symbol, Agency/Post) | Room No. - Bldg. |
|---|---|
| Richard M. Szabo CESAS-CD-TE | Phone No. (912) 652-5512 |

OPTIONAL FORM 41 (Rev. 1-94)
Prescribed by GSA

**v2.1.10 Pay Estimate View Screen 2.45VW**

Obli: DACA21-03-D-0021 DO#: 0001 Inv: 11 Inv Ref: 11

Desc: IDC FOR CONST/DESIGN/BUILD, GA

Continue Contract:

Inv Date: 28-FEB-2006

Period Of Performance

Notice To Proceed: Y

Inv Recvd: 01-MAR-2006 From: 21-JAN-2006 Thru: 21-FEB-2006

Final Pmt? Y

F&A Recvd: 01-MAR-2006 Discount Days/% Contract Settlement

Rel Of Claims? Y

Pmt Office: 1 Addr: 00030537

Remarks:

View Signatures:

Line Item: 0003 Obli Terms:

P2 LINKED MODS 120938 FY 04$ SEYMOUR JOHNSC

Qty Ordered: 0

Amt Ordered: 4600.00

Refund ?: Y Refund Terms: 30

| | *** This Inv *** | *** All Inv's *** |
|---|---|---|
| Qty: | | 0 |
| Price: | | |
| Gross Amt: | .00 | 4600.00 |
| Retain Pct: | .00 | |
| Retain Amt: | .00 | .00 |
| Other Deduct: | .00 | 2000.00 |
| Retain Refund: | .00 | .00 |
| Other Deduct Refund: | 100.00 | 2000.00 |
| Liq Damages: | .00 | .00 |
| Line Amt: | 100.00 | 4600.00 |

View Payment Addr

Foreign Curr

Prev Page | Prev | Next | Query | List | Save | Exit | Next Page

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10

| | |
|---|---|
| 1. INVOICE RECEIVED DATE | 1 Mar 06 |
| PAYMENT DUE DATE | 31 Mar 06 |
| Sheet 1 of 2 | |
| 2. CONTRACTOR AND ADDRESS | Todd Construction Co, Inc<br>P O BOX 770314 OKLAHOMA CITY OK 73177-0314 |
| 3. CONTRACT NO. | DACA21-03-D-0021 0001 |
| 4. DISTRICT | Savannah District |
| 5. DESCRIPTION OF WORK | TO#01-Addition to Building 4743 |
| 6. APPROPRIATION AND PROJECT | 21-NA-2003-2050-0000 |
| 7. REQUIRED COMPLETION DATE | 06 Apr 2005 |
| 8. LOCATION | Seymour Johnson AFB, NC |
| 9. PERIOD COVERED BY THIS ESTIMATE | FROM 21 Jan 2006 THRU 21 Feb 2006 |
| 10. JOB ORDER NO. | |
| 11. ESTIMATE NO. | 11 - Final |

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | CONTRACT AMOUNT (contract line items - see attached sheets) | | | $700,597.88 | 100% | $700,597.88 |
| INCLUDES MODIFICATIONS THRU R00006 | 100 % EARNINGS TO DATE<br>100 % LESS STORED MATERIAL | TOTAL CONTRACT ⟶ | | $700,597.88 | TOTAL EARNINGS TO DATE ⟶ | $700,597.88 |

REMARKS

00084

**12. PRESENTED FOR PAYMENT**

PAYEE: TODD CONSTRUCTION CO., INC.

PER: [signature]

DATE: 2/28/06

TITLE: V.P.

**13. APPROVED AMOUNT**

I certify that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE: [signature]
Robert L. Cagle III
Administrative Contracting Officer

DATE: 3/17/06

CONTRACTING OFFICER APPROVAL (Signature): [signature] JCC 3/24/06

DATE: 3/28/06

| 14. | | |
|---|---|---|
| A. PREVIOUS RETAINED PERCENTAGE | $0.00 | |
| B. PREVIOUS OTHER DEDUCTIONS | $100.00 | |
| C. PREVIOUS LIQUIDATED DAMAGES | $0.00 | |
| D. PREVIOUS PAYMENTS | $700,497.88 | |
| E. PREVIOUS EARNINGS (A + B + C + D) | | $700,597.88 |
| F. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS E) | | $0.00 |
| G. LESS RETAINED PERCENTAGE | $0.00 | |
| H. LESS OTHER DEDUCTIONS | $0.00 | |
| I. TOTAL DEDUCTIONS THIS PERIOD (G + H) | | $0.00 |
| J. RETAINAGE REFUND | $0.00 | |
| K. OTHER REFUNDS | $100.00 | |
| L. TOTAL REFUNDS THIS PERIOD (J + K) | | $100.00 |
| M. LIQUIDATED DAMAGES THIS PERIOD | | $0.00 |
| N. AMOUNT DUE CONTRACTOR (F - I + L - M) | | $100.00 |

**15. TOTALS TO DATE - ALL INVOICES**

| | | | | |
|---|---|---|---|---|
| RETAINED PERCENTAGE (A + G - J) | $0.00 | LIQ. DAMAGES | (C + M) | $0.00 |
| OTHER DEDUCTIONS (B + H - K) | $0.00 | PAID TO DATE | (D + N) | $700,597.88 |

ENG FORM 93, 1 MAR 78

PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND, OR REMARKS)