# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Conti… n)
## PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. DACA21-03-D-0021 0001

Shc . 2 of 2

3. CONTRACTOR AND ADDRESS Todd Construction Co, Inc
P O BOX 770314 OKLAHOMA CITY OK 73177-0314

4. PERIOD COVERED BY THIS ESTIMATE
FROM 21 Jan 2006 THRU 21 Feb 2006

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0001 | | Base Period - Construct Addition, Bldg 474 | 1.00 LS | $634,026.05 | | | |
| | R00004 | Lump Sum Unit Price Increase | 1.00 LS | $61,971.83 | | | |
| | R00006 | Lump Sum Unit Price Increase | 1.00 LS | $4,600.00 | | | |
| | | Revised Amount CLIN 0001 | 1.00 LS | | $700,597.88 | 100% | $700,597.88 |
| | | TOTALS THIS PAGE | | | 700,597.88 | | 700,597.88 |

00085



PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXLANATION AND -OR REMARKS)

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 3

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. | 2. DELIVERY ORDER/ CALL NO. | 3. DATE OF ORDER/CALL | 4. REQ./ PURCH. REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| 21-03-D-0021 | 0001 | 2003 Sep 28 | W33SJG-3270-1846 | |

**6. ISSUED BY** CODE DACA21
A-E & CONSTRUCTION BRANCH
100 W. OGLETHORPE AVE
SAVANNAH GA 31401-3640

**7. ADMINISTERED BY** CODE DACA21
SEYMOUR JOHNSON RESIDENT OFFICE
POB 10508
GOLDSBORO NC 27532-0508

**8. DELIVERY FOB**
[X] DEST
[ ] OTHER
(See Schedule if other)

**9. CONTRACTOR** CODE 0SKG0 FACILITY
TODD CONSTRUCTION CO INC
GEORGE TODD
9636 N MAY AVENUE SUITE 275
OKLAHOMA CITY OK 73120

**10. DELIVER TO FOB POINT BY (Date)**
SEE SCHEDULE

**11. MARK IF BUSINESS IS**
[X] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

**12. DISCOUNT TERMS**
Net 14 days

**13. MAIL INVOICES TO THE ADDRESS IN BLOCK**
See Item 7

**14. SHIP TO** CODE
SEE SCHEDULE

**15. PAYMENT WILL BE MADE BY** CODE DFAS
US ARMY CORPS OF ENGRS FINANCE CENTER
CEFC-AO-P
5720 INTEGRITY DRIVE
MILLINGTON TN 38054-5005

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.

**16. TYPE OF ORDER**
- DELIVERY/ CALL: X — This delivery order/call is issued on another Govt. agency or in accordance with and subject to terms and conditions of above numbered contract.
- PURCHASE — Reference your quote dated
  Furnish the following on terms specified herein. REF:

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE**
See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

*If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
TEL: 912/652-5292
EMAIL: colleen.j.okeefe@sas02.usace.army.mil
BY: COLLEEN J OKEEFE
Colleen O'Keefe
CONTRACTING / ORDERING OFFICER

25. TOTAL: $634,026.05
29. DIFFERENCES: 100.00
30. INITIALS: STB

**26. QUANTITY IN COLUMN 20 HAS BEEN**
[ ] INSPECTED [ ] RECEIVED [X] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

3/20/06 — DATE
[signature] — SIGNATURE OF AUTHORIZED GOVT. REP.

27. SHIP NO.
[ ] PARTIAL
[X] FINAL

28. DO VOUCHER NO.

31. PAYMENT
[ ] COMPLETE
[ ] PARTIAL
[X] FINAL

32. PAID BY

33. AMOUNT VERIFIED CORRECT FOR

34. CHECK NUMBER

35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.
DATE | SIGNATURE AND TITLE OF CERTIFYING OFFICER

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

DD Form 1155, JAN 1998 (EG) PREVIOUS EDITION MAY BE USED.

**ADDITION PDF BUILDING 4743 (VKAG 99-1137), SEYMOUR JOHNSON AIR FORCE BASE, NORTH CAROLINA**

# THIS IS YOUR NOTICE TO PROCEED

In accordance with FAR 52.216-18, ORDERING, the schedule is hereby revised to include the following statement:

Task Orders will only be issued by a duly warranted Contracting Officer, including facsimile and oral orders, when determined appropriate by the Contracting Officer.

1. Scope of Work: Task Order will be performed in accordance the Scope of Work issued with Solicitation Number DACA21-03-R-0064, Indefinite Delivery Contract for Construction and Design/Build, GA and SAD and your price proposal received by the Government on September 17, 2003.

2. Accounting and Appropriation Data:
21 NA 2003 2050.0000 K6 2002 08 8021 70000000000 09133 3230 3G607D

3. Contract Duration: The period of performance for this task order will be performed in accordance the Scope of Work issued with Solicitation Number DACA21-03-R-0064, Indefinite Delivery Contract for Construction and Design/Build, GA and SAD.

4. Liquidated Damages: The liquidated damages for this task order are in accordance with the Scope of Work issued with Solicitation Number DACA21-03-R-0064, Indefinite Delivery Contract for Construction and Design/Build, GA and SAD.

5. Pay Estimates should be submitted to the following address:

U.S. Army Corps of Engineers, Savannah District
ATTN: Seymour Johns AFB Resident Office (CD-PSJ)
Post Office Box 10508
Goldsboro, North Carolina 27532-0508

Contracting Officer:
Ms. Colleen O'Keefe
Phone no. (912) 652-5075
Email: colleen.j.okeefe@sas02.usace.army.mil

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1 | Lump Sum | $634,026.05 | $634,026.05 |
| | Construct Addition to Bldg. 4743Facility VKAG 99-1137 | | | | |

# 'AYMENT ESTIMATE - CONTRACT PERFORMANCE (Contin )
## OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACA21-03-D-0021 0001

Shee.. 1 of 1

CONTRACTOR AND ADDRESS Todd Construction Co, Inc
P O BOX 770314 OKLAHOMA CITY OK 73177-0314

PERIOD COVERED BY THIS ESTIMATE
FROM 21 Jan 2006 THRU 21 Feb 2006

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| **OBLIGATION LINE ITEM - 0001** | Earnings | $0.00 | $634,026.05 |
| CONSTRUCT ADDITION TO BLDG. 4743, FACILITY VKAG 99 | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 3G607D | Less other Deductions | $0.00 | $0.00 |
| SEYJOHNSON 3379001 VKAG 99-1137 CONSTRUCT ADDITION PDF 4743 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$634,026.05** |
| **OBLIGATION LINE ITEM - 0002** | Earnings | $0.00 | $61,971.83 |
| MOD $ OWI 3G607D FY 04$ SEYMOUR JOHNSON AFB | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 3G607D | Less other Deductions | $0.00 | $0.00 |
| SEYJOHNSON 3379001 VKAG 99-1137 CONSTRUCT ADDITION PDF 4743 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$61,971.83** |
| **OBLIGATION LINE ITEM - 0003** | Earnings | $0.00 | $4,600.00 |
| P2 LINKED MODS 120938 FY 04$ SEYMOUR JOHNSON AFB | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 2D8608 | Less other Deductions | $0.00 | $100.00 |
| T1040Cont-PSJ 03D21T 1 Additional to Bldg 4743 99- [120938] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $100.00 | $100.00 |
| **Refund Due Date** 03/23/2006 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$100.00** | **$4,600.00** |
| | TOTALS | **$100.00** | **$700,597.88** |

