# In the United States Court of Federal Claims

No. 06-381C

(Filed: April 11, 2007)

```
**************************************** *
                                         *
TODD CONSTRUCTION CO. INC.,              *
                                         *
                Plaintiff,               *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                Defendant.               *
                                         *
**************************************** *
```

ORDER TO SHOW CAUSE

This case is before the Court on Defendant's February 2, 2007 Motion for Summary Judgment. On February 22, 2007, Plaintiff filed an Unopposed Motion for Enlargement of Time, seeking an additional 14 days in which to file its Response. The Court granted Plaintiff's motion on February 23, 2007 and ordered Plaintiff to file its Response by March 19, 2007. As of the date of this order, Plaintiff has not filed a Response. Plaintiff's Response is overdue by more than three weeks, and Plaintiff's counsel has not notified the Court of any explanation

Pursuant to Rule 41(b) of this Court's rules, Plaintiff is ordered to show cause **on or before April 16, 2007** why the Court should not dismiss Plaintiff's Complaint for failure to prosecute, and for failure to comply with the Court's February 23, 2007 order.[1]

---

[1] See Carpenter v. United States, 38 Fed. Cl. 576, 578 (1997) ("Dismissal is justified when a party repeatedly fails to timely respond to court rules and court-imposed orders, including an order to show cause why a complaint should not be dismissed . . . Such a show cause order provides litigants with clear notice that dismissal of the case is imminent, and that failing to act will be fatal to the case.") (internal citations omitted).

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge