**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TODD CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-381C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES OF AMERICA | ) | |
| *ex rel* DEPARTMENT OF THE ARMY, | ) | |
| | ) | |
| Defendant. | ) | |

**TODD'S RESPONSE TO SHOW CAUSE ORDER**

Plaintiff, Todd Construction Co., Inc. ("Todd"), briefly responds to the show cause order issued by the Court on April 11, 2007. After reviewing the cases cited in the motion for summary judgment filed by defendant, The United States ("United States"), Todd has elected to dismiss this action. Todd hereby requests, pursuant to Rules 41(a)(1) and (2), RCFC, that the Court enter an order dismissing with prejudice Todd's action against the United States.

Dated April 16, 2007.

s/Robert L. Magrini
Robert L. Magrini, OBA #12385
Hayes Magrini & Gatewood
1220 North Walker (73103)
Post Office Box 60140
Oklahoma City, Oklahoma 73146-0140
rmagrini@hmglawyers.com
Phone: (405) 235-9922
Fax: (405) 235-6611

Attorneys for Plaintiff, Todd Construction Co., Inc.

**CERTIFICATE OF FILING**

On the 16th day of April, 2007, I electronically transmitted the foregoing "Plaintiff's Unopposed Motion for Enlargement of Time" to the Clerk of Court using the ECF System for filing

and transmittal of a Notice of Electronic Filing to the following ECF registrants: Sean B. McNamara. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Robert L. Magrini
Robert L. Magrini

todd.gen\response to show cause order