# In the United States Court of Federal Claims

No. 06-381C

(Filed: April 17, 2007)

```
****************************************  *
                                          *
TODD CONSTRUCTION CO. INC.,               *
                                          *
                    Plaintiff,            *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
****************************************  *
```

ORDER

Counsel for Plaintiff on April 16, 2007 filed a motion seeking dismissal of this case pursuant to Rules 41(a)(1) and (2) of this Court's rules ("RCFC"). Accordingly, and pursuant to RCFC 41(a)(2), the Court hereby orders the Clerk of the Court to dismiss this action with prejudice.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge