# In the United States Court of Federal Claims

**No. 06-381 C**

**TODD CONSTRUCTION CO., INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed April 17, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a)(2), that this action is dismissed, with prejudice.

Brian Bishop
Clerk of Court

April 17, 2007 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.