00089

February 28, 2006

MEMORANDUM FOR: CD-CE

SUBJECT: Release of Claims to # *0001* - Submitted with Final Payment Request

CONTRACT NO: DACA21-03-D-0021

ADDRESS: 9636 N. May Avenue, Suite 275, Oklahoma City, OK 73120

FOR THE CONSTRUCTION OF: IDIQ Construction Contract Design/Build
Addition to Building 4743

LOCATION: Seymour-Johnson Air Force Base, NC

DATE AWARDED: 6/16/2004

The undersigned contractor, under above numbered contract, between the United States of America and said contractor, in accordance with paragraph (f) of the "Payments under Fixed-Price Construction Contracts" clause of said contract and upon acceptance of the final payment hereunder, hereby releases the United States, Officers, Agents, and employees from any and all claims arising under or by virtue of said contract of any modifications or change thereof except with respect to those claims, if any, listed below: (itemize claims and amounts)

**NONE**

DATE: 02/28/2006

Todd Construction, LP
COMPANY

J. Dube Putz Vice President

CESAS-CD-PSJ

Date: 20 March 2006

MEMORANDUM FOR CESAS-CD-TE

SUBJECT: Certificate of Contract Completion - Contract No. DACA21-03-D-0021 Task Order #1, Construct Addition to Building 4743, Seymour Johnson AFB

1. I certify that the following represents the status of subject contract upon acceptance of the work by the undersigned for the Corps of Engineers:

a) Check appropriate statement:

__X__ Contract is physically complete and Contractor's final payment estimate is submitted.

_____ Contract is physically complete but in Contractor claim status.

b) Date Notice to Proceed acknowledged by Contractor: 6-16-2004

c) Date Contractor commenced work: 9-14-2004

d) Contract completion date(s):

| Phase | Date Orig. Scheduled | Date as Revised | Date Accepted by Resident Eng. |
|---|---|---|---|
| All Work | 1-7-2005 | 4-6-2005 | 4-6-2005 |

| | Date Tested or Accepted: | Remains Unaccepted (Explain): |
|---|---|---|
| 1) Grassing: | 1-7-2006 | |
| 2) Testing of Heating: | 4-6-2005 | |
| 3) Testing of Air Conditioning: | 4-6-2005 | |

e) DATE final inspection accomplished: 4-6-2005

f) FOR MILITARY CONTRACTS ONLY:

1) Transfer of facilities (DD Form 1354} Furnished Using Service on: 5-16-2005
2) Using Service accepted transfer document WITH deficiencies on: 7-19-2005
3) If deficiencies existed, date Using Service agreed to remove deficiency list from 1354 indicating unconditional acceptance: 3-15-2006
4) As-Built Drawings furnished Using Service not later than: 7-19-2005
5) Record Shop Drawings furnished Using Service on: 1-19-2006
6) Specifications with all modifications furnished Using Service on: As Issued
7) All guarantees required by specifications furnished Using Service on: 5-31-2005
8) REMARKS: NONE.

g) FOR CIVIL CONTRACTS ONLY:

1) As-Built Drawings furnished District Office on: N/A
2) Record set of Shop Drawings furnished District Office on: N/A
3) All guarantees required by specifications furnished District Office on: N/A
4) REMARKS: N/A

h) Does all work performed under this contract meet requirements of the contract plans and specifications? YES (If "NO", explain.)

i) Liquidated damages assessed: NO (If "YES", ___ calendar days at the rate of $____ per day and $____ for the first day).

j) All Contractor and Subcontractor payrolls HAVE been received from the Contractor and HAVE NOT been forwarded to the District Office. Payrolls will be stored at CD-PSJ Resident Office.

k) All Government Furnished Property listed in paragraph of the contract specifications has been installed and none remains in the hands of the contractor.

l) Quantity of usable scrap remaining in the hands of Contractor is: $0.00

m) Check Appropriate Statement:

__X_ Final payment estimate and claims release form has been signed by the Contractor and furnished to the District Office (BEING FURNISHED WITH THIS CLOSEOUT PACKAGE).
_____ Final payment estimate and claims release form has been furnished to the Contractor for signature and he indicated he will sign it.

n) Check Appropriate Statement:

1) __X__ This contract does not contain a clause on variations in estimated quantities.
2) _____ This contract contains a clause on variations in estimated quantities, paragraph _____.
3) _____ No final quantity in the contract over ran or under ran the maximum percentage stated.
4) _____ Final quantity in the contract did over run; however, it has been, determined that there is no price adjustment due the government or the contractor.
5) _____ Final quantity in the contract did over run; however, modification has been issued.

o) For North Carolina contracts only, Status of NC Sales and Use Tax data: _FORWARDED TO OC.

2. Status of the following items is:

| | Enclosed | Date & Office Symbol Previously Sent to D.O. | Remarks |
|---|---|---|---|
| a) Prime Contractor, DD 2626 | | 3-20-2006 - CCASS | Satisfactory |
| b) A-E, DD 2631 | | N/A | Air Force Design |

3. All contract files will be held in the office for six years and three months after final payment per SOP 06-10.

4. If contract is in claim status, list actions below (or attached) which are required before submittal of Contractor's final payment estimate: N/A

Encl(s)

STEPHEN T. BLANCHARD, P.E.
Resident Engineer

# PROMPT PAYMENT CERTIFICATION AND SUPPORTING DATA FOR CONTRACTOR PAYMENT INVOICE

| | | |
|---|---|---|
| (1) Contract No.<br>21-03-D-0021-0001 | (2) Description and Location of Work<br>ADDITION TO PERSONNEL DEPLOYMENT FACILITY (PDF) BLDG 474 | (3) Est. No:<br>11 FINAL<br>(4) Dated:<br>02/28/06 |

| | |
|---|---|
| (5) Contractor Official (name and address) to whom payment is to be sent:<br>George Todd<br>9636 N. May Avenue, Suite 275<br>Oklahoma City, OK 73120 | (6) Discount Terms<br>0% 000 Days, Net 014 |
| (7) If Notice of Assignment has been filed, enter name of Assignee to whom payment is to be sent:<br>N/A | (8) Name, Title, phone number, and mailing address of person to be notified in event of a defective invoice:<br>J. Dube Putz, Vice President<br>P.O. Box 795<br>Spring Lake, NC 28390<br>910 436-8600 |

| (9) Subcontractor Name | (10) Total Amount Subcontractor | (11) Previous Subcontractor Payments (Excluding Deductions) | (12) Subcontractor Amount Included in this Payment Est. (Excluding Deductions) | (13)** Subcontractor Earnings Deducted by Cont. (Total to Date) |
|---|---|---|---|---|
| SOUTHWIND CONSTRUCTION CO., INC. | $ 639,417.63 | $ 639,417.63 | $ -0- | $ -0- |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |

**A written notice of any withholding shall be issued to a subcontractor (with a copy to the Contracting Officer) of any such notice issued by the Contractor, specifying (1) the amount to be withheld, (2) the specific causes for the withholding under the terms of the subcontract, and (3) the Remedial actions to be taken by the subcontractor in order to receive payment of the amounts withheld. Attach copy of notification to pay estimate. Reference FAR 52.232-27(g).

I hereby certify, to the best of my knowledge and belief, that:

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be Made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of Chapter 39 of Title 31, United States, Code; and

(3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

Signature: [signature] Date: 02-28-06

Type Name and Title: J. Dube Putz, Vice President

# SEYMOUR JOHNSON
# Air Force Base
## Goldsboro, North Carolina
## SPECIFICATIONS

**FOR**

**DATE:** March 9, 2001

**PROJECT TITLE:** CONSTRUCT ADDITION TO PERSONNEL DEPLOYMENT FACILITY

**PROJECT NO:** VKAG 99-1137

**PROJECT MANAGER:** Mr. Carl Clayton

## SPECIFICATIONS

| | |
|---|---|
| **DIVISION 1** | **GENERAL REQUIREMENTS** |
| 01000 | GENERAL |
| 01560 | ENVIRONMENTAL PROTECTION |
| **DIVISION 2** | **SITE CONSTRUCTION** |
| 02070 | SELECTIVE DEMOLITION |
| 02230 | SITE CLEARING |
| 02300 | EARTHWORK |
| 02511 | HOT-MIX ASPHALT PAVING |
| 02530 | SANITARY SEWERAGE |
| 02630 | STORM DRAINAGE |
| 02751 | CEMENT CONCRETE PAVEMENT |
| 02764 | PAVEMENT JOINT SEALANTS |
| 02920 | LAWNS AND GRASSES |
| **DIVISION 3** | **CONCRETE** |
| 03300 | CAST-IN-PLACE CONCRETE |
| **DIVISION 4** | **MASONRY** |
| 04810 | UNIT MASONRY ASSEMBLIES |
| **DIVISION 6** | **WOOD AND PLASTICS** |
| 06105 | MISCELLANEOUS CARPENTRY |
| 06402 | INTERIOR ARCHITECTURAL WOODWORK |
| **DIVISION 7** | **THERMAL AND MOISTURE PROTECTION** |
| 07210 | BUILDING INSULATION |
| 07841 | THROUGH-PENETRATION FIRE STOP SYSTEMS |
| 07920 | JOINT SEALANTS |
| **DIVISION 8** | **DOORS AND WINDOWS** |
| 08110 | STEEL DOORS AND FRAMES |
| 08331 | OVERHEAD COILING DOORS |
| 08520 | ALUMINUM WINDOWS |
| 08711 | DOOR HARDWARE (SCHEDULED BY NAMING PRODUCTS) |
| 08800 | GLAZING |
| **DIVISION 9** | **FINISHES** |
| 09511 | ACOUSTICAL PANEL CEILINGS |
| 09651 | RESILIENT TILE FLOORING |
| 09653 | RESILIENT WALL BASE AND ACCESSORIES |
| 09800 | ACOUSTICAL WALL PANELS |
| 09900 | PAINTING |
| **DIVISION 10** | **SPECIALTIES** |
| 10155 | TOILET COMPARTMENTS |
| 10425 | SIGNS |
| 10530 | ALUMINUM DOORWAY/WALKWAY CANOPY SYSTEM |
| 10801 | TOILET & BATH ACCESSORIES |

| | |
|---|---|
| **DIVISION 11** | **EQUIPMENT** |
| 11160 | LOADING DOCK EQUIPMENT |
| | |
| ~~**DIVISION 12**~~ | ~~**FURNISHINGS**~~ |
| 12760 | TELESCOPING STANDS |
| | |
| ~~**DIVISION 13**~~ | ~~**SPECIAL CONSTRUCTION**~~ |
| 13125 | METAL BUILDING SYSTEMS |
| | |
| **DIVISION 15** | **MECHANICAL** |
| 15050 | BASIC MECHANICAL MATERIALS AND METHODS |
| 15055 | MOTORS |
| 15060 | HANGERS AND SUPPORTS |
| 15071 | MECHANICAL VIBRATION AND ISOLATORS |
| 15075 | MECHANICAL IDENTIFICATION |
| 15081 | DUCT INSULATION |
| 15083 | PIPE INSULATION |
| 15110 | VALVES |
| 15140 | DOMESTIC WATER PIPING |
| 15150 | SANITARY WASTE AND VENT PIPING |
| 15183 | REFRIGERANT PIPING |
| 15410 | PLUMBING FIXTURES |
| 15430 | PLUMBING SPECIALTIES |
| 15738 | SPLIT-SYSTEM HEAT PUMP UNITS |
| 15815 | METAL DUCTS |
| 15820 | DUCT ACCESSORIES |
| 15838 | POWER VENTILATORS |
| 15845 | AIR TERMINALS |
| 15855 | DIFFUSERS, REGISTERS, AND GRILLES |
| 15990 | TESTING, ADJUSTING, AND BALANCING |
| | |
| **DIVISION 16** | **ELECTRICAL** |
| 16060 | GROUNDING AND BONDING |
| 16120 | CONDUCTORS AND CABLES |
| 16130 | RACEWAYS AND BOXES |
| 16140 | WIRING DEVICES |
| 16515 | INTERIOR LIGHTING FIXTURES |
| 16525 | EXTERIOR LIGHTING FIXTURES |
| 16535 | EMERGENCY LIGHTING |
| 16551 | AREA LIGHTING |
| 16721 | FIRE DETECTION, ALARM AND RADIO TYPE REPORTING SYSTEM |
| 16741 | TELEPHONE/DATA COMMUNICATION SYSTEM |

## SECTION 01000

## GENERAL

1.1 SCOPE OF WORK: The work covered by this specification consists of furnishing all plant, labor, equipment and material, and performing all work in connection with VKAG 99-1137, CONSTRUCT ADDITION TO PERSONNEL DEPLOYMENT FACILITY, BLDG. 4743 in strict accordance with these specifications and drawings and subject to the terms and conditions of this contract.

1.2 LOCATION: The work is to be accomplished at Seymour Johnson Air Force Base, Goldsboro, North Carolina. This base is accessible by both public highway and railway.

1.3 WORKWEEK: The contractor shall observe the same regular workweek being observed by the Seymour Johnson AFB Civil Engineering shop forces, which is 7:30 a.m. to 4:30 p.m., Monday through Friday, with Federal holidays excluded. Any deviation from this schedule will require 48 hours advance notice and approval of the Contracting Officer.

1.4 PRINCIPLE FEATURES: The work covered by this contract includes, but is not limited to the following:

A. Site demolition, grading, excavation, and building construction including mechanical and electrical systems to Construct Addition to Personnel Deployment Facility.

1.5 HAUL ROUTES: The Contractor shall use the haul routes indicated on the plans.

1.6 DISPOSITION OF NONSALVAGEABLE MATERIALS: All nonsalvageable or unusable material shall be disposed of off base as directed by the Contracting Officer. All waste material generated by any work under this contract shall be handled, transported, stored, and disposed of off base, by the Contractor, in accordance with all applicable federal, state, or local laws, ordinances, regulations, court orders, or other types of rules or rulings having the effect of law.

1.7 DISPOSITION OF SALVAGEABLE MATERIALS: The Contractor shall be required to furnish an itemized listing of materials to be salvaged to the Base Civil Engineering material Control section, located in Bldg 3300, so that an AF Form 1348-1 can be obtained. After receiving this form, all salvable or reusable material will be delivered to the Defense reutilization and Marketing Office, which is located near Bldg 2620 or as directed by Contracting Officer.

1.8 SUBMITTALS REQUIRED: Required submittals are listed on AF Form 66.

1.9 BASE CIVIL ENGINEERING WORK CLEARANCE REQUEST, AF FORM 103: The Contractor shall obtain AF Form 103, Base Civil Engineering Work Clearance Request,

SUBMITTAL CODES: A: 30 DAYS AFTER NTP B: DURING CONSTRUCTION

# SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NUMBER: VKAG 99-1137

PROJECT TITLE: Construct Addition to Personnel Deployment Facility

SOLICITATION/CONTRACT NUMBER:

| | TO BE COMPLETED BY PROJECT ENGINEER | NUMBER OF COPIES REQUIRED | | | | | | | | | | | TO BE COMPLETED BY CONTRACT ADMINISTRATOR | | | | DATE CONTRACTOR NOTIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LINE NUMBER | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE TYPE OF SUBMITTAL | COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | RECOMMENDATIONS | WARRANTY | CATALOG DATA | INSTRUCTIONS | OTHER | SUBMITTAL CODE | REQUIRED SUBMISSION DATE | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE | SUBMITTAL NUMBERS | APPROVED | DISAPPROVED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
| 1 | 02070 PARA 1.4 A SELECTIVE DEMOLITION | | | | | | | | | 3 | A | | | | | | | | | | |
| 2 | 02511 PARA 1.1A HOT MIX ASPHALT PAVING | | | | | | | | | 3 | A | | | | | | | | | | |
| 3 | 02530 PARA 1.1A SANITARY SEWERAGE | | | | | | | 3 | | | A | | | | | | | | | | |
| 4 | 02530 PARA 1.1A SANITARY SEWERAGE | | 3 | | | | | | | | A | | | | | | | | | | |
| 5 | 02630 PARA 1.1A STORM DRAINAGE | | | | | | | 3 | | | A | | | | | | | | | | |
| 6 | 02630 PARA 1.1B STORM DRAINAGE | | 3 | | | | | | | | A | | | | | | | | | | |
| 7 | 02751 PARA 1.1A CEMENT CONCRETE PAVEMENT | | | | | | | 3 | | | A | | | | | | | | | | |
| 8 | 02764 PARA 1.1 B1 PAVEMENT JOINT SEALANTS | | | 3 | | | | | | | A | | | | | | | | | | |
| 9 | 02764 PARA 1.1 B2 PAVEMENT JOINT SEALANTS | 3 | | | | | | | | | A | | | | | | | | | | |
| 10 | 02821 PARA 1.2A CHAIN LINK FENCES & GATES | | | | | | | 3 | | | A | | | | | | | | | | |
| 11 | 02920 PARA 1.1A LAWNS AND GRASSES | | | | | | | 3 | | | A | | | | | | | | | | |

SUBMITTAL CODES: A: 30 DAYS AFTER NTP B: DURING CONSTRUCTION

# SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NUMBER: VKAG 99-1137

PROJECT TITLE: Construct Addition to Personnel Deployment Facility

SOLICITATION/CONTRACT NUMBER:

| TO BE COMPLETED BY PROJECT ENGINEER | | NUMBER OF COPIES REQUIRED | | | | | | | | | | | TO BE COMPLETED BY CONTRACT ADMINISTRATOR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LINE NUMBER | ITEM OR DESCRIPTION OF ITEM. CONTRACT REFERENCE. TYPE OF SUBMITTAL | COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | RECOMMENDATIONS | WARRANTY | CATALOG DATA | INSTRUCTIONS | OTHER | SUBMITTAL CODE | REQUIRED SUBMISSION DATE | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE | SUBMITTAL NUMBERS | DATE CONTRACTOR NOTIFIED: APPROVED | DATE CONTRACTOR NOTIFIED: DISAPPROVED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
| 12 | 03300 PARA 1.1<br>CONCRETE | 3 | | | | | | | | | A | | | | | | | | | | |
| 13 | 03300 PARA 1.1<br>CONCRETE | | 3 | | | | | | | | A | | | | | | | | | | |
| 14 | 04810 PARA 1.1A1<br>UNIT MASONRY ASSEMBLIES | | | | | | | 3 | | | A | | | | | | | | | | |
| 15 | 04810 PARA 1.1A2<br>UNIT MASONRY ASSEMBLIES | | | 3 | | | | | | | A | | | | | | | | | | |
| 16 | 04810 PARA 1.1A3<br>UNIT MASONRY ASSEMBLIES | 3 | | | | | | | | | A | | | | | | | | | | |
| 17 | 06105 PARA 1.1A<br>MISC. CARPENTRY | | | | | | | 3 | | | A | | | | | | | | | | |
| 18 | 06402 PARA 1.1B1<br>INTERIOR ARCH. WOODWORK | | 3 | | | | | | | | A | | | | | | | | | | |
| 19 | 06402 PARA 1.1B2<br>INTERIOR ARCH. WOODWORK | | | 3 | | | | | | | A | | | | | | | | | | |
| 20 | 07210 PARA 1.1A<br>BUILDING INSULATION | | | | | | | 3 | | | A | | | | | | | | | | |
| 21 | 07841 PARA 1.1 B1<br>THRU-PENET. FIRE STOP SYS | | 3 | | | | | | | | A | | | | | | | | | | |
| 22 | 07841 PARA 1.1 B2<br>THRU-PENET. FIRE STOP SYS | 3 | | | | | | | | | A | | | | | | | | | | |

SUBMITTAL CODES: A: 30 DAYS AFTER NTP B: DURING CONSTRUCTION

# SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NUMBER: VKAG 99-1137

PROJECT TITLE: Construct Addition to Personnel Deployment Facility

SOLICITATION/CONTRACT NUMBER:

| TO BE COMPLETED BY PROJECT ENGINEER | | | | | | | | | | | | | | TO BE COMPLETED BY CONTRACT ADMINISTRATOR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NUMBER OF COPIES REQUIRED | | | | | | | | | | | | | | | | DATE CONTRACTOR NOTIFIED | | | | |
| LINE NUMBER | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | RECOMMENDATIONS | WARRANTY | CATALOG DATA | INSTRUCTIONS | OTHER | SUBMITTAL CODE | REQUIRED SUBMISSION DATE | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE | SUBMITTAL NUMBERS | APPROVED | DISAPPROVED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
| 23 | 07841 PARA 1.1 B3 THRU-PENET. FIRE STOP SYS | | | | | | | | | 3 | A | | | | | | | | | | |
| 24 | 07920 PARA 1.1B JOINT SEALANTS | | | | | | | 3 | | | A | | | | | | | | | | |
| 25 | 07920 PARA 1.1B1 JOINT SEALANTS | | | 3 | | | | | | | A | | | | | | | | | | |
| 26 | 07920 PARA 1.1B2 JOINT SEALANTS | 3 | | | | | | | | | A | | | | | | | | | | |
| 27 | 08110 PARA 1.1A1 STEEL DOORS AND FRAMES | | 3 | | | | | | | | A | | | | | | | | | | |
| 28 | 08110 PARA 1.1A1 STEEL DOORS AND FRAMES | | | | | | | 3 | | | A | | | | | | | | | | |
| 29 | 08110 PARA 1.1A2 STEEL DOORS AND FRAMES | | | | | | | | | 3 | A | | | | | | | | | | |
| 30 | 08331 PARA 1.3A OVERHEAD COILING DOORS | | | | | | | 3 | | | A | | | | | | | | | | |
| 31 | 08331 PARA 1.3 B OVERHEAD COILING DOORS | | 3 | | | | | | | | A | | | | | | | | | | |
| 32 | 08331 PARA 1.3 C OVERHEAD COILING DOORS | | | 3 | | | | | | | A | | | | | | | | | | |
| 33 | 08520 PARA 1.1 D1 ALUMINUM WINDOWS | | | | | | | 3 | | | A | | | | | | | | | | |

SUBMITTAL CODES: A: 30 DAYS AFTER NTP B: DURING CONSTRUCTION

## SCHEDULE OF MATERIAL SUBMITTALS

| PROJECT NUMBER | PROJECT TITLE | SOLICITATION/CONTRACT NUMBER |
|---|---|---|
| VKAG 99-1137 | Construct Addition to Personnel Deployment Facility | |

| TO BE COMPLETED BY PROJECT ENGINEER | | NUMBER OF COPIES REQUIRED | | | | | | | | | | | TO BE COMPLETED BY CONTRACT ADMINISTRATOR | | | | DATE CONTRACTOR NOTIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LINE NUMBER | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | RECOMMENDATIONS | WARRANTY | CATALOG DATA | INSTRUCTIONS | OTHER | SUBMITTAL CODE | REQUIRED SUBMISSION DATE | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE | SUBMITTAL NUMBERS | APPROVED | DISAPPROVED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
| 34 | 08520 PARA 1.1 D2<br>ALUMINUM WINDOWS | | 3 | | | | | | | | A | | | | | | | | | | |
| 35 | 08711 PARA 1.1A<br>DOOR HARDWARE | | | | | | | 3 | | | A | | | | | | | | | | |
| 36 | 08711 PARA 1.1A1<br>DOOR HARDWARE | | | | | | | | | 3 | A | | | | | | | | | | |
| 37 | 08800 PARA 1.1 B<br>GLAZING | | | | | | | 3 | | | A | | | | | | | | | | |
| 38 | 08800 PARA 1.1 B1<br>GLAZING | 3 | | | | | | | | | A | | | | | | | | | | |
| 39 | 09511 PARA 1.1A1<br>ACOUSTICAL PANEL CEILINGS | | | 3 | | | | | | | A | | | | | | | | | | |
| 40 | 09511 PARA 1.1A2<br>ACOUSTICAL PANEL CEILINGS | | | 3 | | | | | | | A | | | | | | | | | | |
| 41 | 09651 PARA 1.1A<br>RESILIENT TILE FLOORING | | | | | | | 3 | | | A | | | | | | | | | | |
| 42 | 09653 PARA 1.2A<br>RESILIENT WALL BASE & ACCESS. | | | | | | | 3 | | | A | | | | | | | | | | |
| 43 | 09653 PARA 1.2B<br>RESILIENT WALL BASE & ACCESS. | | | 3 | | | | | | | A | | | | | | | | | | |
| 44 | 09800 PARA 1.2A1<br>ACOUSTICAL WALL PANELS | | | | | | | 3 | | | A | | | | | | | | | | |

SUBMITTAL CODES: A: 30 DAYS AFTER NTP B: DURING CONSTRUCTION

# SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NUMBER: VKAG 99-1137

PROJECT TITLE: Construct Addition to Personnel Deployment Facility

SOLICITATION/CONTRACT NUMBER:

TO BE COMPLETED BY PROJECT ENGINEER (NUMBER OF COPIES REQUIRED) / TO BE COMPLETED BY CONTRACT ADMINISTRATOR

| LINE NUMBER | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | RECOMMENDATIONS | WARRANTY | CATALOG DATA | INSTRUCTIONS | OTHER | SUBMITTAL CODE | REQUIRED SUBMISSION DATE | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE | SUBMITTAL NUMBERS | DATE CONTRACTOR NOTIFIED: APPROVED | DATE CONTRACTOR NOTIFIED: DISAPPROVED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | 09800 PARA 1.2A2 ACOUSTICAL WALL PANELS | | | 3 | | | | | | | A | | | | | | | | | | |

SUBMITTAL CODES: A: 30 DAYS AFTER NTP B: DURING CONSTRUCTION

# SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NUMBER: VKAG 99-1137

PROJECT TITLE: Construct Addition to Personnel Deployment Facility

SOLICITATION/CONTRACT NUMBER:

TO BE COMPLETED BY PROJECT ENGINEER | TO BE COMPLETED BY CONTRACT ADMINISTRATOR

| LINE NUMBER | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | NUMBER OF COPIES REQUIRED: COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | RECOMMENDATIONS | WARRANTY | CATALOG DATA | INSTRUCTIONS | OTHER | SUBMITTAL CODE | REQUIRED SUBMISSION DATE | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE | SUBMITTAL NUMBERS | DATE CONTRACTOR NOTIFIED: APPROVED | DISAPPROVED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | 09800 PARA 1.2A3<br>ACOUSTICAL WALL PANELS | | | | | 3 | | | | | A | | | | | | | | | | |
| 47 | 09900 PARA 1.1D1<br>PAINTING | | | | | | | | | 3 | A | | | | | | | | | | |
| 48 | 09900 PARA 1.1D2<br>PAINTING | | | | | | | 3 | | | A | | | | | | | | | | |
| 49 | 10801 PARA 1.1A<br>TOILET & BATH ACCESSORIES | | | | | | | 3 | | | A | | | | | | | | | | |
| 50 | 10155 PARA 1.1A1<br>TOILET COMPARTMENTS | | | | | | | 3 | | | A | | | | | | | | | | |
| 51 | 10155 PARA 1.1A2<br>TOILET COMPARTMENTS | | 3 | | | | | | | | A | | | | | | | | | | |
| 52 | 10155 PARA 1.1A3<br>TOILET COMPARTMENTS | | | 3 | | | | | | | A | | | | | | | | | | |
| 53 | 10425 PARA 1.2A<br>SIGNS | | | | | | | 3 | | | A | | | | | | | | | | |
| 54 | 10425 PARA 1.2B<br>SIGNS | | 3 | | | | | | | | A | | | | | | | | | | |
| 55 | 10425 PARA 1.2C<br>SIGNS | | | 3 | | | | | | | A | | | | | | | | | | |
| 56 | 10530 PARA 1.5A<br>ALUMINUM CANOPY SYSTEM | | 3 | | | | | | | | A | | | | | | | | | | |

SUBMITTAL CODES: A: 30 DAYS AFTER NTP B: DURING CONSTRUCTION

# SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NUMBER: VKAG 99-1137

PROJECT TITLE: Construct Addition to Personnel Deployment Facility

SOLICITATION/CONTRACT NUMBER:

| LINE NUMBER | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | RECOMMENDATIONS | WARRANTY | CATALOG DATA | INSTRUCTIONS | OTHER | SUBMITTAL CODE | REQUIRED SUBMISSION DATE | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE | SUBMITTAL NUMBERS | DATE CONTRACTOR NOTIFIED: APPROVED | DATE CONTRACTOR NOTIFIED: DISAPPROVED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TO BE COMPLETED BY PROJECT ENGINEER | NUMBER OF COPIES REQUIRED | | | | | | | | | | | TO BE COMPLETED BY CONTRACT ADMINISTRATOR | | | | | | | | |
| 57 | 10530 PARA 1.5A ALUMINUM CANOPY SYSTEM | | | | | | | 3 | | | A | | | | | | | | | | |
| 58 | 11160 PARA 1.2A LOADING DOCK EQUIPMENT | | | | | | | 3 | | | A | | | | | | | | | | |
| 59 | 11160 PARA 1.2B LOADING DOCK EQUIPMENT | | 3 | | | | | | | | A | | | | | | | | | | |
| 60 | 11160 PARA 1.2C LOADING DOCK EQUIPMENT | | | | | | | | | 3 | A | | | | | | | | | | |
| 61 | 12760 PARA 1.3A TELESCOPING STANDS | | | | | | | 3 | | | A | | | | | | | | | | |
| 62 | 12760 PARA 1.3B TELESCOPING STANDS | | 3 | | | | | | | 3 | A | | | | | | | | | | |
| 63 | 12760 PARA 1.3C TELESCOPING STANDS | | | 3 | | | | | | | A | | | | | | | | | | |
| 64 | 12760 PARA 1.3D TELESCOPING STANDS | | | | | | | | | 3 | A | | | | | | | | | | |
| 61 | 13125 PARA 1.1 METAL BUILDING SYSTEMS | 3 | | | | | | | | | A | | | | | | | | | | |
| 62 | 13125 PARA 1.1 METAL BUILDING SYSTEMS | | 3 | | | | | | | | A | | | | | | | | | | |
| 63 | 13125 PARA 1.1 METAL BUILDING SYSTEMS | | | 3 | | | | | | | A | | | | | | | | | | |

SUBMITTAL CODES: A: 30 DAYS AFTER NTP B: DURING CONSTRUCTION

# SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NUMBER: VKAG 99-1137

PROJECT TITLE: Construct Addition to Personnel Deployment Facility

SOLICITATION/CONTRACT NUMBER:

| TO BE COMPLETED BY PROJECT ENGINEER | | NUMBER OF COPIES REQUIRED | | | | | | | | | | | TO BE COMPLETED BY CONTRACT ADMINISTRATOR | | | | DATE CONTRACTOR NOTIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LINE NUMBER | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | RECOMMENDATIONS | WARRANTY | CATALOG DATA | INSTRUCTIONS | OTHER | SUBMITTAL CODE | REQUIRED SUBMISSION DATE | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE | SUBMITTAL NUMBERS | APPROVED | DISAPPROVED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
| 64 | 15075 PARA 1.3 MECHANICAL IDENTIFICATION | | | | | | | 3 | | | A | | | | | | | | | | |
| 65 | 15081 PARA 1.3 DUCT INSULATION | | | | | | | 3 | | | A | | | | | | | | | | |
| 66 | 15081 PARA 1.3 DUCT INSULATION | 3 | | | | | | | | | A | | | | | | | | | | |
| 67 | 15083 PARA 1.3 PIPE INSULATION | | | | | | | 3 | | | A | | | | | | | | | | |
| 68 | 15083 PARA 1.3 PIPE INSULATION | | | 3 | | | | | | | A | | | | | | | | | | |
| 69 | 15140 PARA 1.3 DOMESTIC WATER PIPING | | | | | | | | | 3 | A | | | | | | | | | | |
| 70 | 15410 PARA 1.1 PLUMBING FIXTURES | | | | | | | 3 | | | A | | | | | | | | | | |
| 71 | 15738 PARA 1.1 SPLIT SYSTEM HEAT PUMP UNITS | | 3 | | | | | | | | A | | | | | | | | | | |
| 72 | 15738 PARA 1.1 SPLIT SYSTEM HEAT PUMP UNITS | | | | | | | 3 | | | A | | | | | | | | | | |
| 73 | 15815 PARA 1.1 METAL DUCTS | | | | | | | 3 | | | A | | | | | | | | | | |
| 74 | 15820 PARA 1.1 DUCT ACCESSORIES | | | | | | | 3 | | | A | | | | | | | | | | |

SUBMITTAL CODES: A: 30 DAYS AFTER NTP B: DURING CONSTRUCTION

# SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NUMBER: VKAG 99-1137

PROJECT TITLE: Construct Addition to Personnel Deployment Facility

SOLICITATION/CONTRACT NUMBER:

| TO BE COMPLETED BY PROJECT ENGINEER | | NUMBER OF COPIES REQUIRED | | | | | | | | | | | TO BE COMPLETED BY CONTRACT ADMINISTRATOR | | | | DATE CONTRACTOR NOTIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LINE NUMBER | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | RECOMMENDATIONS | WARRANTY | CATALOG DATA | INSTRUCTIONS | OTHER | SUBMITTAL CODE | REQUIRED SUBMISSION DATE | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE | SUBMITTAL NUMBERS | APPROVED | DISAPPROVED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
| 75 | 15838 PARA 1.2<br>POWER VENTILATORS | | | | | | | 3 | | | A | | | | | | | | | | |
| 76 | 15838 PARA 1.2<br>POWER VENTILATORS | | | | | | | | 3 | | A | | | | | | | | | | |
| 77 | 15855 PARA 1.1<br>DIFFUSERS, REGISTERS & GRILLES | | | | | | | 3 | | | A | | | | | | | | | | |
| 78 | 15990 PARA 1.4<br>TESTING, ADJ. & BALANCING | | | | | | | | | 3 | B | | | | | | | | | | |
| 79 | 16515 PARA 1.2<br>INTERIOR LIGHTING FIXTURES | | | | | | | 3 | | | A | | | | | | | | | | |
| 80 | 16525 PARA 1.2<br>EXTERIOR LIGHTING FIXTURES | | | | | | | 3 | | | A | | | | | | | | | | |
| 81 | 16535 PARA 1.2<br>EMERGENCY LIGHTING | | | | | | | 3 | | | A | | | | | | | | | | |
| 82 | 16721 PARA 1.4 E<br>ALL FIRE ALARM HARDWARE | | | | | | | | | 3 | A | | | | | | | | | | |
| 83 | 16721 PARA 1.4 B<br>ALL FIRE ALARM HARDWARE | | 3 | | | | | | | | A | | | | | | | | | | |
| 84 | 16721 PARA 1.4 C<br>ALL FIRE ALARM HARDWARE | | | | | | | | | 3 | A | | | | | | | | | | |
| 85 | 16721 PARA 1.4 D<br>ALL FIRE ALARM HARDWARE | | | | | | | | | 3 | A | | | | | | | | | | |

SUBMITTAL CODES: A: 30 DAYS AFTER NTP B: DURING CONSTRUCTION

# SCHEDULE OF MATERIAL SUBMITTALS

PROJECT NUMBER: VKAG 99-1137

PROJECT TITLE: Construct Addition to Personnel Deployment Facility

SOLICITATION/CONTRACT NUMBER:

| LINE NUMBER | ITEM OR DESCRIPTION OF ITEM, CONTRACT REFERENCE, TYPE OF SUBMITTAL | COMPLIANCE | SHOP DRAWINGS | SAMPLES | COLOR SELECTION | RECOMMENDATIONS | WARRANTY | CATALOG DATA | INSTRUCTIONS | OTHER | SUBMITTAL CODE | REQUIRED SUBMISSION DATE | DATE RECEIVED IN CONTRACTING | DATE TO CIVIL ENGINEERING | RETURN SUSPENSE | SUBMITTAL NUMBERS | DATE CONTRACTOR NOTIFIED: APPROVED | DATE CONTRACTOR NOTIFIED: DISAPPROVED | CONTRACTOR RESUBMITTAL | FINAL APPROVAL | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TO BE COMPLETED BY PROJECT ENGINEER | NUMBER OF COPIES REQUIRED | | | | | | | | | | | TO BE COMPLETED BY CONTRACT ADMINISTRATOR | | | | | | | | |
| 86 | 16721 PARA 1.4 A<br>ALL FIRE ALARM HARDWARE | | | | | | | | | 3 | A | | | | | | | | | | |
| 87 | 16721 PARA 1.4 F<br>ALL FIRE ALARM HARDWARE | | | | | | | | | 3 | B | | | | | | | | | | |
| 88 | 16721 PARA 1.4 G<br>ALL FIRE ALARM HARDWARE | | | | | | | | | 3 | B | | | | | | | | | | |
| 89 | 16120 PARA 1.2<br>CONDUCTORS AND CABLES | | | | | | | 3 | | | A | | | | | | | | | | |
| 90 | 16130 PARA 1.2<br>RACEWAYS AND BOXES | | | | | | | 3 | | | A | | | | | | | | | | |
| 91 | 16140 PARA 1.3<br>WIRING DEVICES | | | | | | | 3 | | | A | | | | | | | | | | |
| 92 | 16551 PARA 1.2<br>AREA LIGHTING | | | | | | | 3 | | | A | | | | | | | | | | |
| 93 | 16741 PARA 1.3A<br>TEL/DATA COMM SYSTEM | | | | | | | 3 | | | A | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |


BRICK WALL
THICKENED SLAB TO BE VERIFIED/DESIGNED BY STRUCTURAL ENGINEER
4" NOM. STEEL DOOR (TYP.ALONG BRICK WALL) HINGES AND STRIKER TO BE SECURELY FASTENED TO BRICK WALL PER MANF. RECOMMENDATIONS
OUTBRIEF ROOM 103
AISLE
BLEACHER FLAT BENCH CAPACITY 230 23 SEATS WIDE 10 ROWS
BLEACHER MOUNTED HANDRAILS
LOOSE FILL INSULATION FULL HEIGHT OF CMU WALL
PALLET BUILDUP 102
PASS-THRU
WOMENS 105
MENS 106
CORRIDOR 104
STANCHIONS N.I.C.
CHECK-IN / MOBILITY BAG COLLECTION 101
CANOPY – SEE ELEVATIONS
H
G
F
E
D
C
B
A




| REST ROOM ACCESSORIES SCHEDULE | | | | |
|---|---|---|---|---|
| TYPE | ITEM | MANUF. | MODEL # | REMARKS |
| TBA-1 | PAPER TOWEL DISPENSER & WASTE RECEPTACLE | BOBRICK * | B-3904 | SEMI-RECESSED |
| TBA-2 | TOILET PAPER DISPENSER | BOBRICK * | B-288 | SURFACE MTD./ HARDWARE REQ'D |
| ~~TBA-3~~ | ~~SAN. NAPKIN DISPOSAL~~ | ~~BOBRICK *~~ | ~~B-270~~ | ~~SURFACE MTD./ HARDWARE REQ'D~~ NOT USED |
| TBA-4 | LIQUID SOAP DISPENSER | BOBRICK * | B-7112 | SURFACE MOUNTED |
| TBA-5 | GRAB BARS | BOBRICK * | B-6206x42" B-6206x36" | SURFACE MTD./ HARDWARE REQ'D |
| TBA-6 | FRAMED MIRROR | BOBRICK * | B-165 1836 | SURFACE MTD./ HARDWARE REQ'D |
| ~~TBA-7~~ | ~~SAN. NAPKIN DISPENSER~~ | ~~BOBRICK *~~ | ~~B-3500~~ | ~~RECESSED~~ NOT USED |
| TBA-8 | COAT HOOK | BOBRICK * | B-682 | MOUNT ON INSIDE PARTITION DOOR |
| * OR AN APPROVED EQUAL | | | | |

NOTE: 1. LIQUID SOAP DISPENSER SHALL OPERATE WITH LESS THAN 5 POUNDS OF FORCE.

1 A1 FLOOR PLAN SCALE: 1/4" = 1'-0"

| REV | DESCRIPTION | DATE | APPR'D |
|---|---|---|---|
| 1 | ADDED BRICK PRIVACY WALL | 16 JAN 04 | MJM |
| 2 | CHANGE PAGE NUMBERING | 27 OCT 03 | MJM |

Stantec
801 JONES FRANKLIN RD., SUITE 300
RALEIGH, NC 27606
T: (919) 851-6866
F: (919) 851-7024

MOD 000103

UNITED STATES AIR FORCE
4th CIVIL ENGINEER SQUADRON
SEYMOUR JOHNSON AIR FORCE BASE, NORTH CAROLINA
PROJECT TITLE: CONSTRUCT ADDITION TO PERSONNEL DEPLOYMENT FACILITY
DRAWING SHEET NAME: FLOOR PLAN
DATE: 25 JANUARY 01
SCALE: AS SHOWN
PROJECT NUMBER: VKAG 99-1137
A1 DRAWN BY ols SHEET 5 OF 18



SLOPED FLASHING TOO ALLOW DRAINAGE ON ROOF BY METAL BUILDING SYSTEMS MANUF.
EAVE STRUT BY METAL BUILDING SYSTEMS MANUF.
2'-0"
FRAMING GIRTS BY METAL BUILDING SYSTEMS MANUF.
ROOF PANEL BY METAL BUILDING SYSTEMS MANUF.
1'-6"
4" BATT INSULATION
FACADE FRAMING BY METAL BUILDING SYSTEMS MANUF.
8" METAL STUDS AT 16" CTRS. (BEYOND)
7'-6"
24'-0" A.F.F. (FIELD VERIFY)
6" FACED BLANKET INSULATION
METAL SIDING/ ATTACHED TO SHEATHING (IN AREAS WITH NO BRICK)
WF COLUMN BY METAL BUILDING SYSTEMS MANUF.
3/4" SHEATHING
SHELF ANGLE ATTACHED TO STUD COLUMN-BRICK-SOFFIT
FACADE GIRT
TWO PIECE BRICK TIES AT 16" CTRS. EA. WAY (TYPICAL)
BASE TRIM
BRICK VENEER
SOFFIT PANEL BY METAL BUILDING SYSTEMS MANUF.
SOFFIT SUPPORT TRIM BY METAL BUILDING SYSTEMS MANUF.
2 A3 SECTION SCALE: 1" = 1'-0"
CONTRACTOR SHALL SUBMIT FOR APPROVAL A DESIGN FOR A MATCHING FASCIA/ROOF SYSTEM (INCLUDING GUTTER/DRAINAGE) ON THE EAST SIDE OF THE EXISTING BLDG AS WELL AS THE NEW ADDITION. SYSTEM SHALL MATCH THE EXISTING FASCIA/ROOF ON THE BUILDING. DESIGN SHALL BE ACCOMPLISHED BY A PROFESSIONAL ENGINEER OR REGISTERED ARCHITECT. NC STATE BUIDLIGN CODE SHALL APPLY TO ITS DESIGN. CONTRACTOR SHALL MODIFY EXISTING BUILDING AS REQUIRED FOR THE NEW FASCIA SYSTEM. CONTRACTOR SHALL CONSTRUCT IN ACCORDANCE WITH APPROVED DESIGN.
2'-0"
PL LAMINATE
4" BACK SPLASH AND END SPLASH-TYP.
PL LAMINATE
PLYWOOD
2x4 FRAME
8"
REMOVABLE BAFFLE
PLYWOOD AT EACH END
2'-10"
2x4
PL LAMINATE W/ PLYWOOD BACKING
6"
6 A3 LAVATORY COUNTER DETAIL SCALE: 1½"=1'-0"
FACADE FRAMING BY METAL BUILDING SYSTEMS MANUF.
PURLINS BY METAL BUILDING SYSTEMS MANUF.
GUTTER BY METAL BUILDING SYSTEMS MANUF.
SOFFIT PANEL BY METAL BUILDING SYSTEMS MANUF.
SOFFIT SUPPORT TRIM BY METAL BUILDING SYSTEMS MANUF.
CANOPY TRIM BY METAL BUILDING SYSTEMS MANUF.
TWO PIECE BRICK TIES AT 16" CTRS. EA. WAY (TYPICAL)
3/4" SHEATHING
2" AIRSPACE
BRICK FACE
4 A3 SECTION
6"
1/32" RAISED CHARACTERS HELVETICA REGULAR, WHITE
+ 60" AFF
223
PROVIDE IN LOCATIONS NOTED "IRS" ON PLAN
GRADE 2 BRAILLE
CHANGEABLE COPY INSERT
PLASTIC BACKGROUND
7 A3 INTERIOR ROOM SIGN (TYPICAL) SCALE: N.T.S.
8" BOND BEAM W/ (2) #5 BARS
12'-8" A.F.F.
8" CMU'S
10 A3 SECTION SCALE: 1" = 1'-0"
8" CMU WALL
CAP MOULDING
3/4" PLYWOOD WITH OAK VENEER
1x6 CONT. OAK TRIM
2x2 FRAMING AT EACH END AND MIDDLE COVERED W/ 3/4" PLYWOOD WITH OAK VENEER
2x4 FRAMING AT EACH END AND MIDDLE COVERED W/ 3/4" PLYWOOD WITH OAK VENEER
2x4 FRAMING W/ 3/4" PLYWOOD WITH OAK VENEER
FINISH FLOOR
8 A3
12'-0" CEILING HEIGHT
3'-0"
6'-0"
3'-6"
1'-9 1/2"
1'-0 1/2"
CAP MOULDING
PLASTIC LAMINATE ON 3/4" PLYWD.
3/4" PLYWD.
FINISH FLOOR



BUILDING SYSTEMS MANUF.
4" FACED BLANKET INSULATION
WF ROOF FRAMING OR GIRTS BY METAL BUILDING SYSTEMS MANUF.
METAL LINER PANEL TO MATCH EXISTING
ACOUSTICAL WALL PANELS ON 20- GAGE URRING CHANNELS AT 24" CTRS.
8" BOND BEAM W/ (2) #5 BARS
8" METAL STUD AT 16" CTRS.
8" CMU'S
14'-0" A.F.F.
3 A3 SECTION SCALE: 1" = 1'-0"
TWO PIECE BRICK TIES AT 16" O.C. EA. WAY (TYPICAL)
SEALANT ON TOP OF CONT. FLASHING
LAP FELT PAPER OVER FLASHING
WEEP HOLES AT 32" O.C.
SEE ROOM FINISH SCHED.
SEE ROOM FINISH SCHEDULE FOR BASE TYPE
FINISH FLOOR SLAB
SEE CIVIL DWG'S SITE ENGINEERING
2'-0"
FILL CAVITY WITH GROUT BELOW SLAB
PERIMETER INSULATION
SEE STRUCTURAL DWG'S FOR FOUNDATIONS
5 A3 SECTION SCALE: 1" = 1'-0"
ROOF PANEL BY METAL BUILDING SYSTEMS MANUF.
4" FACED BLANKET INSULATION
1½" ACOUSTICAL WALL PANELS ON 1⅝" 20- GAGE FURRING CHANNELS AT 24" CTRS.
SHELF ANGLE ATTACHED TO STUD COLUMN-BRICK-SOFFIT
8" METAL STUDS AT 16" CTRS. (BEYOND)
6" FACED BLANKET INSULATION
WF COLUMN BY METAL BUILDING SYSTEMS MANUF.
6" x 3" ROLL FORMED ALUMINUM FASCIA/ GUTTER BY CANOPY SYSTEMS MANUF.
EXTRUDED ALUMINUM DECKING BY CANOPY SYSTEMS MANUF.
8" ALUMINUM CHANNEL BY CANOPY SYSTEMS MANUF.
4" x 4" EXTRUDED ALUMINUM COLUMN BY CANOPY SYSTEMS MANUF.
3" x 3" ALUMINUM DOWNSPOUT BY CANOPY SYSTEMS MANUF. EXTEND THRU WALL
8" BRICK SCREEN WALL ON TURNED DOWN FTG.
PROVIDE WEEPS AT 6' INTERVALS MIN. AND AT DOWNSPOUTS
SEE STRUCTURAL DWG'S
PROVIDE SPL. BLOCK
SEALANT
SURFACE REGLET FLASHING
8" MIN.
3" x 3" ALUMINUN ANGLE BY CANOPY SYSTEMS MANUF.
FINISH FLOOR
9'-0" 8'-0" 3'-0" 9'-4" 13'-0" 1'-0" 6" 6"
11 A3 SECTION SCALE: 1/2" = 1'-0"
1½" ACOUSTICAL WALL PANELS ON 1½" 20- GAGE FURRING CHANNELS AT 24" CTRS.
WF ROOF FRAME BY METAL BUILDING SYSTEMS MANUF.
METAL FACADE BEYOND
8" CMU WALLS BEYOND
8" CMU'S
10 ROWS AT 24" = 20'-0"
WF COLUMN BY METAL BUILDING SYSTEMS MANUF.
ACOUSTICAL CEILING
CHECK-IN COUNTER BEYOND
PASS-THRU BEYOND
FINISH FLOOR
18'-0" 14'-8" 9'-5 1/4" 16'-6" 23'-0" 7'-6" 1'-0"
1 A3 SECTION SCALE: 1/8" = 1'-0"
5 4 3 2 1
A B C D E F G
ADD BRICK SCREEN WALL, FOOTING
CHANGE PAGE NUMBERING
REV DESCRIPTION DATE APPR'D
16 JAN 04 MJM
27 OCT 03 MJM
Stantec
801 JONES FRANKLIN RD., SUITE 300
RALEIGH, NC 27606
T: (919) 851-6866
F: (919) 851-7024
MOD 000103
UNITED STATES AIR FORCE
4th CIVIL ENGINEER SQUADRON
SEYMOUR JOHNSON AIR FORCE BASE, NORTH CAROLINA
CONSTRUCT ADDITION TO PERSONNEL DEPLOYMENT FACILITY
SECTIONS & DETAILS
25 JANUARY 01
AS SHOWN
VKAG 99-1137
A3
ALS
7 of 18